James A. Patten(1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
2817 2nd Avenue North, Ste. 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile (406) 294-9500
E-mail:japatten@ppbglaw.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-61570 |
| | ) | |
| YELLOWSTONE MOUNTAIN CLUB, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL; AND AFFIDAVIT**

The Application of **YELLOWSTONE MOUNTAIN CLUB, LLC,** respectfully represents:

    1.    On the 10th day of November, 2008, Debtor filed a petition herein under Chapter 11.

    2.    **YELLOWSTONE MOUNTAIN CLUB, LLC,** wishes to employ **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** law firm, as legal counsel.

3. Applicant has selected **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDHAL & GREEN** law firm for the following reasons: They are experienced and knowledgeable of the Debtor's business affairs, of Chapter 11 cases and of bankruptcy in general.

4. The professional services that **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** aw firm will render include: General counseling and representation before the Bankruptcy Court in connection with this case.

5. To the best of the Applicant's knowledge, **JAMES A. PATTEN** and **PATTEN, PETERMAN, BEKKEDAHL & GREEN** have no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and is a "disinterested person" as defined in 11 U.S.C. 101(14); except that the firm represented H&E Equipment which is an unsecured creditor in this Chapter 11 Bankruptcy

6. The terms of employment of **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** law firm agreed to by **YELLOWSTONE MOUNTAIN CLUB, LLC,** subject to the approval of the Court are:

a. Services rendered by the attorneys James A. Patten, Patricia D. Peterman, Bruce O. Bekkedahl, W. Scott Green, and Craig D. Martinson will be compensated at the rate of $250.00 per hour. Amanda R. Lenning will be compensated at the rate of $130.00 per hour.

Services rendered by the paralegals Diane S. Kephart, Valerie Cox, Phyllis Dahl, Marcia Berg and April J. Schueler will be compensated at the rate of $110.00.

b. Telephone, photocopying, fax, and postage at cost; travel at $0.585 per mile; out-of-pocket expenses at cost. The Applicants have no fee sharing agreement.

7. **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** law firm represents no interest adverse to **YELLOWSTONE MOUNTAIN CLUB, LLC** or the estate in the matters upon which they are to be engaged, and their employment would be in the best interest of this estate.

8. **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** law firm has received a $15,273.00 retainer.

WHEREFORE, **YELLOWSTONE MOUNTAIN CLUB, LLC**, prays that its employment of **JAMES A. PATTEN** and the **PATTEN, PETERMAN, BEKKEDAHL & GREEN** law firm upon the terms specified be approved by the Court.

DATED this 10 day of November, 2008.

YELLOWSTONE MOUNTAIN CLUB, LLC,

By: /s/Edra Blixseth
　　　Edra Blixseth

### AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF MONTANA      )
　　　　　　　　　　　　　:ss
County of Yellowstone )

JAMES A. PATTEN, PATRICIA D. PETERMAN, BRUCE O. BEKKEDAHL, W. SCOTT GREEN, CRAIG D. MARTINSON, AMANDA R. LENNING, DIANE S.

KEPHART, VALERIE COX, PHYLLIS DAHL, MARCIA BERG and APRIL J. SCHUELER being duly sworn upon their oath, depose and state:

1. We are **JAMES A. PATTEN, PATRICIA D. PETERMAN, BRUCE O. BEKKEDAHL, W. SCOTT GREEN, CRAIG D. MARTINSON, AMANDA R. LENNING, VALERIE COX, DIANE S. KEPHART, PHYLLIS DAHL, MARCIA BERG and APRIL J. SCHUELER.**

2. To our knowledge we have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; and we are a "disinterested person" as defined in 11 U.S.C. 101(14); except that the firm represented H&E Equipmentwhich is an unsecured creditor in this Chapter 11 Bankruptcy.

3. We represent no interest adverse to the debtor, or the estate in the matters upon which we are to be engaged.

4. We have received a retainer of $15,273.00.

/s/James A. Patten  
James A. Patten

/s/Bruce O. Bekkedahl  
Bruce O. Bekkedahl

/s/Craig D. Martinson  
Craig D. Martinson

/s/Diane S. Kephart  
Diane S. Kephart

/s/Patricia D. Peterman  
Patricia D. Peterman

/s/W. Scott Green  
W. Scott Green

/s/Amanda R. Lenning  
Amanda R. Lenning

/s/April J. Schueler  
April J. Schueler

/s/Val Cox  *Val C*  
Val Cox

/s/Marcia Berg  *Marcia Berg*  
Marcia Berg

/s/Phyllis Dahl  *Phyllis Dahl*  
Phyllis Dahl

Subscribed and sworn to before me this 10th day of November, 2008.

By: *Leanne Cooke Beatty*  
Notary Public for the State of Montana  
Residing at: Billings, Montana  
My Commission Expires: 04-04-2009

(NOTARY SEAL)

Application to Approve Employment  
of Professional Page 6