Charles W. Hingle (Bar No. 1947)
chingle@hollandhart.com
Shane P. Coleman (Bar No. 3417)
spcoleman@hollandhart.com
Holland & Hart LLP
401 North 31st Street, Suite 1500
P. O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Attorneys for Credit Suisse

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| In Re: | ) | |
|---|---|---|
| YELLOWSTONE MOUNTAIN CLUB, LLC, | ) ) ) ) | Cause No. 08-61570-RBK |
| Debtor. | ) ) | **MOTION FOR ADMISSION** *PRO HAC VICE* |

Charles W. Hingle, as an attorney in good standing before this Court and counsel for Credit Suisse, moves this Court for an order to admit Mark S. Chehi, an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP to practice before this Court for purposes of this case pursuant to Local Rule 2090-1. In support of this Motion, counsel states and alleges as follows:

1. Mr. Chehi resides at:

   5 Little Brook Drive
   Greenville, DE 19807

2. His office address, telephone number, facsimile number, and e-mail address are as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
7th Floor
Wilmington, DE 19801
Phone: (302) 651-3000
Fax: (302) 651-3001
E-mail: mark.chehi@skadden.com

3. Mr. Chehi has been admitted to practice in the following courts, and is in good standing and eligible to practice in these courts:

| Courts | Dates of Admission |
|---|---|
| Delaware Bar | 12/13/90 |
| Pennsylvania Bar | 6/10/1992 |
| U.S. District Court, E.D. Pennsylvania | 8/27/1992 |
| U.S. Court of Appeals, Third Circuit | 1992 |
| U.S. District Court, District of Delaware | 3/7/1994 |
| U.S. Court of Appeals, Ninth Circuit | 4/15/2003 |
| U.S. District Court, M.D. Pennsylvania | Unknown |

4. Mr. Chehi is in good standing and eligible to practice in the courts listed above. He is not currently suspended or disbarred in any court.

5. Mr. Chehi has never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d) or (g) or their state equivalent.

6. Mr. Chehi has not previously made any *pro hac vice* application to this Court..

7. Mr. Chehi will serve as co-counsel on this matter along with Mr. Hingle and Shane P. Coleman, both of whom are members of the Bar of this Court.

8. Mr. Hingle and Mr. Coleman may be contacted at the following address and telephone number:

> Holland & Hart LLP
> 401 North 31st Street, Suite 1500
> P.O. Box 639
> Billings, Montana 59103-0639
> Telephone: (406) 252-2166

DATED this 11TH day of November, 2008.

> /s/ Charles W. Hingle
> ———————————————
> Charles W. Hingle
> Shane P. Coleman
> Holland & Hart LLP
> 401 North 31st Street, Suite 1500
> P.O. Box 639
> Billings, Montana 59103-0639
> Telephone: (406) 252-2166
> Facsimile: (406) 252-1669

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of November, 2008.

> ———————————————
> Mark S. Chehi

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Request for Special Notice was served by First Class Mail upon the following, this 10th day of November, 2008, at the following addresses:

> James A. Patten
> Patten, Peterman, Bekkedahl & Green
> 2817 Second Avenue North, Suite 300
> Billings, MT 59101

3

Neal G. Jensen
Assistant U. S. Bankruptcy Trustee
P. O. Box 3509
Great Falls, MT 59403-3509

                                                /s/ Charles W. Hingle

4376020_1.DOC