B6F (Official Form 6F) (12/07)

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
　　　　　　　　　　Debtor

Case No.  08-61570
　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　2 M COMPANY 165 QUAIL RUN RD BOZEMAN, MT 59718 | | | | | | | 362.08 |
| ACCOUNT NO.　　　A.W. CHERNE BOX 975 MINNEAPOLIS, MN 55440 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.　　　ABACUS 2746 DELAWARE AVENUE BUFFALO, NY 14217-2702 | | | | | | | 5,573.09 |
| ACCOUNT NO.　　　ACCESS DATA CORP PO BOX 643627 PITTSBURGH, PA 15264 | | | | | | | 13,754.00 |
| ACCOUNT NO.　　　ADVANCED CHEMICAL SOLUTIONS 216 MOORE LANE BILLINGS, MT 59101 | | | | | | | 6,358.13 |

141　Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal | $ | 276,047.30 |
| Total | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
　　　　　　　　　　Debtor

Case No. <u>08-61570</u>
　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,000.00 |
| ADVANCED PUMP & EQUIP, INC. 1403 GOLD AVENUE, NO. 6 BOZEMAN MT 59715-1408 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,247.00 |
| ADVANCED WASTE WATER PO BOX 796 LIVINGSTON, MT 59047 | | | | | | | |
| ACCOUNT NO. | | | | | | | 847.95 |
| AFFIRMED MEDICAL SVCS 207 W. JANEAUX STREET LEWSTOWN, MT 59457 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,266.50 |
| AG DEPOT, INC. PO BOX 1349 BOZEMAN, MT 59771 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| ALAN FOURNIER 11 SPRING HOLLOW FAR HILLS, NJ 07931 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no. <u>1</u> of <u>141</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 263,361.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No. 08-61570
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| ALAN FRAZIER 7703 SE 78TH ST MERCER ISLAND, WA 98041 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | | | | 421.62 |
| ALDIK ARTIFICIAL FLOWER 709 SCIENCE DR. MOORPARK, CA 93021 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,731.43 |
| ALL WEST VET HOSPITAL 105 ALL WEST TRAIL BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 450,000.00 |
| ALLAN KLENKE 9238 ELIZABETH HOUSTON, TX 77055 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | | | | 14,406.80 |
| ALLIED WASTE SVC NO. 886 PO BOX 10730 BOZEMAN, MT  59719 | | | | | | | |

Sheet no. 2 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal          $          720,559.85

Total              $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
_____                          _____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 17,093.46 |
| ALLTEL PO BOX 79128 PHOENIX, AZ 85062-9128 | | | MOBILE PHONE | | | | |
| ACCOUNT NO. | | | | | | | 96,804.14 |
| AMERICAN EXPRESS-MAIN ACCT PO BOX 360002 FT LAUDERDALE, FL 33336 | | | | | | | |
| ACCOUNT NO. | | | | | | | 118.45 |
| AMERICAN HOTEL REGISTRY 100 SO. MILWAUKEE AVE VERNON HILLS, IL 60061 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,560.00 |
| AMERICAN LEAK DETECTION PO BOX 108 LEWISTOWN, MT 59457-0108 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| ANDREW ALLEN PO BOX 611187 ROSEMARY BCH, FL 32461 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  3  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        366,576.05

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                                    Case No.  08-61570
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ANDREW DAVIS<br>PO BOX 32600<br>SANTA FE, NM 87594 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>ANGUS MACNAUGHTON<br>4115 BLACKHAWK PLAZA CIR<br>SUITE 100<br>DANVILLE, CA 94506 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>ANTIGUA GROUP<br>2903 PASPHERE CIRCLE<br>CHICAGO, IL 60674 | | | | | | | 5,867.12 |
| ACCOUNT NO.<br>ASHWORTH, INC.<br>2765 LOKER AVE WEST<br>CARLSBAD, CA 92010 | | | | | | | 6,077.63 |
| ACCOUNT NO.<br>ASPEN COURT HOMEOWNERS<br>PO BOX 160657<br>BIG SKY, MT 59716 | | | | | | | 400.00 |

Sheet no.  4  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal     $                      512,344.75

Total     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No. 08-61570
                      Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 482.25 |
| ATLAS CARPET AND UPHOLSTERY CLEANING 365 RIVERVIEW LAND BIG SKY, MT 59716 | | | | | | | |
| ACCOUNT NO. | | | | | | | 909.00 |
| AUTOMATIC DOOR CO. 1008 N. 7TH PO BOX 624 BOZEMAN, MT 59771-0624 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| B.C. RIMBEAUX 1400 A CERRO GORDO SANTA FE, NM 87501 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,161.42 |
| BAILEY'S PO BOX 550 LAYTONVILLE, CA 95454 | | | | | | | |
| ACCOUNT NO. | | | | | | | 600.00 |
| BAREFOOT TECHNOLOGIES CORP 67 SUNSET RD WINCHESTER, MA 01890 | | | | | | | |

Sheet no. 5 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $   253,152.67

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No. 08-61570
_____                          _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                    |   |   |   |   |   |   | 505.82 |
| BARE'S STOVE & SPA, INC. 301 EVERGREEN DR. BOZEMAN, MT 59715   |   |   |   |   |   |   |  |
| ACCOUNT NO.                                                    |   |   | REFUNDABLE MEMBERSHIP FEE | X | X |   | 250,000.00 |
| BARRY STERNLICHT 591 W. PUTNAM AVE GREENWICH, CT 06830         |   |   |   |   |   |   |  |
| ACCOUNT NO.                                                    |   |   |   |   |   |   | 4.49 |
| BATTERIES PLUS 502 PROFESSIONAL DR. BOZEMAN, MT 59718          |   |   |   |   |   |   |  |
| ACCOUNT NO.                                                    |   |   |   |   |   |   | 11,878.00 |
| BEAR SAVER 1390 S. MILLIKEN AVE ONTARIO, CA 91761             |   |   |   |   |   |   |  |
| ACCOUNT NO.                                                    |   |   |   |   |   |   | 2,379.50 |
| BEARTOOTH PUBLISHING PO BOX 11369 BOZEMAN, MT 59716            |   |   |   |   |   |   |  |

Sheet no. _6_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       264,767.81

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC_____        Case No. 08-61570_____
                              Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,176.02 |
| BELL SPORTS, INC. GIRO SPORTS DESIGN ROUTE 136 EAST RANTOUL, IL 61866 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,494.99 |
| BEN HOGAN APPAREL GROUP 4600 E. 48TH AVE DENVER, CO 80216 | | | | | | | |
| ACCOUNT NO. | | | | | | | 12,936.59 |
| BETTER BODY FITNESS OF MT 845 GREAT NORTHERN BLVD HELENA, MT 59601 | | | | | | | |
| ACCOUNT NO. | | | | | | | 159.40 |
| BIG LOOK DISPLAY & GRAPHIC 705 OSTERMAN DRIVE SUITE A BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 950.00 |
| BIG SKY CHAMBER COMMERCE PO BOX 160100 BIG SKY, MT 59716 | | | | | | | |

Sheet no. _7_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    19,717.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____      Case No. 08-61570 _____
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BIG SKY FLORAL & DESIGN <br> PO BOX 160940 <br> BIG SKY, MT 59716 | | | | | | | 1,632.04 |
| ACCOUNT NO. <br><br> BIG SKY HEALTH & FITNESS <br> PO BOX 160072 <br> BIG SKY, MT | | | | | | | 1,620.00 |
| ACCOUNT NO. <br><br> BIG SKY RESORT <br> PO BOX 160001 <br> BIG SKY, MT 59716 | | | | | | | 770.00 |
| ACCOUNT NO. <br><br> BIG SKY RESORT AREA DIST. <br> PO BOX 161331 <br> BIG SKY, MT 59716 | | | | | | | 5,231.72 |
| ACCOUNT NO. <br><br> BIG SKY SHUTTLE INC. <br> PO BOX 161419 <br> BIG SKY, MT 59716 | | | | | | | 250,701.01 |

Sheet no. 8 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $            259,954.77

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                Case No.  08-61570
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> **BIG SKY WEEKLY** <br> PO BOX 161129 <br> BIG SKY, MT 59716 | | | | | | | 3,292.71 |
| ACCOUNT NO.  <br> **BIGHORN PROPERTIES** <br> 47995 GALLATIN RD <br> GALLATIN GATEWAY, MT 59730 | | | | | | | 7,659.00 |
| ACCOUNT NO.  <br> **BILL & LISA CURTIS** <br> 29160 HEATHERCLIFF RD <br> STE 200 <br> MALIBU, CA 90265 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 500,000.00 |
| ACCOUNT NO.  <br> **BILL GATES** <br> PO BOX 5000 <br> MEDINA, WA 98039 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  <br> **BILL LERCH FLYFISHING** <br> 64035 GALLATIN RD <br> GALLATIN GTWAY, MT 59730 | | | | | | | 8,710.00 |

Sheet no.  9  of  141  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $  769,661.71

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                           Case No. 08-61570
                                 Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BIRDY & GRACE**<br>15 E. PUTNAM AVENUE<br>NUMBER 401<br>GREENWICH, CT 06830 | | | | | | | 4,833.00 |
| ACCOUNT NO.<br><br>**BIZ WEAR**<br>4401 SO. 500 WEST<br>MURRAY, UT 84123 | | | | | | | 1,667.08 |
| ACCOUNT NO.<br><br>**BLACK BOX CORP**<br>PO BOX 371671<br>PITTSBURGH, PA 15251 | | | | | | | 275.88 |
| ACCOUNT NO.<br><br>**BLOOM**<br>715 W. OLIVE STREET<br>BOZEMAN, MT 59715 | | | | | | | 13,446.00 |
| ACCOUNT NO.<br><br>**BOB BAILEY**<br>THE MOORINGS<br>NUMBER 36<br>DIAMOND POINTE, NY 12824 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 10 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   270,221.96

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOB BURCH<br>1543 MONK RD<br>GLADWYNE, PA 19035 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>BOB JENKINS<br>EXCHANGE HOUSE<br>PRIMROSE ST<br>LONDON, UNITED KINGDOM<br>EC2 A2NY | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BOB SUMPTER<br>1044 GLENHAVEN DR.<br>PACIFIC PALISADES, CA<br>90272 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BOBBY JONES INC.<br>3565 SO DAWSON ST.<br>AURORA, CO 80014 | | | CLOTHING | | | | 11,156.00 |
| ACCOUNT NO.<br><br>BOGNER OF AMERICA INC.<br>172 BOGNER DR.<br>NEWPORT, VT 05855-0644 | | | | | | | 66,483.38 |

Sheet no.  11 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal     $           877,639.38

Total     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____      Case No.  08-61570 _____
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOZEMAN DAILY CHRONICLE, INC.<br>PO BOX 1188<br>2820 W. COLLEGE<br>BOZEMAN, MT 59771 | | | | | | | 5,261.10 |
| ACCOUNT NO.<br><br>BOZEMAN OFFICE EXPRESS<br>119 N. 7TH AVE<br>BOZEMAN, MT  59715 | | | | | | | 1,064.77 |
| ACCOUNT NO.<br><br>BOZEMAN PORTABLE STORAGE LLC<br>135 HIDEAWAY DR.<br>BOZEMAN, MT 59718 | | | | | | | 3,850.00 |
| ACCOUNT NO.<br><br>BOZEMAN SAFE & LOCK<br>2304-F NO. 7TH<br>BOZEMAN, MT  59715 | | | | | | | 2,757.37 |
| ACCOUNT NO.<br><br>BOZEMAN TROPHY & ENGRAVE<br>ATTN:  DENNIS<br>426 NO. 7TH<br>BOZEMAN, MT  59715 | | | | | | | 3,647.92 |

Sheet no.  12  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $      16,581.16

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRADLEY HOWARD<br>1819 W. OLIVE AVE<br>BURBANK, CA 91506 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRANCH PROPERTIES, INC.<br>335 NE WATULA AVE<br>OCALA, FL 34470 | | | | | | | 24,150.00 |
| ACCOUNT NO.<br><br>BRETT MAURI<br>PO BOX 160733<br>BIG SKY, MT 59716 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>BRETT MAURI<br>PO BOX 160733<br>BIG SKY, MT 59716 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRIAN KLEIN<br>1818 BROADMOOR DR. E<br>SEATTLE, WA 98112 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  13  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         1,074,150.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No.  08-61570 _____
                                  Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRIAN KLEIN<br>1818 BROADMOOR DR. E<br>SEATTLE, WA 98112 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRIAN MACDONALD<br>HARBOR VIEW<br>54 CATHLOW DR.<br>RIVERSIDE, CT 06878 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRIAN OLSON<br>44 MAYO AVE<br>GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRIAN SPRAGUE<br>55 NEW DAWN<br>IRVINE, CA 92620 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BRIAN TAYLOR<br>375 E. PADDOCK CIR.<br>WAYZATA, MN 55391 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  14  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              1,250,000.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.   08-61570
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRICKHOUSE CREATIVE INC. <br> 402 E. MAIN ST., STE 6 <br> BOZEMAN, MT 59715 | | | | | | | 427.50 |
| ACCOUNT NO. <br><br> BRIDGER COMMUNICATIONS <br> 200 FLOSS FLATS RD <br> NUMBER 5 <br> BELGRADE, MT 59714 | | | | | | | 2,492.15 |
| ACCOUNT NO. <br><br> BRIDGER WATER <br> PO BOX 3654 <br> BOZEMAN, MT 59772 | | | | | | | 7,031.20 |
| ACCOUNT NO. <br><br> BRIGHT HOSPITALITY INC. <br> PO BOX 374 <br> TITUSVILLE, PA 16354 | | | | | | | 1,138.67 |
| ACCOUNT NO. <br><br> BRODY CHEMICALS <br> 6125 W. DOUBLEEAGLE <br> SALT LK CITY, UT 84118 | | | | | | | 1,261.06 |

Sheet no.  15  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                     12,350.58

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No.   08-61570
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRONKEN'S<br>PO BOX 188<br>BOZEMAN, MT  59715 | | | | | | | 1,074.11 |
| ACCOUNT NO.<br><br>BROOKS GIFFORD<br>1420 NEPTUNE<br>LEUCADIA, CA 92024 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>BROWER TIMING SYSTEMS<br>12660 SO FORT STREET<br>SUITE 102<br>DRAPER, UT 84020 | | | | | | | 4,490.00 |
| ACCOUNT NO.<br><br>BRP US, INC.<br>10101 SCIENCE DR<br>STURTEVANT, WI 53177 | | | | | | | 3,595.16 |
| ACCOUNT NO.<br><br>BRUCE & PAMELA MILLER<br>PO BOX 70676613<br>SIOUX, FALLS, SD 57186 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  16  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal     $                      509,159.27

Total     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                                    Debtor

Case No. <u>08-61570</u>
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>BRYANT RILEY<br>12710 MARLBORO<br>LOS ANGELES, CA 90049 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>BUCHANAN AUTOMATION<br>11620 49TH PLACE W.<br>MUKITEO, WA 98275 | | | | | | | 420.90 |
| ACCOUNT NO. <br><br>BUCKEYE-PACIFIC TESTING<br>9666 INDIAN CREEK WY<br>ESCONDIDO, CA 92026 | | | | | | | 140.00 |
| ACCOUNT NO. <br><br>BURT SUGARMAN<br>9440 SANTA MONICA BLVD<br>SUITE 407<br>BEVERLY HILLS, CA 90210 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>BURT SUGARMAN<br>9440 SANTA MONICA BLVD<br>SUITE 407<br>BEVERLY HILLS, CA 90210 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. <u>17</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  750,560.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURTON SNOWBOARDS<br>PO BOX 4449<br>BURLINGTON, VT 05406 | | | | | | | 3,012.43 |
| ACCOUNT NO.<br><br>BUTLER SALES & SVC<br>8116 ALAMOSA CIRCLE<br>BOZEMAN, MT  59718 | | | | | | | 567.78 |
| ACCOUNT NO.<br><br>BUTTE CHAMBER COMMERCE<br>ASSISTANCE BUS. CLINICS<br>1000 GEORGE ST.<br>BUTTE, MT 59701 | | | | | | | 200.00 |
| ACCOUNT NO.<br><br>C & H DISTRIBUTORS, LLC<br>770 SO 70TH ST.<br>MILWAUKEE, WI 53214 | | | | | | | 187.72 |
| ACCOUNT NO.<br><br>C D ENTERPRISES INC<br>2901 PHILLIPS ST.<br>BUTTE, MT 59701 | | | | | | | 29,711.65 |

Sheet no.  18  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    33,679.58

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                     Debtor

Case No. <u>08-61570</u>
                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CABELA'S** <br> 1 CABELA DR. <br> SIDNEY, CA 69160-1001 | | | | | | | 4,662.96 |
| ACCOUNT NO. <br><br> **CADDY CORPS LLC** <br> 427 MICHAEL GROVE <br> NUMBER 6 <br> BOZEMAN, MT  59718 | | | | | | | 27,655.62 |
| ACCOUNT NO. <br><br> **CALISINO INTERNATIONAL INC** <br> 1550 ATLANTIC ST. <br> UNION CITY, CA 94587 | | | | | | | 1,977.86 |
| ACCOUNT NO. <br><br> **CALLAWAY GOLF** <br> 2180 RUTHERFORD RD <br> CARLSBAD CA 92008-7328 | | | | | | | 8,763.67 |
| ACCOUNT NO. <br><br> **CANYONLANDS PUBLICATIONS** <br> PO BOX 16175 <br> BELLEMONT, AZ 86015 | | | | | | | 784.71 |

Sheet no. <u>19</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   43,844.82

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No. 08-61570
                          Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,546.56 |
| CARDINAL DISTRIBUTING LLC 269 JACKRABBIT LN BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 43.75 |
| CARGAS INC. 201 GRANITE RUN DRIVE LANCASTER, PA 17601 | | | | | | | |
| ACCOUNT NO. | | | | | | | 10,785.54 |
| CDW PO BOX 75723 CHICAGO, IL 60675-5723 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,318.44 |
| CHAMP 289 ELM STREET PO BOX 73 MARLBOROUGH, MA 01752 | | | | | | | |
| ACCOUNT NO. | | | | | | | 250,000.00 |
| CHARLES CONTE 161 ELDENFIELDS RD MANHASSET, NY 11030 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | |

Sheet no. 20 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $   267,694.29

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHARLES ELCAN<br>1034 CHANCERY LN<br>NASHVILLE, TN 37215 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CHARLES SCHUMACHER<br>1977 PORTAGE LANDING S<br>N PALM BCH, FL 33408 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CHARLES SCHUMACHER<br>1977 PORTAGE LANDING SO<br>N. PALM BCH, FL 33408 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>CHEESBROUGH CORP<br>260 DIVISION ST<br>FREEPORT, MI 49325 | | | | | | | 876.50 |
| ACCOUNT NO.<br><br>CHEFWEAR<br>3111 NORTH KNOX<br>CHICAGO, IL 60641 | | | | | | | 1,645.24 |

Sheet no.  21  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $     802,521.74

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No.  08-61570
                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CHEMNET CONSORTIUM 1302 AVE D BILLINGS, MT 59102 | | | | | | | 8,693.38 |
| ACCOUNT NO.  CHRIS GARLICH 12800 CORPORATE HILL DR ST LOUIS, MO 63131 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  CHRIS JAMES 1750 TAYLOR NUMBER 1701 SAN FRANCISCO, CA 94133 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.  CHRIS JAMES 1 MARKET PLAZA STEWART TOWER 22ND FL SAN FRANCISCO, CA 94105 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  CHRIS SNELL VILLAS DEL MAR@PALMILA SAN JOSE DEL CABO CASITA 379 MEXICO   23400 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  22  of  141  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $       1,058,693.38

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                                Case No.  08-61570
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHRIS WRIGHT<br>106 ALTA VISTA AVE<br>MILL VALLEY, CA 94941 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CHRIS WRIGHT<br>106 ALTA VISTA AVE<br>MILL VALLEY, CA 94941 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>CHRIS WRIGHT<br>106 ALTA VISTA AVE<br>MILL VALLEY, CA 94941 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CHRIS WRIGHT<br>106 ALTA VISTA AVE<br>MILL VALLEY, CA 94941 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CHRISTOPHER METZ<br>539 MIDDLE RD<br>GULFSTREAM, FL 33483 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |

Sheet no.  23  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $                1,350,000.00

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No. 08-61570
_____                              _____
                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**CITICAPITAL (SM)** <br>PO BOX 6229 <br>CAROL STREAM, IL 60197-6 | | | | | | | 1,847.46 |
| ACCOUNT NO. <br><br>**CITICORP VENDOR FINANCE** <br>P.O. BOX 100706 <br>PASADENA, CA 91189 | | | | | | | 979.18 |
| ACCOUNT NO. <br><br>**CITY OF BOZEMAN** <br>121 N. ROUSE AVE <br>BOZEMAN, MT 59771 | | | | | | | 39.52 |
| ACCOUNT NO. <br><br>**CLAYTON STRUVE** <br>175 W. JACKSON BLVD <br>SUITE 440 <br>CHICAGO, IL 60604 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>**CLIFF SOBEL** <br>40 DORISON DR <br>SHORT HILLS, NJ 07078 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 24 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                  502,866.16

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                        Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLIFF TRIBUS<br>403 FARWELL DR<br>MADISON, WI 53704 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CLIFFORD ASNESS<br>516 N STREES<br>GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CLIFFORD ASNESS<br>516 N STREES<br>GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>CLIFFORD OF VERMONT, INC<br>PO BOX 2121<br>MEMPHIS, TN 38159 | | | | | | | 391.33 |
| ACCOUNT NO.<br><br>CLOUDVEIL INSPIRED MTN APPAREL<br>PO BOX 3000<br>SPARKS, MD 21152 | | | | | | | 16,712.97 |

Sheet no.  25 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ⬩ $        767,104.30

Total ⬩ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No. 08-61570
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CLOVERDALE NURSERIES <br> 2528 N. CLOVERDALE RD <br> BOISE, ID 83713 | | | | | | | 2,641.33 |
| ACCOUNT NO. <br><br> COLUMBIA PAINT & COATINGS <br> 2020 W. BABCOCK <br> BOZEMAN, MT 59718-3800 | | | | | | | 1,458.63 |
| ACCOUNT NO. <br><br> COMMERCIAL LAUNDRY SALES <br> 618 N WALLACE <br> BOZEMAN, MT 59715 | | | | | | | 3,650.00 |
| ACCOUNT NO. <br><br> COMPU SOURCE <br> 411 E. BIRCH STREET <br> BOZEMAN, MT 59715 | | | | | | | 6,000.15 |
| ACCOUNT NO. <br><br> COMPUNET, INC. <br> 901 SO C STREET <br> GRANGEVILLE, ID 83530 | | | | | | | 4,520.94 |

Sheet no. 26 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ✓ $ | 18,271.05

Total ✓ $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                                    Case No.  08-61570
                          Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CONNEY SAFETY PRODUCTS <br> PO BOX 44575 <br> MADISON, WI 53744-4575 | | | | | | | 783.16 |
| ACCOUNT NO. <br><br> CONVERGICOM <br> PO BOX 11265 <br> BOZEMAN, MT 59719 | | | | | | | 559.95 |
| ACCOUNT NO. <br><br> CORPORATE IMAGE OUTFITTERS <br> 2775 DILLON RD <br> WHITEFISH, MT 59937 | | | | | | | 7,447.31 |
| ACCOUNT NO. <br><br> COSTCO <br> 2505 CATRON ST <br> BOZEMAN, MT 59718 | | | | | | | 50.00 |
| ACCOUNT NO. <br><br> COUNTRY FLOWER SHOP <br> 720 W. MAIN <br> BOZEMAN, MT 59715 | | | | | | | 8.04 |

Sheet no.  27  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $                    8,848.46

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____      Case No. 08-61570 _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                           |  |  |  |  |  |  | 27,154.51 |
| COWBOY EQUIPMENT, DBA ABC RENTAL & EQUIP SALE 1624 W. BEALL BOZEMAN, MT 59715 |  |  |  |  |  |  |  |
| ACCOUNT NO.                                                           |  |  | REFUNDABLE MEMBERSHIP FEE | X | X |  | 250,000.00 |
| CRAIG JENSEN 4245 MESA VISTA DR. LA CANADA-FLINTRIDGE, CA 91011-3825 |  |  |  |  |  |  |  |
| ACCOUNT NO.                                                           |  |  |  |  |  |  | 5,035.00 |
| CRYSTAL IMAGES INC BOX 160479 BIG SKY, MT 59716 |  |  |  |  |  |  |  |
| ACCOUNT NO.                                                           |  |  |  |  |  |  | 26.96 |
| CUMMINS ROCKY MTN, INC 5151 MIDLAND RD BILLINGS, MT 59106 |  |  |  |  |  |  |  |
| ACCOUNT NO.                                                           |  |  |  |  |  |  | 12,047.01 |
| CURT ELECTRIC & SUPPLY, INC. 92 BULLRUSH AVE BELGRADE, MT 59714 |  |  |  |  |  |  |  |

Sheet no. 28 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $ 294,263.48

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CURTIS MARKS 5234 ISLESWORTH COUNTRY CLUB WINDEMERE, FL 34786 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  CUSTOM DINING EXPERIENCES 1627 W. MAIN, SUITE 362 BOZEMAN, MT 59718 | | | | | | | 1,416.00 |
| ACCOUNT NO.  CYPRESS HOTEL & SPA LLC PO BOX 2306 DENTON, TX 76202 | | | | | | | 2,641.25 |
| ACCOUNT NO.  DAGOSTINO MASONRY SUPPLY 165 QUALE RUN RD BOZEMAN, MT 59718 | | | | | | | 1,188.19 |
| ACCOUNT NO.  DAIMLER CHRYSLER SVCS DCS TRUCK FINANCE PO BOX BOX 2916 MILWAUKEE, WI 53201-2916 | | | | | | | 25,236.96 |

Sheet no.  29 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $  280,482.40

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No.   08-61570
        _____                              _____
                    Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DAN OREN <br> 3150 W. OWASSO BLVD <br> ROSEVILLE, MN 55113 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DAN REINER <br> 3561 FERTILE VALLEY RD <br> NEWPORT, WA 99156 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DANIEL HENRY <br> 11540 CHEROKEE CT <br> LEAWOOD, KS 66211 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DANIEL STEPHENSON <br> 41391 KALMIA ST. <br> STE 200 <br> MURRIETA, CA 92562 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DANIEL WITMER <br> 285 BIRDIE CIRCLE <br> HARRISONBURG, VA 22802 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |

Sheet no. 30 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ✓ $        1,300,000.00

Total ✓ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____          Case No.  08-61570 _____
                                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANIEL ZELSON<br>297 HARBOR RD<br>SOUTHPORT, CT 06890 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DARRELL CRATE<br>890 HALE ST<br>BEVERLY, MA 01915 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID DEUTSCH<br>615 ATHLONE CT<br>ALPHARETTA, GA 30004 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID DOLLINGER<br>555 TWIN DOLPHIN DR.<br>SUITE 600<br>REDWOOD CITY, CA 94065 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID EPSTEIN<br>21 EAST FRONT ST<br>NO. 210<br>RED BANK, NJ 07701 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |

Sheet no.  31 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $ 1,300,000.00

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No. __08-61570_____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DAVID GEORGE <br> 4674 WHITESTONE WY <br> SUWANEE, GA 30024 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DAVID GIVEN <br> 22239 SHAKER BLVD <br> SHAKER HTS, OH 44122 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DAVID HELLER <br> 1 NEW YORK PLAZA <br> 50TH FL <br> NEW YORK, NY 10004 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> DAVID JONES <br> 7440 WILDERCLIFF DR <br> ATLANTA, GA 30328 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> DAVID LEUSCHEN <br> 712 FIFTH AVE, 51ST FL <br> NEW YORK, NY 10019 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. _32_ of _141_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $          1,300,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                        Debtor

Case No. <u>08-61570</u>
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVID MARTINELLI<br>350 HARVEST LANE<br>HAVERFORD, PA 19041 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID MILLS<br>1205 PACIFIC AVE<br>SUITE 203<br>SANTA CRUZ, CA 95060 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID MOELLENHOFF<br>220 GLORIETTA BLVD<br>ORINDA, CA 94563 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID MORRIS<br>832 COUNTRY CLUB LN<br>ONALASKA, WI 54650 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DAVID MORROW<br>1840 E. BROCKER RD<br>METAMORA, MI 48455 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. <u>33</u> of <u>141</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      1,250,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No. 08-61570
                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **DAVID MOTT** <br> **7205 MEADOW LN** <br> **CHEVY CHASE, MD 20815** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **DAVID MURPHY** <br> **4701 ANNAWAY DR** <br> **EDINA, MN 55436** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **DAVID RUBENSTEIN** <br> **140 GOLF HOUSE RD** <br> **HAVERFORD, PA 19041** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> **DAVID STANTON** <br> **190 SEA CLIFF AVE** <br> **SAN FRANCISCO, CA 94121** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **DAVID WELLES** <br> **112 ROCKLEDGE** <br> **PERRYSBURG, OH 43551** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 34 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $      1,300,000.00

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No.  08-61570
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 43,392.89 |
| DEANNE STALNAKER 55 ESSEX LANE IRVINE, CA 92620 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,000.00 |
| DEHAAN DARREL 624 ROCKING HORSE DR BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 538.87 |
| DELUXE BUSINESS CHECKS PO BOX 742572 CINCINNATI, OH 45274 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,637.38 |
| DERMER REFRIGERATION INC. 6757 LYNX LANE BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 22,637.60 |
| DESIGN SPACE MODULAR BLDG 2235 ENCINATAS BLVD SUITE 111 ENCINATAS, CA 92024-4356 | | | | | | | |

Sheet no.  35  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ► $   74,206.74

Total  ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                                Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | | | | | | | 5,513.40 |
| ACCOUNT NO.<br><br>**DONALD SIMPSON**<br>4582 S. ULSTER ST. PKWAY<br>STE 1200<br>DENVER, CO 80237 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>**DON'S GROUP ATTIRE**<br>5216 1ST AVE SO.<br>SEATTLE, WA 98108 | | | | | | | 1,917.80 |
| ACCOUNT NO.<br><br>**DOOR TECH INC**<br>FALCON LANE, NO. 5<br>BOZEMAN, MT 59718 | | | | | | | 243.50 |
| ACCOUNT NO.<br><br>**DOPPELMAYR CTEC, INC.**<br>3160 W. 500 SO.<br>SALT LK CITY, UT 84104 | | | | | | | 29,661.51 |

Sheet no. 36 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $                        287,336.21

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____      Case No. 08-61570 _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DORFMAN<br>PO BOX 213005<br>STOCKTON, CA 95213-9005 | | | | | | | 399.31 |
| ACCOUNT NO.<br><br>DOUG FEURRING<br>SCHMIER & FEURRING PROP.<br>7777 GLADES RD, NO 310<br>BOCA RATON, FL 33434 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DOUGLAS  FEURRING<br>SCHMIER & FEURRING PROP.<br>7777 GLADES RD, NO 310<br>BOCA RATON, FL 33434 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DOUGLAS BURGUM<br>10 TALLGRASS TRAIL<br>HORACE, ND 58047 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>DOUGLAS FEURRING<br>SCHMIER & FEURRING PROP.<br>7777 GLADES RD, NO 310<br>BOCA RATON, FL 33434 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. 37 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $     1,000,399.31

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC_____    Case No. 08-61570_____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 300,000.00 |
| DOUGLAS MURPHY 1742 W WESLEY RD ATLANTA, GA 30327 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | | | | 68,020.00 |
| DREAMCATCHER PO BOX 161097 BIG SKY, MT 59716 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,299.39 |
| EARTHLY DELIGHTS, INC. 1161 E. CLARK RD SUITE 260 DEWITT, MI 48820 | | | | | | | |
| ACCOUNT NO. | | | | | | | 407.59 |
| EARTHTALK STUDIOS, INC 2504 W. MAIN, STE L BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,200.00 |
| EASY PICKER GOLF PRODUCTS INC 415 LEONARD BLVD LEHIGH, FL 33971 | | | | | | | |

Sheet no.  38 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $          378,926.98

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                         Case No.   08-61570
                      Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ECCO USA INC<br>PO BOX 6094<br>BOSTON, MA 02212-6094 | | | | | | | 4,022.92 |
| ACCOUNT NO.<br><br>ECOLAB INSTITUTION<br>370 WABASHA ST.<br>ST. PAUL, MN 55102 | | | | | | | 604.61 |
| ACCOUNT NO.<br><br>ED BROESAMLE<br>1550 N. LAKE SHORE DR<br>UNIT 33 E<br>CHICAGO, IL 60610 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>ED LOEB<br>68 WOODLEY RD<br>WINNETKA, IL 60093 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>EDGAR RAININ<br>85 GRAVATT DRIVE<br>BERKELY, CA 94705 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 39 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 754,627.53

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No. 08-61570
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EDWARD CRAWFORD <br> THE CRAWFORD GROUP <br> 6065 PARKLAND BLVD <br> CLEVELAND, OH 44124 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 500,000.00 |
| ACCOUNT NO. <br><br> EDWARDS FRICKLE <br> ANNER-HUGHES & CULVER <br> 1604 LEWIS AVE, STE 206 <br> PO BOX 20039 <br> BILLINGS, MT 59104 | | | | | | | 363,859.10 |
| ACCOUNT NO. <br><br> ELLIS SHORT <br> 2711 NORTH HASKELL AVE <br> SUITE 1600, LB 49 <br> DALLAS, TX 75204 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ELLIS SHORT <br> 717 N HARWOOD ST <br> STE 2100, LB45 <br> DALLAS, TX 75201 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> EMPLOYEE BENEFIT RESOURCES <br> PO BOX 1196 <br> HELENA, MT 59624 | | | | | | | 22,915.01 |

Sheet no. 40 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   1,386,774.11

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC          Case No.  08-61570
                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ENERGY LABORATORIES <br> 1120 SO. 27TH ST. <br> BILLINGS, MT 59101-4518 | | | | | | | 1,789.01 |
| ACCOUNT NO. <br><br> ENRICO GAGLIOTI <br> 143 ELMSLEY COURT <br> RIDGEWOOD, NJ 07450 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ERIK UDSTUEN <br> 4865 GILBERT STATION RD <br> BARBOURSVILLE, VA 22923 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ERNEST PARIZEAU <br> 68 LINCOLN RD <br> WELLESLEY, MA 02481-6130 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ERNIE PARIZEAU <br> 68 LINCOLN RD <br> WELLESLEY, MA 02481 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  41  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $          1,001,789.01

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                                     Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>F-11 PHOTOGRAPHIC SUPPLIES<br>16 E. MAIN ST.<br>BOZEMAN, MT 59715 | | | | | | | 18.50 |
| ACCOUNT NO.<br><br>FASTENAL CO.<br>8235 HUFFINE LANE<br>BOZEMAN, MT 59718 | | | | | | | 3,323.57 |
| ACCOUNT NO.<br><br>FATZER AG WIRE ROPES<br>DRAGHTSEILWERK<br>SALMSACHERSTRASSE 9<br>CH-8590 ROMANSHORN | | | | | | | 734.60 |
| ACCOUNT NO.<br><br>FEDERAL EXPRESS<br>PO BOX 94515<br>PALATINE IL 60094-4515 | | | | | | | 1,937.12 |
| ACCOUNT NO.<br><br>FERGUSON ENTERPRISES<br>188 PRONGHORN TRAIL<br>BOZEMAN, MT 59715 | | | | | | | 10.06 |

Sheet no. 42 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $  6,023.85

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No. 08-61570 _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIRE GUY LEASING<br>PO BOX 5445<br>HELENA, MT 59604 | | | | | | | 197.22 |
| ACCOUNT NO.<br><br>FIRST W. INSURANCE<br>1905 STADIUM DR.<br>BOZEMAN, MT 59715 | | | | | | | 9.00 |
| ACCOUNT NO.<br><br>FISCHER SKIS US LLC<br>60 DARTMOUTH DR.<br>AUBURN, NH 03032 | | | | | | | 2,659.48 |
| ACCOUNT NO.<br><br>FISHPOND<br>9829 WIDMER RD<br>LENEXA, KS  66215 | | | | | | | 4,144.90 |
| ACCOUNT NO.<br><br>FORESTRY SUPPLIERS, INC.<br>PO BOX 8397<br>205 W. RANKIN ST.<br>JACKSON, MS 39284-8397 | | | | | | | 443.94 |

Sheet no.  43  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          7,454.54

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                                Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FOUR CORNERS HARDWARE 177 GARDEN DR. BOZEMAN, MT 59718 | | | | | | | 1,499.21 |
| ACCOUNT NO. FOUR CORNERS SADDLERY 81720 GALLATIN RD BOZEMAN, MT 59718 | | | | | | | 1,419.55 |
| ACCOUNT NO. FRANK FOLEY PO BOX 2447 COLUMBUS, GA 31902 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. FRANK MCCOURT 1000 ELYSIAN PARK AVE LOS ANGELES, CA 90012 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. FRANK NORMAN JR 9800 GEE NORMAN RD BELGRADE, MT 59714 | | | | | | | 5,900.00 |

Sheet no. 44 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ 508,818.76

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No. 08-61570
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FRED PRYOR SEMINARS <br> PO BOX 410498 <br> KANSAS CITY, MO 64141 | | | | | | | 491.00 |
| ACCOUNT NO. <br><br> FULL CIRCLE OF BIG SKY <br> PO BOX 1325 <br> BELGRADE, MT 59714 | | | | | | | 6,740.00 |
| ACCOUNT NO. <br><br> G. SCOTT MINTON <br> 1918 WHITE TREE TRAIL <br> ARDEN, NC 28704 | | | | | | | 5,397.00 |
| ACCOUNT NO. <br><br> GALLATIN LAUNDRY <br> 137 E. BABCOCK <br> BOZEMAN, MT 59771-1370 | | | | | | | 7,111.21 |
| ACCOUNT NO. <br><br> GARLAND, NELSON, MCCLEERY & WADE <br> 44 CLUB RD, SUITE 200 <br> EUGENE, OR 97401 | | | | | | | 501.00 |

Sheet no. 45 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $ 20,240.21

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GARLINGTON, LOHN & ROBINSON, PLLP <br> 199 W. PINE <br> MISSOULA, MT 59807-7909 | | | | | | | 344,700.42 |
| ACCOUNT NO. <br><br> GARY BRINK INC. <br> 216 MOORE LANE <br> BILLINGS, MT 59101 | | | | | | | 1,520.60 |
| ACCOUNT NO. <br><br> GARY DI SILVESTRI <br> PO BOX 161000 <br> BIG SKY, MT 59716 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> GARY RIESCHEL <br> PO BOX 321058 <br> LOS GATOS, CA 95032 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> GAY BETERS-FRANCKOWIAK <br> 73 FITCH WY <br> PRINCETON, NJ 08540 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  46  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal      $      1,096,221.02

Total      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No. 08-61570
                          Debtor                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE CAPITAL CORP.<br>1961 HIRST DR.<br>MOBERLY, MO 65270 | | | | | | | 779.61 |
| ACCOUNT NO.<br><br>GEMPLERS<br>PO BOX 5176<br>JANESVILLE, WI 53547 | | | | | | | 687.86 |
| ACCOUNT NO.<br><br>GENE COOK<br>1276 N 15TH AVE<br>STE 103<br>BOZEMAN, MT 59715 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GENERAL DISTRIBUTING CO<br>PO BOX 2606<br>GREAT FALLS, MT 59403 | | | | | | | 1,199.30 |
| ACCOUNT NO.<br><br>GEORGE PATTERSON<br>PO BOX 6595<br>HARRISBURG, PA 17112 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 47 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $    502,666.77

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No. 08-61570
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GEORGE PATTERSON<br>PO BOX 6595<br>HARRISBURG, PA 17112 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GEORGE STRAWBRIDGE<br>196 GREEN LAWN RD<br>COCHRANVILLE, PA 19330 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GEORGE'S DISTRIBUTING<br>PO BOX 1126<br>HELENA, MT 59624 | | | | | | | 1,905.92 |
| ACCOUNT NO.<br><br>GERALD ROGERS<br>3620 MAPLEWOOD AVE<br>DALLS, TX 75205 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GEYSER WHITEWATER, INC.<br>46651 GALLATIN RD<br>GALLATIN GTWAY, MT 59730 | | | | | | | 619.50 |

Sheet no. 48 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $       752,525.42

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re YELLOWSTONE MOUNTAIN CLUB, LLC      Case No. <u>08-61570</u>
                 Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **GIANT GROUP** <br> 9440 SANTA MONICA BLVD <br> BEVERLY HILLS, CA 90210 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **GIANT GROUP** <br> 9440 SANTA MONICA BLVD <br> BEVERLY HILLS, CA 90210 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **GILDING THE LILY, INC.** <br> 72-255 LASKEY DR. <br> SKY VALLEY, CA 92241 | | | | | | | 52,220.47 |
| ACCOUNT NO. <br><br> **GKI BETHLEHEM LIGHTING** <br> GPO 5190, PO BOX 5190 <br> NEW YORK, NY 10087-5190 | | | | | | | 7,749.96 |
| ACCOUNT NO. <br><br> **GOLF COURSE SUPERINTEND.** <br> PO BOX 219004 <br> KANSAS CITY, MO 64121 | | | | | | | 160.00 |

Sheet no. <u>49</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $       560,130.43

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
_____              _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOLFTINI<br>545 ALDEN AVE<br>WESTFIELD, NJ 07090 | | | | | | | 2,295.25 |
| ACCOUNT NO.<br><br>GOT BULL PRODUCTIONS, LLC<br>420 E. WASHINGTON<br>PASCO, WA 99301 | | | | | | | 2,800.00 |
| ACCOUNT NO.<br><br>GRAINGER, INC.<br>221 MOORE LANE<br>BILLINGS, MT 59101 | | | | | | | 8,086.54 |
| ACCOUNT NO.<br><br>GRASS CHOPPER<br>PO BOX 6172<br>BOZEMAN, MT 59771 | | | | | | | 979.00 |
| ACCOUNT NO.<br><br>GRAYBAR ELECTRIC CO.<br>FILE 57073<br>LOS ANGELES, CA 90074 | | | | | | | 110.35 |

Sheet no.  50  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►   $   14,271.14

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC          Case No.   08-61570
_____          _____
                    Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,165.00 |
| GREEN FIX 8361 E. EVANS DR SUITE 106 SCOTTSDALE, AZ 85260 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,565.00 |
| GREENBERG TRAURIG LLP 4800 N. FEDERAL HWY TOWER B, SUITE 300 BOCA RATON, FL 33431 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| GREG BRANCH PO BOX 940 OCALA, FL 34478 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| GREG HARRIS 304 SPALDING RD WILMINGTON, DE 19803 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| GREG LEMOND 3000 WILLOW DRIVE MEDINA, MN 55340 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |

Sheet no. 51 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   754,730.00

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC   Case No. 08-61570
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GREG LEMOND<br>3000 WILLOW DRIVE<br>MEDINA, MN 55340 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GREGG DYSTE<br>2800 CABALINE TRAIL<br>HAMEL, MN 55340 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GREGORY DAILY<br>5353 HILLSBORO PIKE<br>NASHVILLE, TN 37215 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>GUNNAR BJORG<br>74465 MTN. VISTA DR.<br>INDIAN WELLS, CA 92210 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>H & E EQUIPMENT SVC<br>343 FLOSS FLATS RD<br>BELGRADE, MT 59714 | | | | | | | 4,873.00 |

Sheet no. 52 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,004,873.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No.  08-61570 _____
                              Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HAGEN O'CONNELL LLP <br> 121 SW MORRISON ST <br> SUITE 1500 <br> PORTLAND, OR 97204 | | | | | | | 6,774.45 |
| ACCOUNT NO. <br><br> HALPERN'S STEAK & SEAFOOD <br> 4685 WELCOME ALL RD <br> ATLANTA, GA 30349 | | | | | | | 381.69 |
| ACCOUNT NO. <br><br> HAMILTON MEHLMAN & <br> KATHYRN GRINER <br> 29 GEORGE LANE <br> BROOKLINE, MA 02445 | | | | | | | 6,160.00 |
| ACCOUNT NO. <br><br> HANDS ON, INC. <br> 7510 PIONEER WY <br> BOZEMAN, MT 59718-7526 | | | | | | | 2,662.00 |
| ACCOUNT NO. <br><br> HARTLEY RICHARDSON <br> 1 LOMBARD PLACE <br> 30TH FLOOR <br> WINNEPEG, MANITOBA, <br> CANADA R3B 0Y1 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 53 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 265,978.14

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                          Debtor

Case No. <u>08-61570</u>
                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HARVEY BOULTER<br>HOUSE N<br>ORIENT CREST, 76 PEAK RD<br>HONG KONG | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>HD SUPPLY WATERWORKS LTD<br>PO BOX 79382<br>CITY INDUSTRY, CA 91716 | | | | | | | 5,943.47 |
| ACCOUNT NO.<br>HEIDI SONEN<br>1535 MINT SPGS RD<br>CROZET, VA 22932 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br>HELWIG CARBON PRODUCTS, INC.<br>8900 W. TOWER AVE<br>MILWAUKEE, WI 53224 | | | | | | | 120.23 |
| ACCOUNT NO.<br>HERTZ CORP.<br>P.O. BOX 26141<br>OKLAHOMA CITY, OK 73126 | | | | | | | 1,108.62 |

Sheet no. <u>54</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $    557,172.32

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____        Case No.  08-61570 _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**HEUGA CTR**<br>27 MAIN ST., SUITE 303<br>EDWARDS, CO 81632-0491 | | | | | | | 1,650.00 |
| ACCOUNT NO.<br><br>**HL COMPANY**<br>1021 THIRD STREET NW<br>GREAT FALLS, MT 59403 | | | | | | | 909.86 |
| ACCOUNT NO.<br><br>**HOLIDAY FOLIAGE, INC.**<br>2592 OTAY CENTER DR.<br>SAN DIEGO, CA 92154 | | | | | | | 2,455.00 |
| ACCOUNT NO.<br><br>**HOME DEPOT**<br>PO BOX 6031<br>THE LAKES, NV 88901-6031 | | | | | | | 2,555.57 |
| ACCOUNT NO.<br><br>**HOME DEPOT SUPPLY**<br>10641 SCRIPPS SUMMIT CT<br>SAN DIEGO, CA 92131 | | | | | | | 1,132.85 |

Sheet no.  55  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ↗ $          8,703.28

Total ↗ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No.  08-61570
                                Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HORNY TOAD <br> PO BOX 21508 <br> SANTA BARBARA, CA 93121 | | | | | | | 13,177.55 |
| ACCOUNT NO. <br><br> HOUSE OF CLEAN <br> 404 BRYANT <br> PO BOX 1203 <br> BOZEMAN, MT 59771-1203 | | | | | | | 12,049.94 |
| ACCOUNT NO. <br><br> I DESIGN <br> 424 NO. BOZEMAN <br> BOZEMAN, MT 59715 | | | | | | | 1,750.00 |
| ACCOUNT NO. <br><br> I LIAC GOLF <br> 2227 FARADAY AVENUE <br> SUITE D <br> CARLSBAD, CA 92008 | | | | | | | 3,656.87 |
| ACCOUNT NO. <br><br> IDAHO SEWING FOR SPORTS <br> ROUTE 2, BOX 245 <br> GRANGEVILLE, ID 83530 | | | | | | | 82.63 |

Sheet no.  56  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              30,716.99

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                        Debtor

Case No.  08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. IMPERIAL HEADWEAR, INC 1086 PASPHERE CIR. CHICAGO, IL 60674 | | | | | | | 3,660.52 |
| ACCOUNT NO. INCAPTION, INC. 200 S. WILCOX ST NUMBER 403 CASTLE ROCK, CO 80104 | | | | | | | 6,994.00 |
| ACCOUNT NO. INGERSOL RAND PO BOX 6229 CAROL STREAM, IL 60197 | | | | | | | 14,274.99 |
| ACCOUNT NO. INTERNATIONAL UNIFORM 1216 BROADSTREET AUGUSTA, GA 30901 | | | | | | | 551.59 |
| ACCOUNT NO. INTERNMOUNTAIN WOOD PRODUCTS PO BOX 65970 SALT LK CITY, UT 84165 | | | | | | | 797.80 |

Sheet no. 57 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       $       26,278.90

Total       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____          Case No. __08-61570_____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>IZOD<br>550 S. WADSWORTH BLVD<br>SUITE 200<br>LAKE WOOD, CO 80226 | | | | | | | 4,195.28 |
| ACCOUNT NO. <br><br>J & H OFFICE EQUIP<br>203 HAGGERTY LANE<br>BOZEMAN, MT 59715 | | | | | | | 4,427.95 |
| ACCOUNT NO. <br><br>J & V RESTAURANT SUPPLY<br>& REFRIGERATION<br>544 EAST MENDENHALL<br>BOZEMAN, MT 59771 | | | | | | | 534.55 |
| ACCOUNT NO. <br><br>JACKIE PENA DBA BODY &<br>  SOUL MASSAGE<br>PO BOX 160118<br>BIG SKY, MT 59716 | | | | | | | 5,643.00 |
| ACCOUNT NO. <br><br>JAMES BENSON<br>300 BIRTH CT<br>LAKE FOREST, IL 60045 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. _58_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $         264,800.78

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>                          Case No. <u>08-61570</u>
                          Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>JAMES BLAIR <br>1645 THE ALAMEDA <br>SAN JOSE, CA 95126 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>JAMES CAREY <br>9 NORMANDY LN <br>RIVERSIDE, CT 06878 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>JAMES DAVIDSON <br>1832 FLORIBUNDA AVE <br>HILLSBOROUGH, CA 94010 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>JAMES LAU <br>PO BOX 550 <br>LOS ALTOS, CA 94023 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br>JAMES MACE <br>445 APPLE STREET <br>RENO, NV 89502 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. <u>59</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $    1,250,000.00

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __YELLOWSTONE MOUNTAIN CLUB, LLC_____     Case No. __08-61570_____
                          Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JAMES MURPHY<br>1150 CENTRAL AVE<br>NAPLES, FL 34102-6214 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JAMES MURPHY<br>1150 CENTRAL AVE<br>NAPLES, FL 34102-6214 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JAMES MURPHY<br>1150 CENTRAL AVE<br>NAPLES, FL 34102-6214 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JAMES PARKS<br>10474 SANTA MONICA BLVD<br>STE 200<br>LOS ANGELES, CA 90025 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JAMES RIVERS<br>PO BOX 716<br>GALLATIN GATEWAY, MT 597 | | | | | | | 1,189.00 |

Sheet no. _60_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ✔ $   1,001,189.00

Total ✔ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No. 08-61570
_____                         _____
Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JAMES SYTH <br> 359 WINTERGREEN LN <br> BOZEMAN, MT 59715 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JAMES TAYLOR <br> 66 KINGSBORO AVENUE <br> PO BOX 1190 <br> GLOVERSVILLE, NY 12078 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JAY JACOBS <br> 17 POPPY HILLS RD <br> LAGUNA NIGUEL, CA 92677 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JC GOLF ACCESSORIES <br> 3602 SO. JASON STREET <br> ENGLEWOOD, CO 80110 | | | | | | | 677.17 |
| ACCOUNT NO. <br><br> JC LLC <br> CHARLIE CALLENDAR <br> PO BOX 161045 <br> BIG SKY, MT 59716 | | | | | | | 4,000.00 |

Sheet no. 61 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 754,677.17

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                        Case No.  08-61570
_____                                    _____
Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEFF COBB<br>PO BOX 1932<br>EDWARDS, CO 81632-1932 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JEFFERSON R COBB<br>PO BOX 1932<br>EDWARDS, CO 81632 | | | | | | | 18,741.80 |
| ACCOUNT NO.<br><br>JEFFERY BLAKE<br>2216 SO SHORE DR<br>ERIE, PA 16505 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JEFFREY DASH<br>2335 E. LONG SHADOW PL<br>TUCSON, AZ 85718 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JEFFREY UBBEN<br>435 PACIFIC AVE, 4TH FL<br>SAN FRANCISCO, CA 94133 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 62 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $        1,018,741.80

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____      Case No. __08-61570_____
                          Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JEFFREY WELLES**<br>**1220 PARK AVE**<br>**NUMBER 8C**<br>**NEW YORK, NY 10128** | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>**JEFRY ROSMARIN**<br>**44 BAYCREST**<br>**HUNTINGTON BAY, NY 11743** | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>**JENNIFER HILL**<br>**16 CAMBRIDGE ST**<br>**LONDON, ENGLAND**<br>**UNITED KINGDOM**<br>**SWIV 4QH** | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>**JEREMY MORTON**<br>**309 PRAIRE AVE**<br>**BOZEMAN, MT 59718** | | | | | | | 700.00 |
| ACCOUNT NO.<br><br>**JERRY LOCATI**<br>**1007 E. MAIN**<br>**SUITE 202**<br>**BOZEMAN, MT 59715** | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. _63_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $   1,000,700.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC         Case No. __08-61570__
                       Debtor                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JERRY LOCATI <br> 1007 E. MAIN <br> SUITE 202 <br> BOZEMAN, MT 59715 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JESSE SAMMIS <br> 135 E. PUTNAM AVE <br> GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JIM DOLAN <br> 90 BETA DR. <br> PITTSBURGH, PA 15238 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JIM KILLORAN <br> 822 COUNTRY CLUB LANE <br> ONALASKA, WI 54650 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JIM ROME <br> 1990 S BUNDY DR <br> NUMBER 200 <br> LOS ANGELES, CA 90025 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. __64__ of __141__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $     1,250,000.00

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____         Case No. 08-61570 _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JIM SIEVERS<br>33 BLACK EAGLE RD<br>NO. 1662<br>BIG SKY, MT  59716-1432 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>JIM'S ELECTRIC SERVICES<br>515 MOORE LANE<br>BILLINGS, MT  59101 | | | | | | | 9,029.30 |
| ACCOUNT NO.<br><br>JOAN HALVAJIAN<br>478 JASMINE ST<br>LAGUNA BCH, CA 92651 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JOB TARGET LLC<br>225 STATE STREET<br>SUITE 300<br>NEW LONDON, CT 06320 | | | | | | | 130.00 |
| ACCOUNT NO.<br><br>JOE ROGERS<br>3290 NORTHSIDE PKWY<br>SUITE 375<br>ATLANTA, GA 30327 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. 65 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  809,159.30

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re YELLOWSTONE MOUNTAIN CLUB, LLC
Debtor

Case No. 08-61570
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOEL LONG <br> 730 BLUEGRASS PL <br> BILLING, MT 59102 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOEL LONG JR <br> 41 HEATHERWOOD LN <br> BILLINGS, MT 59102 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOHN AVERY <br> 167 BRATTLE ST <br> CAMBRIDGE, MA 02138 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> JOHN BAUCHMAN <br> 1245 ODELL SCHOOL RD <br> CONCORD, NC 28027 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOHN BOTTI <br> 101 VIA LOS ALTOS <br> TIBURON, CA 94920 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |

Sheet no. 66 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 1,350,000.00

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____       Case No. 08-61570 _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JOHN CAPPETTA<br>PO BOX 884<br>RANCHO SANTA FE, CA<br>92067 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>JOHN CARRAFIELL<br>3 LOWER ADDISON GARDENS<br>LONDON<br>UNITED KINGTON<br>W14 8BG | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JOHN HEMMINGSON<br>1859 N LAKEWOOD DR<br>NUMBER 303<br>COEUR D'ALENE, ID 83814 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JOHN KIM<br>6643 N 66TH PL<br>PARADISE VALLEY, AZ<br>85253 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>JOHN MEGRUE<br>153 E. 53RD ST<br>53RD FLOOR<br>NEW YORK, NY 10022 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 67 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $    1,350,000.00

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No.  08-61570 _____
　　　　　　　　　　　　　　　 Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOHN RYAN <br> 2502 N ROCKY PT DR <br> TAMPA, FL 33607 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOHN STEFFAN <br> PO BOX 50411 <br> SANTA BARBARA, CA 93150 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOHN TAYLOR <br> 374 SO BEACH RD <br> HOBE SOUND, FL 33455 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> JOHN WAGNER <br> 515 S WINDSOR BLVD <br> LOS ANGELES, CA 90020 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> JOHNSON DISTRIBUTING CO <br> 10210 3RD ST. NW <br> GREAT FALLS, MT 59404 | | | | | | | 2,273.80 |

Sheet no. 68 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $  1,052,273.80

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No.  08-61570
_____                            _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JOHNSON PLASTICS<br>9240 GRAND AVE SO<br>BLOOMINGTON, MN 55420 | | | | | | | 12.02 |
| ACCOUNT NO.<br><br>JOHNSTONE SUPPLY<br>PO BOX 80150<br>BILLINGS, MT 59108 | | | | | | | 37.31 |
| ACCOUNT NO.<br><br>JON CHRISTENSEN<br>1878 SANNITA PLACE<br>PLEASONTON, CA 94566 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JON HEMINGWAY<br>1131 SW KLICKITAT WAY<br>SEATTLE, WA 98134 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>JON HEMINGWAY<br>1131 SW KLICKITAT WAY<br>SEATTLE, WA 98134 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no.  69  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $                          750,049.33

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)