B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
Debtor

Case No.   08-61570
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 30.50 |
| JONNY'S APPLIANCE REPAIR, LLC 290 PRONGHORN TRAIL #5 BOZEMAN, MT  59716 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| JORGE JASSON 44 DOUBLING RD GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| JOSEPH GOVEIA 250 BROOKS ST ALISO VIEJO, CA 92656 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| JOY CRAFT 250 FAMILY FARM RD WOODSIDE, CA 94062 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| JWR JR FAMILY TRUST 3290 NORTHSIDE PKWAY SUITE 375 ATLANTA, GA 30327 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |

Sheet no. 70 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   1,000,030.50

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
　　　　　　　　　　　　　　　　　　Debtor

Case No.  08-61570
　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**K & K INTERIORS**<br>2230 SUPERIOR ST.<br>SANDUSKY, OH 44870 | | | | | | | 1,351.64 |
| ACCOUNT NO.<br><br>**K & L GATES**<br>925 FOURTH AVENUE<br>SUITE 2900<br>SEATTLE, WA 98104-1158 | | | | | | | 100,870.76 |
| ACCOUNT NO.<br><br>**K4 INSPECTIONS INC.**<br>PO BOX 82<br>HUNTLEY, MT 59037 | | | | | | | 2,112.95 |
| ACCOUNT NO.<br><br>**KAMP IMPLEMENT**<br>PO BOX 629<br>BELGRADE, MT 59714 | | | | | | | 78.63 |
| ACCOUNT NO.<br><br>**KATHRYN MEHLMAN**<br>29 GEORGE LANE<br>BROOKLINE, MA 02445 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. _71_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal　▶ $ 　　　　354,413.98

Total　▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
               Debtor

Case No. <u>08-61570</u>
        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KBOZ COUNTRY 99.9<br>PO BOX 20<br>BOZEMAN, MT 59718-2041 | | | | | | | 224.69 |
| ACCOUNT NO.<br><br>KEITH BURKHART<br>4805 MIRADOR DR<br>AUSTIN, TX 78735 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>KEITH SMITH<br>532 ALEXANDER CRESCENT NW<br>CALGARY, ALBERTA, CANADA T2M 4V1 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>KENN RICCI<br>38355 CHIMNY RIDGE TRL<br>WILLOUGHBY HILLS, OH 44094 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>KENNETH MOFFET<br>1317 NORTH BLVD<br>HOUSTON, TX 77006 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. <u>72</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >    $      1,000,224.69

Total   >    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                           Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 300,000.00 |
| KENNETH OLIVIER 808 EUCALYPTUS AVE HILLSBOROUGH, CA 94010-6317 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| KENNETH OLIVIER 808 EUCALYPTUS AVE HILLSBOROUGH, CA 94010-6317 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 11,749.09 |
| KENYON NOBLE 25 E. MENDENHALL BOZEMAN, MT 59771-1109 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| KERRY CLARK 8515 FOX CLUB LANE CINCINNATI, OH 45243 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| KEVIN COOK 1276 N 15TH AVE STE 103 BOZEMAN, MT 59715 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  73 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          1,061,749.09

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
_____
Debtor

Case No.  08-61570
_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| KEVIN WELSH 16538 VIA FLOREST PACIFIC PALISADES, CA 90272 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. | | | | | | | |
| KEWSONG LEE 2 PRYER LN LARCHMONT, NY 10538 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. | | | | | | | |
| KIMBERLY WATKINS 1410 SUMMIT RD ALPHARETTA, GA 30004 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. | | | | | | | |
| KJUS USA 125 HIGH STREET FARMINGTON, ME 04938 | | | | | | | 34,546.23 |
| ACCOUNT NO. | | | | | | | |
| KLEIN GILHOUSEN 599 HIGHTOWER BOZEMAN, MT 59718 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 74 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $  1,134,546.23

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                                                              Case No. 08-61570
          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 384.21 |
| KLIP INTERACTIVE PO BOX 740213 CINCINNATI, OH 45274 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,928.72 |
| KNIFE RIVER 21730 FRONTAGE RD BELGRADE, MT 59714-0009 | | | | | | | |
| ACCOUNT NO. | | | | | | | 266,350.00 |
| KPMG LLC 175 NO. 27TH STREET SUITE 1002 BILLINGS, MT 59101 | | | | | | | |
| ACCOUNT NO. | | | | | | | 895.50 |
| KR OFFICE INTERIORS 2009 HARRISON AVENUE BUTTE, MT 59701 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| KURT HILZINGER 807 MAPLE GLENN LN WAYNE, PA 19087 | | | | | | | |

Sheet no. 75 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸  $      529,558.43

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **KURT HILZINGER** <br> **807 MAPLE GLENN LN** <br> **WAYNE, PA 19087** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **KYLE TOMLIN** <br> **3280 PEACHTREE RD NW** <br> **SUITE 2670** <br> **ATLANTA, GA 30305** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **KYLE WINNING** <br> **35 PALAZZO** <br> **NEWPORT BCH, CA 92660** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> **LAKE GLASS INC.** <br> **502 PROFESSIONAL DR.** <br> **SUITE A** <br> **BOZEMAN, MT 59718** | | | | | | | 27.39 |
| ACCOUNT NO. <br><br> **LANCE FERGUSON** <br> **2353 ALEXANDRIA DR** <br> **SUITE 350** <br> **LEXINGTON, KY 40504** | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |

Sheet no. 76 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal $ 1,050,027.39

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No.  08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LATHAM & WATKINS<br>633 W. FIFTH ST.<br>SUITE 4000<br>LOS ANGELES, CA 90071 | | | | | | | 15,585.30 |
| ACCOUNT NO.<br><br>LAWRENCE FREJ<br>69 BEACH ST<br>MARBLEHEAD, MA 01945 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>LAWSON PRODUCTS<br>1666 E. TOULY AVE<br>DESPLAINES, IL 60018 | | | | | | | 1,355.86 |
| ACCOUNT NO.<br><br>LAYNE YONEHIRO<br>2100 E. MALLORY ST<br>PENSACOLA, FL 32503 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>LEAHY ASSO.<br>1052 ARTEMIS CIRCLE<br>LAFAETTE, CO 80026 | | | | | | | 5,843.81 |

Sheet no. _77_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                     522,784.97

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                          Debtor

Case No. <u>08-61570</u>
                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 15,856.82 |
| LEHRKIND'S COCA-COLA 1715 N. ROUSE PO BOX 10580 BOZEMAN, MT 59719 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| LEIGHTON WELCH 299 PONDFIELD RD BRONXVILLE, NY 10708 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 890.17 |
| LEKI USA INC 458 SONWIL DR. BUFFALO, NY 14225 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| LEN BLAVATNIK 730 5TH AVE, 20TH FL NEW YORK, NY 10019 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| LEONARD HILL 1855 INDUSTRIAL ST PENTHOUSE 719 LOS ANGELES, CA 90021 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no. <u>78</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ | 766,746.99

Total ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                Debtor

Case No. 08-61570
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LIBERTY MOUNTAIN<br>4375 W. 1980 SO.<br>SUITE 100<br>SALT LK CTY, UT 84104 | | | | | | | 4,432.90 |
| ACCOUNT NO.<br><br>LIBERTY NORTHWEST<br>ATTN:  CASHIER<br>PO BOX 5089<br>PORTLAND, OR  97208 | | | | | | | 37,804.14 |
| ACCOUNT NO.<br><br>LIBERTY OFFICE PRODUCTS<br>PO BOX BOX 630729<br>HOUSTON, TX 77263-0729 | | | | | | | 396.80 |
| ACCOUNT NO.<br><br>LIJA-HYP GOLF LTD<br>NO.610 - 13211 DELF PL<br>RICHMOND,<br>BRITISH COLUMBIA, CANADA<br>V6V ZAZ | | | | | | | 3,766.96 |
| ACCOUNT NO.<br><br>LINS INTERNATIONAL CO., INC<br>16610 MARQUARDT AVE<br>CERRITOS, CA 90703 | | | | | | | 868.60 |

Sheet no. 79 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $      47,269.40

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __YELLOWSTONE MOUNTAIN CLUB, LLC_____          Case No. __08-61570_____
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,248.79 |
| LIQUID PLANET COFFEE CO., LLC PO BOX 9078 MISSOULA, MT 59807 | | | | | | | |
| ACCOUNT NO. | | | | | | | 425.00 |
| LITTLE APPLE TECHNOLOGIES PO BOX 875 MANHATTAN, MT 59741 | | | | | | | |
| ACCOUNT NO. | | | | | | | 376.20 |
| L'OCCITANE 10 E. 39TH ST. 8TH FLOOR NEW YORK, NY 10016 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,530.14 |
| LONE PEAK TOWNHOME HOA 2055 N. 22ND AVE, STE 2B BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| LOREN BOUGH PO BOX 160909 BIG SKY, MT 59716 | | | | | | | |

Sheet no. _80_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    307,580.13

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.   08-61570
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| LOREN BOUGH PO BOX 160909 BIG SKY, MT 59716 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 899.61 |
| LOWE'S PO BOX 981083 ELPASO, TX 79998-1083 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 300,000.00 |
| LUIS BOSOM LOMA BONITA NUMBER 7 LOMAS ATLAS, DF MEXICO 11950 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 227.00 |
| M. LEE SMITH PUBLISHERS 5201 VIRGINIA WAY PO BOX 5094 BRENTWOOD, TN 37024 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| MAC GARDNER 32 VREELAND CT PRINCETON, NJ 08540 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  81  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          801,126.61

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
　　　　　　　　　　　　　Debtor

Case No.  08-61570
　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| MAC GARDNER 32 VREELAND CT PRINCETON, NJ 08540 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 56,967.00 |
| MACK ROBERTS & CO., LLC 111 SW COLUMBIA ST. SUITE 700 PORTLAND, OR 97201-5839 | | | | | | | |
| ACCOUNT NO. | | | | | | | 425.82 |
| MAGIC CARPET LIFTS, INC. 6750 E. 46TH AVE DR DENVER, CO 80216 | | | | | | | |
| ACCOUNT NO. | | | | | | | 243.68 |
| MAIL & MORE 47995 GALLATIN RD, SUITE 201 GALLATIN GTWY, MT 59730 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| MALCOLM DICK PO BOX 108-110 SYMONDS ST AUKLUND, NEW ZEALAND | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no. 82 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $ 557,636.50

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No.  08-61570
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MARCUS DASH<br>2335 E. LONG SHADOW PL<br>TUCSON, AZ 85718 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MARK COLEMAN<br>405 LEXINGTON AVE<br>48TH FL<br>NEW YORK, NY 10174 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MARK GOODE<br>PO BOX 161157<br>SADDLE RIDGE W1<br>BIG SKY, MT 59716-1157 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MARK GROSVENOR<br>6355 WARD RD, STE 301<br>ARVADA, CO 80004 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 500,000.00 |
| ACCOUNT NO.<br><br>MARK LASS<br>18486 CALLE TRAMONTO<br>RANCHO SANTA FE, CA 92091 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  83  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            1,500,000.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                          Debtor

Case No.   08-61570
                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MARK RATTNER <br> 19 ROCK SHELTER RD <br> PO BOX 286 <br> WACCABUC, NY 10597 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MARK SCHLEICHER <br> HIGHLANDER FARM <br> 249 BRAGG HILL RD <br> NORWICH, VT 05055 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MATT COLEMAN <br> 125 REVERE DR. <br> NORTHBROOK, IL 60062 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MATT'S SAW SHOP <br> 106 W. MADISON <br> BELGRADE, MT 59714 | | | | | | | 180.18 |
| ACCOUNT NO. <br><br> MCMASTER-CARR SUPPLY CO <br> PO BOX 7690 <br> CHICAGO, IL 60680-7690 | | | | | | | 361.55 |

Sheet no. 84 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $    750,541.73

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.   08-61570
                        Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,825.40 |
| MEDICAL CLINIC OF BIG SKY PO BOX 160609 BIG SKY, MT 59716-0609 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,734.03 |
| MELROSE INTERNATIONAL LLC PO BOX 3441 QUINCY, IL 62305 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,490.00 |
| MERGENTHALER TRANSFER & STORAGE CO. 1414 N. MONTANA AVE HELENA, MT 59601 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| MICHAEL BROWN 50 BLUE HERON IRVINE, CA 92603 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| MICHAEL BROWN 11508 CANTERBURY CIRCLE LEAWOOD, KS 66211 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  85 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   511,049.43

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MICHAEL CORCORAN <br> 1001 RACCOON CIRCLE <br> BOURBONNAIS, IL 60914 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MICHAEL DAFFEY <br> 4 SYDNEY PL <br> LONDON, UNITED KINGDOM <br> SW7 3NN | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> MICHAEL DOMAILLE <br> 3690 PINE TREE CT, NE <br> ROCHESTER, MN 55906 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MICHAEL HALL <br> 4405 COUNTRY CLUB RD <br> EDINA, MN 55424 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MICHAEL JOHNSTON <br> 1301 FIRST AVENUE <br> SUITE 201 <br> SEATTLE, WA 98101 | | | REFUNDABLE MEMBERSHIP FEE` | X | X | | 250,000.00 |

Sheet no.  86 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $   1,300,000.00

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __YELLOWSTONE MOUNTAIN CLUB, LLC__                              Case No. __08-61570__
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MICHAEL LOCKWOOD<br>179 PEACEABLE RIDGE RD<br>RIDGEFIELD, CT 06877 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MICHAEL MAHAFFY<br>234 ROUND HILL RD<br>GREENWICH, CT 06831 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MICHAEL MAHAFFY<br>234 ROUND HILL RD<br>GREENWICH, CT 06831 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MICHAEL MEINERS<br>9036 NE 28TH ST<br>BELLEVIEW, WA 98004 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>MICHAEL RISLEY<br>1462 THOMVALE AVE<br>HALIFAX, NOVA SCOTIA<br>CANADA B3H 4C2 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |

Sheet no. _87_ of _141_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                1,300,000.00

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                           Case No.  08-61570
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MICHAEL SNOW <br> 3300 WELLS FARGO CTR <br> 90 SOUTH 7TH STREET <br> MINNEAPOLIS, MN 55402 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MICHAEL WARD <br> 2122 RIVER RD <br> JACKSONVILLE, FL 32207 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> MICHAEL WEAS <br> 212 STAR RIDGE RD <br> BOZEMAN, MT 59715 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MIDLAND IMPLEMENT CO., INC. <br> PO BOX 30358 <br> 402 DANIEL ST <br> BILLINGS, MT 59107 | | | | | | | 25,661.50 |
| ACCOUNT NO. <br><br> MIKE MARKKULA <br> 179 KINGS MOUNTAIN RD <br> WOODSIDE, CA 94062 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  88 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $        1,075,661.50

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC                                    Case No.   08-61570
                                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MIKE MIKKELSON <br> 1653 CHASE LANDING WAY <br> WINTER PARK, FL 32789 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MIKE SANTER <br> 791 PRICE STREET <br> PISMO BEACH, CA 93449 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> MILLER ICE INC. <br> 309 GIBBON AVE <br> W. YELLOWSTONE, MT 59758 | | | | | | | 2,745.50 |
| ACCOUNT NO. <br><br> MONARCH DESIGN LLC <br> 6730 TAWNY BROWN LN <br> STOP 2 <br> BOZEMAN, MT 59718-7745 | | | | | | | 50,775.71 |
| ACCOUNT NO. <br><br> MONTANA CANVAS <br> 110 PIPKIN WAY <br> BELGRADE, MT 59714 | | | | | | | 1,801.25 |

Sheet no.  89  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal          $          555,322.46

Total          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No.  08-61570
_____                                _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 9,859.57 |
| MONTANA FISH CO. 119 E. MAIN ST. BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,691.89 |
| MONTANA KUBOTA INC 18 FORKHORN TRAIL BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,421.18 |
| MONTANA PARTY RENTALS 2304 NO. 7TH, STE 1 BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 10.00 |
| MONTANA SAFETY SVCS 2727 CENTRAL AVE, STE 2 PO BOX 81087 BILLINGS, MT 59108-1087 | | | | | | | |
| ACCOUNT NO. | | | | | | | 330.00 |
| MONTANA STATE GOLF ASSO MSGA EXECUTIVE DIRECTOR PO BOX 43061 HELENA, MT 59604 | | | | | | | |

Sheet no.  90  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    21,312.64

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC       Case No. 08-61570
           Debtor                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MOON LIGHT BASIN <br> PO BOX 160040 <br> BIG SKY, MT 59716 | | | | | | | 11,415.00 |
| ACCOUNT NO. <br><br> MOTION INDUSTRIES <br> 1123 2ND AVE NO. <br> BILLINGS, MT 59101 | | | | | | | 46.23 |
| ACCOUNT NO. <br><br> MOUNTAIN HARDWEAR <br> PO BOX 39000 <br> DEPT 33162 <br> SAN FRANCISCO, CA 94139 | | | | | | | 1,233.85 |
| ACCOUNT NO. <br><br> MOUNTAIN MAMMAS CHARITIES <br> 147 ST VRAIN TRAIL <br> WARD, CO 80481 | | | | | | | 631.00 |
| ACCOUNT NO. <br><br> MOUNTAIN SATELLITE & TECH <br> 1536 SO. RESERVE ST <br> MISSOULA, MT 59803 | | | | | | | 570.00 |

Sheet no. 91 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   13,896.08

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 856.08 |
| MOUNTAIN VIEW MERCANTILE PO BOX 160610 47835 GALLATIN RD BIG SKY, MT 59716-0610 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,000.00 |
| MOUNTAIN W. BENEFIT SOLUTION 1 NO. LAST CHANCE GULCH NUMBER 3 HELENA, MT 59601 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,364.57 |
| MSC INDUSTRIAL SUPPLY CO 6700 DISCOVERY BLVD MABLETON, GA 30126-000 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,750.80 |
| MV SPORT WEATHER PROOF GARMENT CO 88 SPENCE ST PO BOX 9171 BAY SHORE, NY 11706-9171 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| MY FAX ACCT RECEIVABLE DEPT 2379 HOLLY LN, STE 210 OTTAWA, ONTARIO, CANADA K1V 7P2 | | | | | | | |

Sheet no.  92  of  141  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $                14,971.45

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                          Debtor

Case No.   08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,588.66 |
| NAPA AUTO PARTS 101 SILVERBOW AVE PO BOX 68 BELGRADE, MT 59714 | | | | | | | |
| ACCOUNT NO. | | | | | | | 247.00 |
| NATIONAL SKI AREA ASSO 133 SO VAN GORDON ST SUITE 300 LAKEWOOD, CO 80228 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,197.11 |
| NATURE'S BEST GARDEN PO BOX 262238 SAN DIEGO, CA 92196-2238 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| NEAL DONALDSON 388 OLD CLYDE PK RD LIVINGSTON, MT 59047 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,708.63 |
| NICKLAUS GREEN GRASS 610 UHLER RD EASTON, PA 18040 | | | | | | | |

Sheet no.  93 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $    257,741.40

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                               Debtor

Case No.  08-61570
                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NIKE USA, INC.<br>PO BOX 847648<br>DALLAS, TX 75284-7648 | | | | | | | 1,125.37 |
| ACCOUNT NO.<br>NORTHERN ENERGY PROPANE<br>2400 N. 7TH AVE<br>BOZEMAN, MT 59715 | | | | | | | 18,113.65 |
| ACCOUNT NO.<br>NORTHERN TOOL & EQUIP<br>PO BOX 1219<br>BURNSVILLE, MN 55337 | | | | | | | 904.22 |
| ACCOUNT NO.<br>NORTHWESTERN ENERGY<br>40 E. BROADWAY ST.<br>BUTTE, MT 59701-9394 | | | | | | | 92,603.20 |
| ACCOUNT NO.<br>NUGO NUTRITION TO GO<br>817 MAIN ST<br>PITTSBURGH, PA 15215 | | | | | | | 736.00 |

Sheet no. 94 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       113,482.44

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,421.00 |
| NW DUKE CO., INC. PO BOX 1427 WILSON, WY 83014 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,193.49 |
| OAKLEY, INC. ONE ICON FOOTHILL RANCH, CA 92610 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,825.49 |
| OFFICE DEPOT PO BOX 5027 BOCA RATON, FL 33431 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,300.00 |
| OGIO INTERNATIONAL, INC 14926 S. PONY EXPRESS RD BLUFFDALE, UT 84065 | | | | | | | |
| ACCOUNT NO. | | | | | | | 502.00 |
| OKNER SUPPLY CO 5050 ACOMA ST. DENVER, CO 80216 | | | | | | | |

Sheet no.  95  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                                24,241.98

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
Debtor

Case No.  08-61570
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  OLD MAIN GALLERY 129 E. MAIN ST BOZEMAN, MT 59715 | | | | | | | 783.97 |
| ACCOUNT NO.  ORIENTAL TRADING CO., INC. 4206 SO. 108TH ST. OMAHA, NE 68137 | | | | | | | 488.59 |
| ACCOUNT NO.  OURAY SPORTSWEAR PO BOX 1727 ENGLEWOOD, CO 80150 | | | | | | | 21,486.78 |
| ACCOUNT NO.  OVERLAND WEST, INC. PO BOX 590 OGDEN, UT 84402 | | | | | | | 1,523.53 |
| ACCOUNT NO.  OWEN THOMAS 15 ELM ROCK RD BRONXVILLE, NY 10708 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 96 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $  274,282.87

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                                     Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,348.88 |
| OWENHOUSE ACE HARDWARE 8695 HUFFINE, BOX 1187 BOZEMAN, MT 59771-1187 | | | | | | | |
| ACCOUNT NO. | | | | | | | 210.00 |
| OZSSAGE, INC. PO BOX 160072 BIG SKY, MT 59716 | | | | | | | |
| ACCOUNT NO. | | | | | | | 733.62 |
| PACIFIC COAST CHEMICALS CO. PO BOX 88672 EMERYVILLE, CA 94662 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,242.66 |
| PACIFIC STEEL & RECYCLING PO BOX 10008 BOZEMAN, MT 59719-0008 | | | | | | | |
| ACCOUNT NO. | | | | | | | 505.79 |
| PALI-HAWAII SANDALS 524 PIMA ROAD MADISON, TN 37115 | | | | | | | |

Sheet no.  97  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                9,040.95

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                          Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,273.82 |
| PARK CONDOMINIUM OWNER ASSOCIATION C/O HENNING SCHWARZKOPF PO BOX 160099 BIG SKY, MT 59716 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| PATRICK MCALISTER 4215 MARIPOSA DR. SANTA BARBARA, CA 93110 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| PATRICK WHALEN PO BOX 5010 MONROE, CT 06468 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| PAUL BEYER 415 EL ARROYO RD HILLSBOROUGH, CA 94010 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| PAUL ELLSWORTH 12447 N. FARMDALE RD MEQUON WI  53097 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  98 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $                    1,001,273.82

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____
                          Debtor

Case No.   08-61570 _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAUL GANNON<br>191 GREYSTONE LN<br>SUDBURY, MA 01776 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>PAUL PRAGER<br>103 N WASHINGTON ST<br>EASTON, MD 21601 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>PEAK PROPERTY MGMT<br>1226 STONERIDGE DR.<br>SUITE B<br>BOZEMAN, MT 59718 | | | | | | | 8,253.22 |
| ACCOUNT NO.<br><br>PEAK VISION SPORTS<br>9153 W. 133RD STREET<br>OVERLAND PARK, KS 66213 | | | | | | | 2,199.90 |
| ACCOUNT NO.<br><br>PENNDOT<br>PO BOX 68695<br>HARRISBURG, PA 17106 | | | | | | | 5.00 |

Sheet no. 99 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $                610,458.12

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No.  08-61570
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PERRY FALK<br>7740 EADS AVE<br>LA JOLLA, CA 92037 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>PERSNIKETY DRY CLEANERS<br>2020 W. BABCOCK<br>BOZEMAN, MT 59715 | | | | | | | 5,873.02 |
| ACCOUNT NO.<br>PETER BAUMANN<br>7221 BIRDVIEW AVE<br>MALIBU, CA 90265 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 500,000.00 |
| ACCOUNT NO.<br>PETER CHERMIN<br>2327 LA MESA DR<br>SANTA MONICA, CA 90402 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>PETER COWIE<br>3300 PGA BLVD<br>SUITE 400<br>PALM BCH GDNS, FL 33410 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 100 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $  1,255,873.02

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                              Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PETER DYSON <br> 566 CHESTNUT ST <br> NUMBER 7 <br> WINNETKA, IL 60093 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> PETER MILLER <br> 220 JAMES JACKSON AVE <br> CARY, NC 27513 | | | | | | | 11,680.62 |
| ACCOUNT NO. <br><br> PETER SPANO <br> 711 SEAGATE DR <br> DELRAY BCH, FL 33483 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> PETERSON EQUIPMENT CO <br> PO BOX 6070 <br> NORTH LOGAN, UT 84341 | | | | | | | 2,591.18 |
| ACCOUNT NO. <br><br> PILZ AUTOMATION SAFETY L.P <br> 7150 COMMERCE BLVD <br> CANTON, MI 48187 | | | | | | | 579.24 |

Sheet no. 101 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $   514,851.04

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                        Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PING<br>PO BOX 52450<br>PHOENIX, AZ 85072-2450 | | | | | | | 1,174.68 |
| ACCOUNT NO.<br><br>PITNEY BOWES INC SUPPLIES<br>PO BOX 856390<br>LOUISVILLE, KY 40285 | | | | | | | 399.94 |
| ACCOUNT NO.<br><br>PITNEYBOWES-CREDIT CORP<br>METER LEASE<br>PO BOX 856460<br>LOUISVILLE, KY 40285 | | | | | | | 5,710.78 |
| ACCOUNT NO.<br><br>PLATT ELECTRIC<br>PO BOX 2858<br>PORTLAND, OR 97208-2858 | | | | | | | 3,765.04 |
| ACCOUNT NO.<br><br>POND & STREAM CONSULTING<br>626 FERGUSON AVE<br>SUITE 1<br>BOZEMAN, MT 59718 | | | | | | | 1,602.50 |

Sheet no.  102 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $   12,652.94

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC  _____
                                    Debtor

Case No.  08-61570  _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PORTABLE, INC. 889 W. VALLEY CENTER RD BOZEMAN, MT 59718 | | | | | | | 1,572.21 |
| ACCOUNT NO.  PREBEN OSTBERG 1 DEEPWATER CT EDGEWATER, MD 21037 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  PRECISION SM. ENGINE CO. 2510 NW 16TH LANE POMPANO BCH, FL 33064 | | | | | | | 1,426.49 |
| ACCOUNT NO.  PREMIUM FINANCING SPECIALISTS INC. 605 E HOLLAND AVE SUITE 210 SPOKANE, WA 99218 | | | | | | | 29,060.46 |
| ACCOUNT NO.  PRINOTH, LLC 2565 SO DECKER LK LANE SUITE 3 W. VALLEY CITY, UT 84119 | | | | | | | 10,430.48 |

Sheet no.  103  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ►  $          292,489.64

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                         Case No.  08-61570
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 250.00 |
| PROFESSIONAL SKI INSTRUCTORS OF AMERICA 133 SO. VAN GORDON ST. SUITE 101 LAKEWOOD, CO 80228 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,177.91 |
| PROFORMA PRINTING PO BOX 51925 LOS ANGELES, CA 90051 | | | | | | | |
| ACCOUNT NO. | | | | | | | 404.20 |
| PROTECH SVCS 1627 W. MAIN, NUMBER 290 BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,715.00 |
| PSIA-NRM C/O NEIL HETHERINGTON PO BOX 11392 BOZEMAN, MT 59719-1392 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,095.00 |
| PULASKY HORSHOEING PO BOX 484 BOZEMAN, MT 59771 | | | | | | | |

Sheet no. 104 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                14,642.11

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                   Debtor

Case No.   08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,371.60 |
| R & R PRODUCTS, INC 3334 E. MILBER ST. TUCSON, AZ 85714 | | | | | | | |
| ACCOUNT NO. | | | | | | | 20,961.46 |
| R O BROOKS 234 E. MAIN ST. BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 100.00 |
| RADIO SHACK (J&S ELEC) 2855 NO. 19TH, STE 62 BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,132.78 |
| RALPH DUNNING DESIGN INC 16 ESNA PARK DR 4-6 MARKHAM, ONTARIO, CANADA L3R 5X1 | | | | | | | |
| ACCOUNT NO. | | | | | | | 23,827.56 |
| RANCH & HOME SUPPLY 2275 N. 7TH AVE BOZEMAN, MT 59715 | | | | | | | |

Sheet no. 105 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 50,393.40

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                           Case No.   08-61570
                              Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| RANDY VIOLA 355 S. TELLER ST NUMBER 350 LAKEWOOD, CO 80226 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | | | | 357.50 |
| RED OXX MFG, INC. 310 NO 13TH ST. BILLINGS, MT 59101 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| RED ROCK INVESTMENTS LLC PO BOX 1289 BOZEMAN, MT 59771 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,592.20 |
| RED TIGER DRILLING, INC. PO BOX 659 MANHATTAN, MT 59741 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,314.67 |
| REFUGE SUSTAINABLE BLDG 714 E. MENDENHALL ST. BOZEMAN, MT 59715 | | | | | | | |

Sheet no. 106 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal $ 260,264.37

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No. 08-61570
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 547.55 |
| REGAL INTERNATIONAL 5320 DERRY AVE SUITE S AGOURA HILLS, CA 91301 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,232.00 |
| RELIABLE RACING SUPPLY, INC. 643 UPPER GLEN ST. QUEENSBURY, NY 12804 | | | | | | | |
| ACCOUNT NO. | | | | | | | 168.64 |
| RENAISSANCE 2000 INC. 101 EXCHANGE PLACE POMONA, CA 91768 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,387.00 |
| REPORTER BIG SKY OFFICE PO BOX 30598 724 1ST AVE NORTH BILLINGS, MT 59101 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,939.60 |
| RESSLER 8474 HUFFINE LANE BOZEMAN, MT 59718 | | | | | | | |

Sheet no. 107 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $            6,274.79

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __YELLOWSTONE MOUNTAIN CLUB, LLC__    Case No. __08-61570__
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 620.00 |
| RESTVEDT MEATS<br>PO BOX 204<br>ENNIS, MT 59729 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| RICHARD ALVORD<br>4939 NE LAURELCREST LN<br>SEATTLE, WA 98105 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| RICHARD BARNHART<br>1 BREWERY PARK<br>1301 NORTH 31ST ST<br>PHILADELPHIA, PA 19121 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| RICHARD BLOSSER<br>1807 CHASAIN PKWAY E<br>PACIFIC PALISADES, CA 90272 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| RICHARD JACOBSON<br>7614 SO BAY CIRCLE<br>BLOOMINGTON, MN 55438 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no. _108_ of _141_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 　　1,000,620.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                         Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RICHARD SHORR <br> 928 GARRETT MILL RD <br> NEWTON SQUARE, PA 19073 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> RIDGE ATHLETIC CLUB <br> 4181 FALLON AVE <br> BOZEMAN, MT 59718 | | | | | | | 6,251.51 |
| ACCOUNT NO. <br><br> ROB LOUGHAN <br> 547 SILVERTIP DR. <br> INCLINE VLG, NV 89451 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ROBERT CHING <br> 150 LIMELIGHT WY <br> OROVILLE, CA 95966 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> ROBERT GREENHILL <br> 433 RIVERSVILLE RD <br> GREENWICH, CT 06831 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  109  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $                1,006,251.51

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.   08-61570
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROBERT HYER<br>128 BERKELY<br>TENAFLY, NJ 07670 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>ROBERT INCHES<br>37 OLD CONNECTICUT PATH<br>WAYLAND, MA 01778 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>ROBERT J HALL<br>190 GOLF HOUSE RD<br>HAVERFORD, PA 19041 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>ROBERT MARX<br>776 EAST VALLEY  CENTER<br>BOZEMAN, MT 59718 | | | | | | | 2,836.00 |
| ACCOUNT NO.<br><br>ROBERT MENKE<br>1967 BAYVIEW DR<br>TIERRA VERDE, FL 33715 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  110  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $          1,052,836.00

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No. 08-61570
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROBERT RICHARD RIESSER<br>419 NO. FOURTH AVE<br>BOZEMAN, MT 59715 | | | | | | | 350.00 |
| ACCOUNT NO.<br>ROBERT SMITH<br>3 NEWTON EXECUTIVE PKWY<br>NEWTON, MA 02462 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>ROBERT SOBEL<br>20 WESTERLEIGH ROAD<br>PURCHASE, NY 10577 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>ROBERT WATSON<br>16 HILLTOP ROAD<br>NORWALK, CT 06854 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br>ROBERT WATSON<br>16 HILLTOP ROAD<br>NORWALK, CT 06854 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. 111 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $                1,000,350.00

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No.  08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROBERTO HERNANDEZ | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.<br><br>ROCKY MTN GAMING INC<br>2275 WEST KOCH<br>BOZEMAN, MT 59718 | | | | | | | 800.00 |
| ACCOUNT NO.<br><br>ROSAUERS<br>3255 TECHNOLOGY BLVD W.<br>BOZEMAN, MT 59718 | | | | | | | 1,101.64 |
| ACCOUNT NO.<br><br>ROSSIGNOL<br>1441 UTE BLVD, SUITE 200<br>PARK CITY, UT 84098 | | | | | | | 19,274.89 |
| ACCOUNT NO.<br><br>RYAN TURNER PHOTOGRAPHY<br>PO BOX 160196<br>BIG SKY, MT 59716 | | | | | | | 496.80 |

Sheet no. 112 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 321,673.33

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
                Debtor

Case No. <u>08-61570</u>
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> S & S WORLDWIDE <br> PO BOX 516 <br> COLCHESTER, CT 06415-051 | | | | | | | 521.18 |
| ACCOUNT NO. <br><br> S. CLAUS COMMERCIAL <br> 640 E. JACKSON ST. <br> DUQUION, IL 62832 | | | | | | | 1,682.08 |
| ACCOUNT NO. <br><br> SAGE <br> 8500 NO EAST DAY RD <br> BAINBRIDGE IS., WA 98110 | | | | | | | 1,347.51 |
| ACCOUNT NO. <br><br> SAIID ZARRABIAN <br> 16120 VALLE DE ORO <br> PO BOX 675765 <br> RANCHO SANTA FE, CA 92067 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> SALOMON <br> 2030 LINCOLN AVE <br> OGDEN, UT 84401 | | | | | | | 23,837.01 |

Sheet no. <u>113</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        277,387.78

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                              Case No.   08-61570
                                      Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,057.75 |
| SAMMIS JESSE F III SAMS SUNRISE RIDGE 135 E. PUTNAM GREENWICH, CT 06830 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| SAMUEL BYRNE PO BOX 959 PORTSMOUTH, NH 03802 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| SAMUEL BYRNE 1 BOSTON PLACE, SUITE 2350 BOSTON, MA 02108 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| SAMUEL FALCONELLO 16768 CALLE DE MARISA PACIFIC PALASADES, CA 90272 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | | | | 28.65 |
| SAUSAGE EQUIPMENT SUPPLY 93 HILLTOP RD THREE FORKS, MT 59752 | | | | | | | |

Sheet no.  114  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    757,086.40

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No.  08-61570
                        Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 12,430.00 |
| SCENIC CITY PORTABLES 320 POLLYWOG LANE BELGRADE, MT 59714 | | | | | | | |
| ACCOUNT NO. | | | | | | | 10,154.60 |
| SCENIC CITY PUMPING 243 POPLAR DR. BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 300,000.00 |
| SCOTT HUTCHESON 833 4TH AVE SW NUMBER 1200 CALGARY, ALBERTA, CANADA T2P 3T5 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| SCOTT LIBERTORE 1440 MAIN ST SARASOTA, FL 34236 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| SCOTT MINTON 1918 WHITE TREE TRAIL ARDEN, NC 28704 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |

Sheet no.  115  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $         822,584.60

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                      Debtor

Case No. 08-61570
             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCOTT NATHAN <br> 10 LOUISBURG SQ <br> BOSTON, MA 02108 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> SCOTT PRINCE <br> 11 BIRCHALL DR <br> SCARSDALE, NY 10583 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> SELBYS <br> 525 PROFESSIONAL DR. <br> PO BOX 1856 <br> BOZEMAN, MT 59771 | | | | | | | 70.80 |
| ACCOUNT NO. <br><br> SHERWIN WILLIAMS <br> 523 PROFESSIONAL DR. <br> BOZEMAN, MT 59718 | | | | | | | 1,308.87 |
| ACCOUNT NO. <br><br> SHUFORD STEPHENSON <br> 1940 SHOREHAM DR. <br> CHARLOTTE, NC 28211 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 116 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $ 751,379.67

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re YELLOWSTONE MOUNTAIN CLUB, LLC
Debtor

Case No. 08-61570
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SIERRA PACIFIC WINDOWS <br> 47995 GALLATIN RD <br> SUITE 102-C <br> GALLATIN GTWAY, MT 59730 | | | | | | | 1,300.00 |
| ACCOUNT NO. <br><br> SIMKINS-HALLIN <br> 326 NO. BROADWAY <br> BOZEMAN, MT 59715 | | | | | | | 414.60 |
| ACCOUNT NO. <br><br> SIMPLOT PARTNERS <br> DEPT 1136 <br> LOS ANGELES, CA 90084 | | | | | | | 1,014.00 |
| ACCOUNT NO. <br><br> SKI AREA MGMT <br> PO BOX 644 <br> WOODBURY, CT 06798-0644 | | | | | | | 822.10 |
| ACCOUNT NO. <br><br> SMARTWOOL CORP <br> PO BOX 771978 <br> 1978 SOLUTIONS CTR <br> CHICAGO, IL 60677-1009 | | | | | | | 2,277.36 |

Sheet no. 117 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal $ 5,828.06

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC
Debtor

Case No.   08-61570
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,741.33 |
| SMITH & TWEED 14694 WICKS BLVD SAN LEANDRO, CA 94577 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,869.07 |
| SMITH SPORT OPTICS, INC PO BOX 4300 MAIL STOP 79 PORTLAND, OR 97208 | | | | | | | |
| ACCOUNT NO. | | | | | | | 100.00 |
| SNAP-ON TOOLS 11 FRONTIER DRIVE BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 13,302.10 |
| SOFTMART PO BOX 8500-52288 PHILADELPHIA, PA 19178 | | | | | | | |
| ACCOUNT NO. | | | | | | | 600.00 |
| SOIL HORIZONS INC 865 CATALPA PLACE MARSVILLE, OH 43040 | | | | | | | |

Sheet no.  118 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤ $    22,612.50

Total    ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                                   Case No.   08-61570
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,971.25 |
| SOUZA ENTERPRISES 25030 AVE STANFORD SUITE 210 VALENCIA, CA 91355 | | | | | | | |
| ACCOUNT NO. | | | | | | | 416.13 |
| SPA PARTNERS 22 DE FOREST AVE E. HANOVER, NJ 07936 | | | | | | | |
| ACCOUNT NO. | | | | | | | 871.15 |
| SPEEDY PRINT 405 W. MAIN ST. BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,513.73 |
| SPRINGBROOK-TEMPLE FORK 8115 SOVEREIGN ROW DALLAS, TX 75247-4711 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,975.00 |
| SPRUN INSTANT STRUCTURES INC 5711 W. DANNON WAY W. JORDAN, UT 84088 | | | | | | | |

Sheet no. 119 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         11,747.26

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No.  08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,333.85 |
| STAPLES DEPT 51 7870147880 PO BOX 689020 DES MOINES, IA 50368 | | | | | | | |
| ACCOUNT NO. | | | | | | | 12,871.60 |
| STATE TREASURER PO BOX 5835 HELENA, MT 59604-5835 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,941.00 |
| STAY GREEN SPRINKLERS, INC PO BOX 10461 BOZEMAN, MT 59719 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| STEPHEN BURKE 651 CHESWOLD LANE HAVERFORD, PA 19041 | | | REFUNDABLE MEMBERSHIP FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| STEPHEN GOLDBERG 4400 GARFIELD ST NW WASHINGTON, DC 20007 | | | REFUNDABLE MEMBERSHIP FEE | | | | |

Sheet no.  120 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 522,146.45

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No.   08-61570 _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  STEPHEN GOLDBERG 4400 GARFIELD ST NW WASHINGTON, DC 20007 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  STEPHEN HILLER 525 E. BAYSHORE RD REDWOOD CTY, CA 94063 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  STEPHEN MCGUE 329 E. SIXTH ST. HINSDALE, IL 60521 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| ACCOUNT NO.  STEPHEN MCGUE 329 E. SIXTH ST. HINSDALE, IL 60521 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  STEPHEN WIGGINS 12 NORTH ROAD DARIEN, CT 06820 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no.  121 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 1,300,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                      Case No.  08-61570
                          Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> STEVE CHERNE <br> 8734 WALTON POND CIR <br> BLOOMINGTON, MN 55438 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| **ACCOUNT NO.** <br><br> STEVE SHINDLER <br> 50 HORSESHOE RD <br> DARIEN, CT 06820 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| **ACCOUNT NO.** <br><br> STEVEN BRADLEY <br> PO BOX 611296 <br> ROSEMARY BCH, FL 32461 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| **ACCOUNT NO.** <br><br> STEVEN LEER <br> 2 BELLERIVE COUNTRY CLUB GROUNDS <br> ST. LOUIS, MO 63141 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |
| **ACCOUNT NO.** <br><br> STORE SUPPLY WAREHOUSE <br> 9801 PAGE AVENUE <br> ST. LOUIS, MO 63132-1428 | | | | | | | 251.91 |

Sheet no.  122  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                     1,050,251.91

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.  08-61570
                              Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **STORY DISTRIBUTING CO** 300 E. GRIFFIN DR. PO BOX 1201 BOZEMAN, MT 59771-1201 | | | | | | | 9,426.93 |
| ACCOUNT NO. **STUART GOLDBERG** 900 LOLO ST. MISSOULA, MT 59802 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. **STUART MOORE** 4 GALES POINT RD MANCHESTER, MA 01944 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO. **SYSCO FOOD SVCS OF MT** 1509 MONAD RD BILLINGS, MT 59107 | | | | | | | 70,658.82 |
| ACCOUNT NO. **T. NEALE ATTENBOROUGH** 30 TOZER RD BEVERLY, MA 01915 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 300,000.00 |

Sheet no. 123 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $       880,085.75

Total  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
_____                              _____
                    Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 700.00 |
| TAD DRAKE 4778 ASPEN LANE BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | | | | | 21,875.28 |
| TAYLOR MADE GOLF CO., INC. 5545 FERMI COURT CARLSBAD, CA 92008-7324 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,311.52 |
| TEA FORTE 23 BRADFORD ST. CONCORD, MA 01742 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,957.08 |
| TEAM BOZEMAN MOTORSPORTS 2595 SIMMENTAL WAY BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 205.65 |
| TEAR IT UP LLC PO BOX 40 THREE FORKS, MT 59752 | | | | | | | |

Sheet no.  124  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    27,049.53

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
_____
               Debtor

Case No.   08-61570
_____
               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,529.57 |
| TECHNO ALPIN USA, INC. 6440 N. BUSINESS PK LOOP PARK CITY, UT 84098 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,491.51 |
| TEHAMA 550 SO. WADSWORTH BLVD LAKEWOOD, CO 80226 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,974.51 |
| TETON PEAKS LLC PO BOX 74 TETONIA, ID 83452 | | | | | | | |
| ACCOUNT NO. | | | | | | | 673.60 |
| THE FRUGAL FRAME SHOP 7710 SHEDHORN DR, SUITE A BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 300.00 |
| THERMAL CREATIVE 527 NO. RIVER ROCK DR. BELGRADE, MT 59714 | | | | | | | |

Sheet no. 125 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 19,969.19

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re YELLOWSTONE MOUNTAIN CLUB, LLC     Case No. 08-61570
       Debtor            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> THOMAS HOOK <br> 2502 WESTGATE <br> HOUSTON, TX 77019 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> THOMAS JOHNSTON <br> 1177 NO EDGEWOOD RD <br> LAKE FOREST, IL 60045 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> THOMAS KNOTT <br> 3 NOTTINGHAM LANE <br> WESTON, MA 02493 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> THOMPSON PUBLISHING GRP <br> SUBSCRIPTION SVC CTR <br> PO BOX 26185 <br> TAMPA, FL 33623-6185 | | | | | | | 518.50 |
| ACCOUNT NO. <br><br> THORNTON BYRON LLP <br> PO BOX 7156 <br> BOISE, ID 83707-1156 | | | | | | | 35,978.00 |

Sheet no. 126 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  &gt; $    786,496.50

Total  &gt; $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC                                     Case No.  08-61570
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**THREE RIVERS TELEPHONE**<br>**PO BOX 489**<br>**FAIRFIELD, MT 59436-0489** | | | | | | | 35,153.80 |
| ACCOUNT NO.<br><br>**THYSSENKRUPP ELEVATOR**<br>**PO BOX 933004**<br>**ATLANTA, GA 31193-3004** | | | | | | | 1,815.72 |
| ACCOUNT NO.<br><br>**TIM BLIXSETH**<br>**71534 SAHARA RD**<br>**RANCHO MIRAGE, CA 92270** | | | | | | | 26,000.00 |
| ACCOUNT NO.<br><br>**TIM CIASULLI**<br>**2285 RT 22 W**<br>**UNION, NJ 07083** | | | **REFUNDABLE MEMBERSHIP  FEE** | X | X | | 500,000.00 |
| ACCOUNT NO.<br><br>**TIM MCKENNA**<br>**188 CHERRY ST.**<br>**WENHAM, MA 01984** | | | **REFUNDABLE MEMBERSHIP  FEE** | X | X | | 250,000.00 |

Sheet no. 127 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      $                          812,969.52

Total      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC                          Case No.  08-61570
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TIM RYAN <br> PO BOX 160700 <br> BIG SKY, MT 59716 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> TIM TRAFF <br> 387 ORONO ORCHARD RD SO <br> WAYZATA, MN 55391 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO. <br><br> TIMOTHY DEVRIES <br> 3125 FOX ST <br> ORMONO, MN 55356 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO. <br><br> TITLEIST <br> 333 BRIDGE ST. <br> FAIRHAVEN, MA 02719 | | | | | | | 9,071.70 |
| ACCOUNT NO. <br><br> TMC, INC. <br> PO BOX 69 <br> BELGRADE, MT 59714 | | | | | | | 3,932.24 |

Sheet no.  128  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $            863,003.94

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC
                              Debtor

Case No.  08-61570
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TODD RICKETTS<br>1395 S. PLATTE RIVER DR<br>DENVER, CO 80223 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TODD SCHNUCK<br>9752 LITZSINGER RD<br>ST. LOUIS, MO 63124 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TODD THOMSON<br>18 YARMOUTH RD<br>ROWAYTON, CT 06853 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TOM SMITH<br>4901 E. TOMAHAWK TR<br>PARADISE VALLEY, AZ 85253 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TOMMY FRIST<br>3100 W. END AVE<br>NASHVILLE, TN 37203 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no.  129 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $    1,250,000.00

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
_____
                Debtor

Case No.  08-61570
_____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 425.00 |
| TOUR GOLF, INC. 2920 MARIETTA HIGHWAY SUITE 122 CANTON, GA 30114 | | | | | | | |
| ACCOUNT NO. | | | | | | | 8,398.17 |
| TRACTOR & EQUIPMENT CO P.O. BOX 30158 BILLINGS, MT 59107-0158 | | | EQUIPMENT RENTAL | | | | |
| ACCOUNT NO. | | | | | | | 1,194.39 |
| TRAVITZ ENTERPRISES LLC DBA AD WILLIAMS TURF 25532 W. SOUTHERN AVE BUCKEYE, AZ 85326-5443 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,497.86 |
| TRICOT'S ST. RAPHAEL 1616 DIAMOND DR. FRANKLIN, TN 37064 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,934.92 |
| TRIMARK MARLINN INC 6100 W. 73RD BEDFORD PK, IL 60638 | | | | | | | |

Sheet no.  130  of  141  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    >  $               13,450.34

Total    >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC

Case No. 08-61570

Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TROY DOWNING<br>PO BOX 245<br>BONSALL, CA 92003 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TROY DOWNING<br>PO BOX 245<br>BONSALL, CA 92003 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>TURFCARE & SPECIALTY PRODUCTS<br>5450 HOLIDAY AVE<br>BILLINGS, MT 59101-6310 | | | | | | | 561.70 |
| ACCOUNT NO.<br><br>TURTLEFUR<br>PO BOX 1010<br>MORNSVILLE, VT 05661 | | | | | | | 4,740.86 |
| ACCOUNT NO.<br><br>ULINE<br>2200 SO. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | | | | | | | 1,019.56 |

Sheet no. 131 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶ $          506,322.12

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC

Case No. 08-61570

Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> UNITED PARCEL SVC <br> LOCKBOX 577 <br> CAROL STREAM, IL 60132 | | | | | | | 112.07 |
| ACCOUNT NO. <br><br> UNIVERSAL ATHLETIC SVC <br> PO BOX 1620, 25 W. MAIN <br> BOZEMAN, MT 59715 | | | | | | | 180.54 |
| ACCOUNT NO. <br><br> US BEARINGS & DRIVES <br> 3390 HWY 12 EAST <br> HELENA, MT 59601 | | | | | | | 549.50 |
| ACCOUNT NO. <br><br> USGA <br> GOLF HOUSE <br> PO BOX 708 <br> FAR HILLS, NJ 07931-0708 | | | | | | | 65.45 |
| ACCOUNT NO. <br><br> VAHID MANIAN <br> 22901 SONRIENTE TRL <br> COTO DE CAZA, CA 92679 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |

Sheet no. 132 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $    250,907.56

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC _____
                        Debtor

Case No.  08-61570 _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,420.80 |
| VALLEY GAME & GOURMET PO BOX 2713 SALT LK CITY, UT 84110 | | | | | | | |
| ACCOUNT NO. | | | | | | | 486.45 |
| VALLEY GLASS & WINDOWS, 20 RAWHIDE RIDGE OZEMAN, MT  59719 | | | | | | | |
| ACCOUNT NO. | | | | | | | 6,493.84 |
| VANN'S 3400 LARAMIE STREET BOZEMAN, MT 59718 | | | | | | | |
| ACCOUNT NO. | | | | | | | 13,503.90 |
| VERIFICATIONS, INC. 1425 MICKELSON DRIVE SUITE 100 WATERTOWN, SD 57201 | | | | | | | |
| ACCOUNT NO. | | | | | | | 726.63 |
| VERMEER ROCKY MTN, INC. 7710 S. FRONTAGE RD BILLINGS, MT 59101 | | | | | | | |

Sheet no. 133 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 27,631.62

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
                    Debtor

Case No. 08-61570
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,096.65 |
| VINCENT LIGHTING SYSTEMS 18370 SO. MILES RD CLEVELAND, OH 44128 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| VIRGINIA PAYSON 4434 PARIS PIKE LEXINGTON, KY 40511 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | | | | 9,604.00 |
| VIRGINIA PAYSON PAYSON STUD, INC. 4434 PARIS PIKE LEXINGTON, KY 40511 | | | | | | | |
| ACCOUNT NO. | | | | | | | 4,700.64 |
| VISSER GREEN HOUSES 12557 LITTLE HOLLAND RD MANHATTAN, MT 59741 | | | | | | | |
| ACCOUNT NO. | | | | | | | 38,750.00 |
| VOOTIE PRODUCTIONS, INC. 317 NO. BOZEMAN AVE BOZEMAN, MT 59715 | | | | | | | |

Sheet no. 134 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $   313,151.29

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
_____
                        Debtor

Case No.   08-61570
_____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VOYAGER GROUP LP<br>TWO CHATHAM CENTER<br>PITTSBURGH, PA 15219 | | | | | | | 280.00 |
| ACCOUNT NO.<br><br>WALTER W. MARTIN, LLC<br>1900 FEDERAL BLVD<br>DENVER, CO 80204-1794 | | | | | | | 187.93 |
| ACCOUNT NO.<br><br>WASHINGTON STATE<br>  DEPT OF LICENSING<br>PO BOX 9048<br>OLYMPIA, WA 98507 | | | | | | | 20.00 |
| ACCOUNT NO.<br><br>WAYNE PRIM<br>PO BOX 12219<br>ZEPHYR COVE, NV 89448 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |
| ACCOUNT NO.<br><br>WESTERN GLASS<br>2001 N. ROUSE AVE<br>BOZEMAN, MT 59715 | | | | | | | 416.00 |

Sheet no. 135 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 250,903.93

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC
_____
                Debtor

Case No.   08-61570
_____
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WESTERN GOLF PO BOX 970 THOUSAND PALMS, CA 92276 | | | | | | | 1,407.87 |
| ACCOUNT NO. | | | | | | | |
| WESTERN PINES 4225 AMSTERDAM RD MANHATTAN, MT 59741 | | | | | | | 53.32 |
| ACCOUNT NO. | | | | | | | |
| WESTFORK MEADOWS OWNERS  ASSOCIATION PO BOX 160223 BIG SKY, MT 59716 | | | | | | | 203.33 |
| ACCOUNT NO. | | | | | | | |
| WHALEN TIRE 319 W. GRIFFIN DRIVE BOZEMAN, MT 59715 | | | | | | | 528.54 |
| ACCOUNT NO. | | | | | | | |
| WHITNEY PEYTON 25 BELLOW DR EDINA, MN 55439 | | | REFUNDABLE MEMBERSHIP  FEE | X | X | | 250,000.00 |

Sheet no. 136 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   $            252,193.06

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>YELLOWSTONE MOUNTAIN CLUB, LLC</u>
Debtor

Case No. <u>08-61570</u>
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 98,732.52 |
| WILBUR-ELLIS PO BOX 1627 GREAT FALLS, MT 59403 | | | | | | | |
| ACCOUNT NO. | | | | | | | 243.80 |
| WILCOXON'S ICE CREAM INC PO BOX BOX 1057 LIVINGSTON, MT 59047 | | | | | | | |
| ACCOUNT NO. | | | | | | | 250,000.00 |
| WILLIAM AYER BOX 1476-0109 SIOUX FALLS, SD 57186 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | |
| ACCOUNT NO. | | | | | | | 250,000.00 |
| WILLIAM BRADY 33 JUNIPER RD WESTON, MA 02493 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | |
| ACCOUNT NO. | | | | | | | 250,000.00 |
| WILLIAM DAKE PO BOX 435 SARATOGA SPGS, NY 12866 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | |

Sheet no. <u>137</u> of <u>141</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 848,976.32

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC
_____
                                                                    Debtor

Case No.  08-61570
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| WILLIAM DOREY GRANITE CONSTRUCTION INC 585 W. BEACH ST WATSONVILLE, CA 95076 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| WILLIAM FRIST 1216 CANTERBURY DR NASHVILLE, TN 37205 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| WILLIAM JOHNSON 551 N. STREET GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| WILLIAM KREMER 1 BOSTON PL, SUTIE 2350 BOSTON, MA 02108 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |
| ACCOUNT NO. | | | | X | X | | 300,000.00 |
| WILLIAM SCHWAB 1735 NINETEENTH ST DENVER, CO 80202 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |

Sheet no.  138 of 141 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $                    1,300,000.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   YELLOWSTONE MOUNTAIN CLUB, LLC _____     Case No.  08-61570 _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  WILLIAM SONNEBORN PO BOX 1787 PACIFIC PALISADES, CA 90272 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  WILLIAM WEIDNER 8240 W CHARLESTON BLVD SUITE 3 LAS VEGAS, NV 89117 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 300,000.00 |
| ACCOUNT NO.  WOLFF SHOE CO 1705 LARKIN WILLIAMS FENTON, MO 63026 | | | | | | | 2,548.82 |
| ACCOUNT NO.  WYLIE COLLINS 149 PARSONAGE RD GREENWICH, CT 06830 | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| ACCOUNT NO.  YELLOWSTONE CLUB WORLD 335 N. MAPLE DRIVE SUITE 369 BEVERLY HILLS, CA 90210 | | | | | | | 59,801.33 |

Sheet no. 139 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           862,350.15

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No. 08-61570
                              Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,970.00 |
| YELLOWSTONE COUNTY IMPLEMENT - FARMPLAN 5121 MIDLAND ROAD BILLINGS, MT 59101 | | | | | | | |
| ACCOUNT NO. | | | | | | | 146.95 |
| YELLOWSTONE JETCENTER 456 GALLATIN FIELD RD BELGRADE, MT 59714 | | | | | | | |
| ACCOUNT NO. | | | | | | | 399.50 |
| YELLOWSTONE TO YUKON CONSERV. INITIATIVE 520 E. BABCOCK STREET BOZEMAN, MT 59715 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| YOAV RUBINSTEIN 500 QUEENS QUAY NO. 1101-E TORONTO, ONTARIO, CANADA M5V 3K8 | | | | | | | |
| ACCOUNT NO. | | | REFUNDABLE MEMBERSHIP FEE | X | X | | 250,000.00 |
| YOAV RUBINSTEIN 40 BERMUDA WESTPORT, CT 06880 | | | | | | | |

Sheet no. 140 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal     $     504,516.45

Total     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                     Case No.  08-61570
_____                              _____
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 601.40 |
| YOGA DIRECT.COM 206 MURPHY ROAD HARTFORD, CT 06114 | | | | | | | |
| ACCOUNT NO. | | | | X | X | | 250,000.00 |
| ZOLTAN ZSITVAY PO BOX 578 NEW VERNON, NJ 07976 | | | REFUNDABLE MEMBERSHIP  FEE | | | | |

Sheet no.  141 of 141 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  $  250,601.40

Total  $  83,995,279.34

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)