B6G (Official Form 6G) (12/07)

In re:  **YELLOWSTONE MOUNTAIN CLUB, LLC** ,   Case No.  08-61570
_____   _____
Debtor                                                   (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALTER MONETA CORPORATION<br>P.O. BOX 0517<br>BUFFALO, NY 14240<br><br>ALTER MONETA CORPORATION<br>STE 208<br>BUFFALO, NY 14202 | SNOWGROOMING EQUIPMENT |
| BANK OF THE WEST<br>P.O. BOX 4002<br>CONCORD, CA 94524-4002<br><br>BANK OF THE WEST<br>201 N. CIVIC DRIVE<br>STE. 360B<br>WALNUT CREEK, CA 94596 | SKI EQUIPMENT |
| BIG HORN PROPERTIES<br>47995 GALLATIN ROAD<br>GALLATIN GATEWAY<br>MT 59730 | BUGABOO OFFICE LEASE |
| CITICAPITAL<br>P.O. BOX 6229<br>CAROL STREAM IL 60197 | ASV |
| DAIMLER CHRYSLER<br>P.O. BOX 2916<br>MILWAUKEE, WI 53201-2916 | FIRE TRUCKS |
| DARREL & JUDY DEHAAN<br>624 ROCKING HORSE LANE<br>BOZEMAN, MT 59718 | WAREHOUSE BELEGRADE |
| GE CAPITAL CORPORATION<br>1916 HIRST DRIVE<br>MOBERLY, MO 65270 | SKIDSTER |

B6G (Official Form 6G) (12/07) -Cont.

In re: **YELLOWSTONE MOUNTAIN CLUB, LLC**
_____
Debtor

Case No. 08-61570
_____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HL COMPANY<br>1021 ERD STREET NW<br>P.O. BOX 1541<br>GREAT FALLS, MT 59403 | GOLF EQUIPMENT |
| INGERSOLL-RAND FINANCIAL SERVICES<br>3950 REGENT BLVD<br>IRVING, TX 75063 | GOLF EQUIPMENT |
| JC LCC<br>CHARLIE CALLANDER<br>P.O. BOX 161097<br>BIG SKY, MT 59716 | TRAILER |
| PEAK PROPERTY MANAGEMENT<br>1226 STONERIDGE DR.<br>STE B<br>BOZEMAN, MT 59718 | WAREHOUSE FALCON LANE |
| RED ROCK INVESTMENTS<br>P.O. BOX 1289<br>BOZEMAN, MT 59771 | BOZEMAN OFFICE |

B6H (Official Form 6H) (12/07)

In re: **YELLOWSTONE MOUNTAIN CLUB, LLC**      Case No.   <u>08-61570</u>
                  <u>Debtor</u>                                                             (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **YELLOWSTONE DEVELOPMENT** | **DOVETAIL DESIGN**<br>**2301 1ST AVE SO.**<br>**BILLINGS, MT 59101** |
| **YELLOWSTONE DEVELOPMENT** | **KENYON-NOBLE LUMBER COMPANY**<br>**P.O. BOX 1109**<br>**BOZEMAN, MT 59771** |
| **YELLOWSTONE CLUB**<br>**PROPERTY OWNER'S ASSOC**<br><br><br>**YELLOWSTONE CLUB**<br>**CONSTRUCTION COMPANY**<br><br>**YELLOWSTONE DEVELOPMENT** | **KEVIN BRICENO**<br>**SECURITY FIRE PROTECTION**<br>**P.O. BOX 5868**<br>**HELENA, MT 59715** |
| **YELLOWSTONE DEVELOPMENT** | **PRIM VINTAGE DEVELOPMENT L.P.**<br>**P.O. BOX 12219**<br>**ZEPHYR COVE NV 89448** |
| **YELLOWSTONE DEVELOPMENT** | **WE DUST CONTROL & DE-ICING**<br>**P.O. BOX 893**<br>**WHITEHALL, MT 59759** |

### UNITED STATES BANKRUPTCY COURT
### District of Montana

In re:   **YELLOWSTONE MOUNTAIN CLUB, LLC**   Case No.   08-61570

Chapter   11

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

|  |  |
|---|---:|
| 1.  Gross Income For 12 Months Prior to Filing: | $ 15,197,317.00 |

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

|  |  |
|---|---:|
| 2.  Gross Monthly Income: | $ 973,000.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|  |  |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor) | $ 881,600.00 |
| 4.  Payroll Taxes | 84,500.00 |
| 5.  Unemployment Taxes | 16,600.00 |
| 6.  Worker's Compensation | 49,500.00 |
| 7.  Other Taxes | 100.00 |
| 8.  Inventory Purchases (Including raw  materials) | 102,000.00 |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 9,000.00 |
| 10. Rent (Other than debtor's principal residence) | 50,000.00 |
| 11. Utilities | 130,000.00 |
| 12. Office Expenses and Supplies | 215,000.00 |
| 13. Repairs and Maintenance | 72,000.00 |
| 14. Vehicle Expenses | 18,000.00 |
| 15. Travel and Entertainment | 40,000.00 |
| 16. Equipment Rental and Leases | 17,000.00 |
| 17. Legal/Accounting/Other Professional Fees | 335,000.00 |
| 18. Insurance | 20,000.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 195,200.00 |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | |
| **None** | |
| 21. Other (Specify): | |
| **POA SUBSIDY** | 30,000.00 |
| **COMP EXPENSES** | 40,000.00 |
| **DEPRECIATION** | 208,000.00 |
| **INTEREST INCOME** | -1,060,000.00 |
| **INTEREST EXPENSE** | 1,130,000.00 |
| **INVESTMENT IN BUCKS** | 71,000.00 |
| 22. Total Monthly Expenses (Add items 3 - 21) | $ 2,654,500.00 |

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

|  |  |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | $ (1,681,500.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## District of Montana

In re **YELLOWSTONE MOUNTAIN CLUB, LLC**          Case No. **08-61570**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $    46,680,000.00 | | |
| B - Personal Property | YES | 29 | $   553,265,015.94 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $   315,117,530.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 28 | | $   105,811.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 142 | | $   83,995,279.34 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 207 | $   599,945,015.94 | $   399,218,621.86 | |

Form 6 - Statistical Summary (12/07)

Official Form B6 - Statistical Summary (12/07)

2007 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)          UNITED STATES BANKRUPTCY COURT – DISTRICT OF MONTANA

In re _____,          Case No. _____

Debtors          Chapter _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                                                                    Debtor. | CHAPTER: <br> CASE NO.: |
| Debtor(s): | Case No.: <br> (If known) <br> Chapter: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ |

2007 USBC, Central District of California

# United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)          UNITED STATES BANKRUPTCY COURT -- DISTRICT OF MONTANA

In re _____,          Case No. _____
                        Debtors                  Chapter _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                          Debtor(s). | CHAPTER:<br>CASE NO.: |
| Debtor(s): | Case No.:<br>(If known)<br>Chapter: |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  YELLOWSTONE MOUNTAIN CLUB, LLC                                     Case No.  08-61570
                              Debtor                                                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I EDRA D. BLIXSETH, the MANAGING MEMBER of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  209 _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10/11/08__                    Signature: _____

                                                   EDRA D. BLIXSETH MANAGING MEMBER
                                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

# United States Bankruptcy Court
## District of Montana

In re: **YELLOWSTONE MOUNTAIN CLUB, LLC**          Case No.   **08-61570**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| A.C. & LINDA MARKKULA TRUSTEES OF ARLIN TRUST PO.O BOX 620170 179 KINGS MOUNTAIN ROAD WOODSIDE, CA 94062 | B | | 1.02 % |
| BANKERS FINANCIAL CORP ATTN: DREW SWENSON 360 CENTRAL AVE ST PETERSBURG, FL 33701 | B | | 1.02% |
| BLIXSETH FAMILY INV. 71713 HIGHWAY 111 RANCHO MIRAGE CA 92270 | B | | 1.02% |
| BLIXSETH FAMILY INVESTMT 71713 HIGHWAY 111 RANCHO MIRAGE, CA 92270 | A | | 5.102 |
| BLIXSETH GROUP, INC. 71713 HIGHWAY 111 RANCHO MIRAGE, CA 92270 | A | | 86.73% |
| GREGORY C. BRANCH FAMILY 1255 SE 11TH AVE OCALA, FL 34471 | B | | 1.02% |
| MICHAEL L. SNOW MASON, EDLEMAN, BORMAN 3300 WELLS FARGO C 90 SOUTH 7TH STREET MINNEAPOLIS, MN 55402 | B | | 1.02% |
| MOUNTAIN VISTA PROP. AG POB 439 LANDSTRASSE 25 FL-9490 VADUZ LICHTENSTEIN | B | | 1.02% |
| ROBERT P. WATSON 16 HILLTOP ROAD NORWALK, CT 06854 | B | | 1.02% |
| SPANO YELLOWST. HOLDINGS 4405 NW 24 TERRACE BOCA RATON, FL 33431 | B | | 1.02% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **EDRA D. BLIXSETH**, **MANAGING MEMBER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Montana

In re:   YELLOWSTONE MOUNTAIN CLUB, LLC                    Case No.   08-61570

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| | | | |

Date:  10/11/08

**EDRA D. BLIXSETH ,MANAGING MEMBER**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**District of Montana**

In re:   **YELLOWSTONE MOUNTAIN CLUB, LLC**                              Case No. **08-61570**

Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 44,226,672.00 | TOTAL INCOME | 2007 |
| 39,765,229.00 | TOTAL INCOME | 2006 |

### 2.  Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**SEE ATTACHED**

2

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑    **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
     affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
     were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
     plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
     must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

3

None ☐  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **BLIXSETH GROUP INC.**<br>**71-534 SAHARA RD**<br>**RANCHO MIRAGE, CA 92270**<br>    **OWNED BY EDRA BLIXSETH** | 11/02/07 - 95,085.80<br>11/15/07 - 81,249.49<br>11/29/07 - 80,915.29<br>12/14/07 - 82,677.31<br>12/28/07 - 80,582.09<br>01/05/08 - 22,718.54<br>01/11/08 - 52,232.81<br>01/25/08 - 51,929.92<br>02.08/08 - 49,325.68<br>02/22/08 - 48,396.39<br>03/07/08 - 51,148.06<br>03/21/08 - 45,507.24<br>04/03/08 - 50,176.27<br>04/18/08 - 44,559.08<br>05/06/08 - 49,769.92<br>05/15/08- 44,147.04<br>05/31/08 - 44,147.04<br>06/12/08 - 49,635.83<br>06/26/08 - 44,141.73<br>07/11/08 - 49,670.50 | 1,118,016.03 | 0.00 |
| **MONARCH DESIGN LLC**<br>**6730 TAWNY BRN LN STOP2**<br>**BOZEMAN, MT 59718-7745**<br>    **OWNED BY EDRA BLIXSETH** | 11/14/07 - 86,293.13<br>02/22/08 -  8,000.00<br>04/11/08 - 80,654.32<br>04/23/08 -  8,000.00<br>04/24/08 - 14,278.71<br>04/28/08 -  8,000.00<br>06/05/08 -  8,000.00<br>09/17/08 -  2,500.00 | 215,726.16 | 0.00 |
| **RED ROCK INVESTMENTS LLC**<br>**PO BOX 1289**<br>**BOZEMAN, MT 59771**<br>    **OWNED BY BEAU BLIXSETH** | 12/06/07-  8,800.00<br>01/07/08- 17,961.69<br>02/29/08-  8,800.00<br>03/19/08- 17,600.00<br>04/09/08 -  8,800.00<br>04/30/08 -  8,800.00<br>05/28/08 -  8,800.00<br>07/17/08 -10,638.00<br>09/17/08 -21,600.00<br>11/03/08 -10,800.00<br>10/31/08 - 14,140.00 | 136,739.69 | 0.00 |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LEMOND II V YELLOWSTONE MOUNTAIN CLUB LLC | LES PENDENS | MADISON CO. 5TH JUD. DCT VIRGINIA, MT | PENDING |
| GARLINGTON, LOHN & ROBINSON VS. YELLOWSTONE MOUNTAIN CLUB, LLC YELLOWSTONE DEVELOPMENT, LLC AND YELLOWSTONE CLUB WORLD, LLC    DV 29-08-81 | COLLECTION | MONTAN FIFTH JUDICIAL DISTRICT COURT MADISON COUNTY | PENDING |
| SNOW V. YELLOWSTONE MOUNTAN CLUB    DV 29-06-26 | DISPUTE REGARDNG PARTNER DISTRIBUTIONS | MADISON CO. DIST COURT PO BOX 185 VIRGINIA CITY, MT 59755 | PENDING |
| ERIC LADD V. YELLOWSTONE MOUNTAIN  CLUB    DV 29-08-76 | LABOR/WAGE ISSUE | MADISION CO. DIST. COURT P.O. BOX 185 VIRGINIA CITY, MT 59755 | PENDING |
| ROBERT STUMPTER V. YELLOWSTONE MOUNTAIN CLUB LLC | LABOR/WAGE DISPUTE | MADISON CO. DIST COURT PO BOX 185 VIRGINIA CITY, MT  59755 | PENDING |
| LEMOND I V. YELLOWSTONE MOUNTAIN CLUB LLC | DISPUTE REGARDING PARTNER DISTRIBUTIONS | MADISON CO. 5TH JUD. DCT VIRGINIA CITY, MT | SETTLED |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

6

## 7.  Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| BIG SKY CHAMBER OF COMM<br>PO BOX 160100<br>BIG SKY, MT 59716 | VENDOR | 10/14/2008 | 700.00 |
| DEMOCRAT GOV CONFERENCE<br>1401 K STREET, NW<br>NW SUITE 200<br>WASHINGTON, DC, 20005 | VENDOR | 04/30/2008 | 30,491.90 |
| MICHAEL WEAS<br>LOT 177 PHASE 1A<br>BIG SKY, MT 59716 | MEMBER | 06/30/2008 | 110.00 |
| MONTANA HOPE PROJECT<br>PO BOX 5927<br>HELENA, MT 59604 | VENDOR | 08/31/2008 | 390.00 |
| MONTANA METH PROJECT<br>PO BOX 8944<br>MISSOULA, MT 59807 | VENDOR | 06/30/2008 | 1,323.00 |
| MONTANA METH PROJECT<br>PO BOX 8944<br>MISSOULA, MT 59807 | VENDOR | 06/25/2000 | 5,054.10 |
| MONTANA METH PROJECT<br>PO BOX 8944<br>MISSOULA, MT 59807 | VENDOR | 06/20/2008 | 1,560.40 |
| MONTANA METH PROJECT<br>PO BOX 8944<br>MISSOULA, MT 59807 | VENDOR | 06/25/2008 | 386.12 |
| SARAH PHELPS | EMPLOYEE | 10/14/2008 | 227.20 |

## 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
**one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JAMES A. PATTEN** **2817 2ND AVENUE NORTH** **STE 300** **BILLINGS, MT 59101** | | **$9369.00 ($8,330 LEGAL FEES; FILING FEE $1,039)** |

## 10. Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐    sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **AMERICAN BA NK** **PO BOX 161250** **1700 BIG SKY ROAD** **BIG SKY, MT 59716-1250** | **PAYROLL CHECKING ACCT** **3788** **-0-** | **09/03/08** |
| **AMERICAN BANK** **PO BOX 161250** **1700 BIG SKY ROAD** **BIG SKY, MT 59716-1250** | **TRUST ACCOUNT** **4925** **65.00** | **09/03/08** |
| **AMERICAN BANK** **PO BOX 161250** **1700 BIG SKY ROAD** **BIG SKY, MT 59716-1250** | **BUSINESS CHECKING** **3761** **9,360.33** | **09/03/08** |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 76963 GALLATIN ROAD BOZEMAN, MT 59716 | YELLOWST MOUNTAIN CLUB | 07/01/2005- 07/01/2007 |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **EPA** | **CV-04-58-BU-RWA** | **ON GOING** |

10

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| YELLOWSTONE MTN CLUB LLC | | 71713 HIGHWAY  111 RANCHO MIRAGE, CA 92270 | | 11/07/1997 |

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                          ADDRESS

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| ERIC DAHLGREN<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 09/09/05 TO 05/05/08 |
| KARA DAMON<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 11/07/05 TO PRESENT |
| LONNA REYNOLDS<br>2090 STADIUM DR., UNIT A<br>BOZEMAN, MT 59715 | 01/03/06 TO PRESENT |
| MISTY MCCABE<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT59715 | 02/25/06 TO PRESENT |
| MOSES MOORE<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 07/05/05 TO PRESENT |
| SONYA BARNES<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 03/30/06 TO PRESENT |
| TREBIS LEPINE<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 01/29/01 TO PRESENT |
| TROY PAULSON<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT 59715 | 02/14/06 TO PRESENT |
| WANDA SKINNER<br>2090 STADIUM DR, UNIT A<br>BOZEMAN, MT59715 | 08/09/04 TO PRESENT |

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| KPMG, LLC<br>175 N 27TH STREET, #1002<br>BILLINGS, MT 59101 | | 2006-2008 |
| MACK, ROBERTS & CO, LLC<br>111 SW COLUMBIA STREET<br>SUITE 700<br>PORTLAND, OR 97201-5839 | | 2006-2008 |

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

12

<table>
<tr><td>None<br>☐</td><td>d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within <strong>two years</strong> immediately preceding the commencement of this case.</td></tr>
</table>

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **AMERICAN BANK OF MT**<br>**1632 WEST MAIN STREET**<br>**PO BOX 1970**<br>**BOZEMAN, MT 59771-1970**<br>**(2008)** | |
| **CREDIT SUISSE FST BOSTON**<br>**ELEVEN MADISON AVE**<br>**NEW YORK, NY 10010**<br>**(2007-2008)** | |

## 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 09/01/2008 | **W. LAYMAN & T. LEPINE** | 1,029,808.00 |

None
☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 09/01/2008 | **W. LAYMAN & T. LEPINE**<br>**2090 STADIUM DR, UNIT A**<br>**BOZEMAN, MT 59716** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| A.C. & LINDA MARKKULA TRUSTEES OF ARLIN TRUST PO BOX 620170 179 KINGS MOUNTAIN RD WOODSIDE, CA 94062 | B MEMBERSHIP | 1.02 PERCENT |
| BANKERS FINANCIAL CORP ATTN: DREW SWENSON 360 CENTRAL AVE. ST PETERSBURG, FL 33701 | B MEMBERSHIP | 1.02 PERCENT |
| BIXSETH GROUP, INC. 71713 HIGHWAY 111 RANCHO MIRAGE CA 92270 | A MEMBERSHIP | 86.73 PERCENT |
| BLIXSETH FAMILY INV 71713 HIGHWAY 111 RANCHO MIRAGE, CA 92270 | B MEMBERSHIP | 1.02 |
| BLIXSETH FAMILY INVESTMT 71713 HIGHWAY 111 RANCHO MIRAGE, CA 92270 | B MEMBERSHIP | 5.102 PERCENT |
| GREGORY C. BRANCH FAMILY 1255 SE 11TH AVE OCALA, FL 34471 | B MEMBERSHIP | 1.02 PERCENT |
| MICHAEL L. SNOW MASON, EDELMAN, BORMAN 3300 WELLS FARGO C 90 SOUTH 7TH STREET MINNEAPOLIS, MN 55402 | B MEMBERSHIP | 1.02 PERCENT |
| MOUNTAIN VISTA PROP AG POB 439 LANDSTRASSE 25 FL9490 VADUZ LICHTENSTEIN | B MEMBERSHIP | 1.02 PERCENT |
| ROBERT P. WATSON 16 HILLTOP ROAD NORWALK, CT 06854 | B MEMBERSHIP | 1.02 PERCENT |
| SPANO YELLOWST HOLDINGS 4405 NW 24 TERRACE BOCA RATON, FL 33431 | B MEMBERSHIP | 1.02 PERCENT |

None ☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

14

## 22. Former partners, officers, directors and shareholders

None ☐  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **DAVID K. & SACIA MORRIS** | **832 COUNTRY CLUB LANE**<br>**ONALASKA, WI 54650** | **10/01/2007** |
| **GREG LEMOND** | **LEMOND CYCLING CENTER**<br>**201 OAKWOOD ROAD**<br>**HOPKINS, MN 55434** | **10/01/2007** |
| **JORGE V. JASSON** | **44 DOUBLING ROAD**<br>**GREENWICH, CT 06830** | **10/01/2007** |
| **SACIA ENTERPRISES** | **832 COUNTRY CLUB LANE**<br>**ONALASKA, WI 54650** | **10/01/2007** |

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

15

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___10/11/08___                Signature _____

                                   **EDRA D. BLIXSETH, MANAGING MEMBER**
                                   Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## District of Montana

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                          Case No.: **08-61570**

**YELLOWSTONE MOUNTAIN CLUB, LLC**                    Chapter:   **11**
Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**EPA
FEDERAL CONSENT DECREE
CV 04-58-BU-RWA
ON-GOING**

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Montana

In re:   **YELLOWSTONE MOUNTAIN CLUB, LLC**

Debtor

Case No.   **08-61570**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,369.00 |
| Prior to the filing of this statement I have received | $ | 9,369.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **POST-PETITION SERVICES WILL BE BILLED OUT AT $250.00 PER HOUR FOR JAMES A. PATTEN, CRAIG D. MARTINSON, W. SCOTT GREEN, PATRICIA D. PETERMAN AND BRUCE O. BEKKEDAHL AND THE ATTORNEY AMANDA R. LENNING WILL BE BILLED OUT AT $130.00 PER HOUR.  PARALEGALS WILL BE BILLED OUT AT $110.00 PER HOUR.**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _1/-11-8_

JAMES A. PATTEN, Bar No. 1191

**PATTEN, PETERMAN, BEKKEDAHL, & GREEN**
Attorney for Debtor(s)

---

# United States Bankruptcy Court
## District of Montana

In re   **YELLOWSTONE MOUNTAIN CLUB, LLC**

Debtor.

Case No.   **08-61570**

Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **YELLOWSTONE MOUNTAIN CLUB, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

___**X**___   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **A.C. & LINDA MARKKULA TRUSTEES OF ARLIN TRUST P.O. BOX 620170 179 KINGS MOUNTAIN ROAD WOODSIDE, CA 94062** | 1.02% |
| **BANKERS FINANCIAL CORP. ATTN: DREW SWENSON 360 CENTRAL AVE ST PETERSBURG, FL 33701** | 1.02% |
| **BLIXSETH FAMILY INVESTMT 71713 HIGHWAY 111 RANCHO MIRAGE, CA 92270** | 6.12% |
| **BLIXSETH GROUP, INC. 71713 HIGHWAY 111 RANCH MIRAGE, CA 92270** | 86.73% |
| **GREGORY C. BRANCH FAMILY 1255 SE 11TH AVE OCALA, FL 34471** | 1.02% |
| **MICHAEL L. SNOW MASON, EDLEMAN, BORMAN 3300 WELLS FARGO C 90 SOUTH 7TH STREET MINNEAPOLIS, MN 55402** | 1.02% |
| **MOUNTAIN VISTA PROP. AG POB 439 LANDSTRASSE 25 FL-9490 VADUZ LICHTENSTEIN** | 1.02% |
| **ROBERT P. WATSON 16 HILLTOP ROAD NORWALK, CT 06854** | 1.02% |
| **SPANO YELLOWST HOLDINGS 4405 NW 24 TERRACE BOCA RATON, FL 33431** | 1.02% |

OR,

_____ There are no entities to report.

By: _____

**JAMES A. PATTEN**
Signature of Attorney

Counsel for     **YELLOWSTONE MOUNTAIN CLUB, LLC**

Bar no.:     **1191**

Address.:     **PATTEN, PETERMAN, BEKKEDAHL, &
GREEN
2817 2ND AVE N, STE 300
BILLINGS, MT 59101**

Telephone No.: **(406) 252-8500**

Fax No.:     **(406) 294-9500**

E-mail address: **japatten@ppbglaw.com**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MONTANA

In re:   **YELLOWSTONE MOUNTAIN CLUB, LLC**

Debtor

Case No. 08-61570

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **30** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   11/11/2008

Signed:   s/ EDRA D. BLIXSETH
EDRA D. BLIXSETH

Signed:   /s/JA Patten
JAMES A. PATTEN
Attorney for Debtor(s)
Bar no.:        **1191**
PATTEN, PETERMAN, BEKKEDAHL, & GREEN
2817 2ND AVE N, STE 300
BILLINGS, MT 59101
Telephone No.:   **(406) 252-8500**
Fax No.:         **(406) 294-9500**
E-mail address:   **japatten@ppbglaw.com**