Ronald A. Bender, Esq.
Matthew J. Cuffe, Esq.
Worden Thane P.C.
Attorneys at Law
P.O. Box 4747
Missoula, Montana 59806
Telephone: (406) 721-3400
Fax: (406) 721-6985
rbender@wthlaw.net
State Bar I.D. Number 106
mcuffe@wthlaw.net
State Bar I.D. Number 4448

Clark T. Whitmore, Esq.
Kesha L. Tanabe, Esq.
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
Telephone: (612) 672-8200
Fax: (612) 672-8397
clark.whitmore@maslon.com
kesha.Tanabe@maslon.com

Attorneys for Michael Snow

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE<br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br>       Debtor | Case No. 08-61570 |
| IN RE<br>YELLOWSTONE DEVELOPMENT, LLC,<br>       Debtor. | Case No. 08-61571 |

SNOW'S NOTICE OF LODGING PROPOSED DELETIONS AND ADDITIONS TO REVISED PROPOSED INTERIM ORDER AND REVISED TERM SHEET [DOCKET #17 08-61570]

Comes now Michael Snow, creditor/party in interest in the above entitled bankruptcy case, by and through his attorneys of record and gives notice that the following document has been lodged with the Court in connection with the motion for an order authorizing Debtors to obtain post-petition financing:

1. Proposed Deletions and Additions to Revised Proposed Interim Order [Docket#17 08-61570]

2. Proposed Deletions and Additions to Revised Term Sheet {Docket #17 08-61570]

The proposed deletions and additions are marked on the attached documents on the following pages:

Revised Proposed Interim Order:
   Page 4
   Page 8
   Page 12
   Page 13
   Page 14
   Page 20
   Page 21
   Page 22
   Page 25
   Page 26

Revised Term Sheet
   Page 2
   Page 12
   Page 13
   Page 17

DATED this  13th  day of November, 2008.

                Worden Thane P.C.

                /s/ Ronald A. Bender
                Ronald A. Bender

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 13, 2008, a copy of preceding document was served electronically by ECF notice to all persons/entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users.

/s/ Julie Ludwick
Julie Ludwick

08013969