James A. Patten (ID.No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile: (406) 294-9500
Email: japatten@ppbglaw.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>Debtor. | Case No. 08-61570 |
| IN RE:<br><br>YELLOWSTONE DEVELOPMENT, LLC,<br><br>Debtor. | Case No. 08-61571 |
| BIG SKY RIDGE, LLC,<br><br>Debtor. | Case No. 08-61572 |
| YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC,<br><br>Debtor. | Case No. 08-61573 |

**APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL; AND AFFIDAVIT**

The Application of **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**, respectfully represents:

1. On the 11th day of November, 2008, Debtors filed a petition herein under Chapter 11.

2. **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC** wish to employ **RONALD GREENSPAN** as the Chief Restructure Officer and **FTI CONSULTING, INC.** as financial advisor.

3. Applicants have selected **RONALD GREENSPAN** and **FTI CONSULTING**, for the following reasons: He is experienced and knowledgeable assisting debtors in real estate restructurings.

4. The professional services that **RONALD GREENSPAN** and **FTI CONSULTING** will render include: Supervising the management of the day to day operations of the Debtors and assisting to formulate strategic and tactical restructuring alternatives and the implementation thereof.

5. To the best of the Applicant's knowledge, **RONALD GREENSPAN** and **FTI CONSULTING** has, with respect to these matters and Debtors, no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and is a "disinterested

person" as defined in 11 U.S.C. 101(14). **FTI Consulting**, separate and apart from this matter, is engaged by Credit Suisse and other members of the bank group, as well as some of the law firms involved in these matters. Also, **Ronald Greenspan**, in his capacity as trustee of unrelated matters, engages several of the law firms involved in this matter. Such relationships are described in further detail in the affidavit of **Ronald Greenspan** submitted herewith.

6. The terms of employment of **RONALD GREENSPAN** and **FTI CONSULTING** agreed to by **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**, subject to the approval of the Court are:

   a. Services rendered by Ronald Greenspan will be compensated at the rate of $715.00 per hour. The services rendered by Brad Foster will be compensated at the rate of $650.00. In addition there will be other employees of FTI Consulting working on the above-entitled case and their hourly rate will range from $285.00 to $715.00.

   b. Telephone, photocopying, fax, and postage at cost; mileage reimbursement at $0.585 per mile; out-of-pocket expenses at cost. The Applicants have no fee sharing agreement.

7. **RONALD GREENSPAN of FTI CONSULTING** represents no interest adverse to **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**, or the estate in the matters upon which he is to be engaged, and his employment would be in the best interest of this estate.

8. RONALD GREENSPAN of FTI CONSULTING has received no retainer.

WHEREFORE, **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC,** prays that its employment of **RONALD GREENSPAN of FTI CONSULTING** upon the terms specified be approved by the Court.

DATED this 13th day of November, 2008.

        James A. Patten
        PATTEN, PETERMAN, BEKKEDAHL
        & GREEN, P.L.L.C.
        2817 2nd Avenue North, Ste. 300
        Billings, MT 59101

        By /s/ JA Patten
        James A. Patten
        Attorney for Debtors

## AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF Montana ) 
                 ) :ss
County of Missoula )

RONALD GREENSPAN, being duly sworn upon his oath, deposes and states:

1. He is **RONALD GREENSPAN**, Senior Managing Director of FTI Consulting, Inc. This declaration is made on behalf of himself personally and as a representative of FTI Consulting, Inc ("FTI").

2. FTI has undertaken a review of its computerized relationship check system to determine its professional relationships with the Debtors, the secured creditors' administrative agent (Credit Suisse) and the 20 largest creditors.

3. To my knowledge, with respect to this matter and these Debtors, FTI and **RONALD GREENSPAN** have no connection with the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and we are a "disinterested person" as defined in 11 U.S.C. 101(14).

4. On matters wholly separate and independent from the instant matters and these Debtors, FTI does have engagements involving Credit Suisse and **RONALD GREENSPAN** has unrelated matters involving the retention of certain counsel who, in the instant cases, represent Credit Suisse and Edra Blixeth, a controlling party of the Debtors.

5. FTI and I represent no interest adverse to the debtors, or the estates in the matters

upon which **FTI** and I are to be engaged.

6.  FTI and I have received no retainer.

FTI CONSULTING, INC.

By: /s/Ronald Greenspan

RONALD GREENSPAN

Ronald Greenspan, in his individual capacity

Subscribed and sworn to before me this 13th day of November, 2008.

By: _Daniel Schiel_
Notary Public for the State of _Montana_
Residing at: _Missoula, Montana_
My Commission Expires: _Nov. 9, 2011_

(NOTARY SEAL)



DANIEL SCHIEL
NOTARY PUBLIC-MONTANA
Residing at Missoula, Montana
My Comm. Expires Nov. 9, 2011

Application to Approve Employment
of Professional Page 7