## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**YELLOWSTONE MOUNTAIN CLUB, LLC**,

Debtor.

In re

**YELLOWSTONE DEVELOPMENT, LLC**,

Debtor.

In re

**BIG SKY RIDGE, LLC,**

Debtor.

In re

**YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**,

Debtor.

Case No. **08-61570-11**

Jointly Administered with:

Case No. **08-61571-11**

Case No. **08-61572-11**

Case No. **08-61573-11**

## *O R D E R*

At Butte in said District this 26th day of November, 2008.

In accordance with the Memorandum of Decision entered in the above-referenced

Chapter 11 bankruptcies on this same date,

1

IT IS ORDERED that final approval of the Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 364 and Bankruptcy Rules 2002, 4001, and 9014 for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing Debtors to Utilize Cash Collateral, (III) Granting Adequate Protection to Pre-Petition Secured Lenders and (IV) Scheduling Interim and Final Hearings filed November 10, 2008, is DENIED.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana