UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re **YELLOWSTONE MOUNTAIN CLUB, LLC**, Debtor. | Case No. **08-61570-11** Jointly Administered with: |
| In re **YELLOWSTONE DEVELOPMENT, LLC**, Debtor. | Case No. **08-61571-11** |
| In re **BIG SKY RIDGE, LLC**, Debtor. | Case No. **08-61572-11** |
| In re **YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**, Debtor. | Case No. **08-61573-11** |

# *O R D E R*

At Butte in said District this 26th day of November, 2008.

In accordance with the Memorandum of Decision entered in the above-referenced Chapter 11 bankruptcies on this same date,

1

IT IS ORDERED that the Debtors' oral motion for an interim and final order (1) authorizing the Debtors (a) to obtain postpetition financing pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (b) to utilize cash collateral pursuant to 11 U.S.C. § 363; (2) granting liens, security interests and superpriority claims; (3) granting adequate protection to prepetition secured parties pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (4) scheduling a final hearing pursuant to bankruptcy rules 2002, 4001 and 9014, lodged November 25, 2008, is GRANTED on an interim basis in accordance with the DIP Financing Term Sheet, attached as Exhibit 1 to the Memorandum of Decision, and the proposed Budget, attached as Exhibit 2 to the Memorandum of Decision.

IT IS FURTHER ORDERED that Debtor shall file on or before **Tuesday, December 2, 2008**, a written motion, consistent with Debtor's oral motion lodged November 25, 2008, and shall file by the same said date all other pleadings and notices required by F.R.B.P. 4001(c).

IT IS FURTHER ORDERED that the Final Hearing on the Debtors' November 25, 2008, Motion shall be held **Thursday, December 11, 2008, at 2:00 p.m.** in the BANKRUPTCY COURTROOM, RUSSELL SMITH COURTHOUSE, 201 EAST BROADWAY, MISSOULA, MONTANA.  The Debtors shall promptly mail copies of this Order, the related final order and the Memorandum of Decision to all parties in interest, with a certificate of service filed with the Court showing that service of this Order, related final order and the Memorandum of Decision has been completed.  Any party in interest objecting to the relief sought at the Final Hearing shall serve and file written objections; which objections shall be served upon (a) counsel to the Debtors, Patten, Peterman, Bekkedahl & Green, P.L.L.C., the Fratt Building, 2817 Second Ave. North (Suite 300), Billings, Montana 59101 (Attn: James A. Patten); (b) counsel to any statutory

committee appointed in the Chapter 11 cases; (c) counsel for CrossHarbor; and (d) the office of the United States Trustee for the District of Montana, and shall be filed with the Clerk of the United States Bankruptcy Court for the District of Montana, in each case to allow actual receipt by the foregoing no later than **December 9, 2008 at 4:00 p.m.**, Mountain Standard time.

        BY THE COURT

        /s/ Ralph B. Kirscher
        HON. RALPH B. KIRSCHER
        U.S. Bankruptcy Judge
        United States Bankruptcy Court
        District of Montana