IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:                                                   )<br>                                                              )<br>YELLOWSTONE MOUNTAIN CLUB, LLC,    )<br>                                                              )<br>              Debtor.                                   )<br>_____)<br>                                                              )<br>IN RE:                                                   )<br>                                                              )<br>YELLOWSTONE DEVELOPMENT, LLC,      )<br>                                                              )<br>              Debtor.                                   )<br>_____)<br>                                                              )<br>                                                              )<br>BIG SKY RIDGE, LLC,                         )<br>                                                              )<br>              Debtor.                                   )<br>_____)<br>                                                              )<br>                                                              )<br>YELLOWSTONE CLUB CONSTRUCTION    )<br>COMPANY, LLC,                                 )<br>                                                              )<br>              Debtor.                                   )<br>_____)| Case No.  08-61570<br><br><br><br>Case No. 08-61571<br><br><br><br>Case No. 08-61572<br><br><br><br>Case No. 08-61573 |

**ORDER APPROVING APPLICATION OF PROFESSIONAL**

---

At Butte in said District this 3rd day of December, 2008.

**UPON THE APPLICATION** of **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC,** Debtors above-named, for approval of the appointment of **RONALD GREENSPAN as Chief Restructure Officer and FTI**

**CONSULTING, INC. as financial advisor,** and it appearing that the **RON GREENSPAN and FTI CONSULTING, INC.** are experienced and knowledgeable in assisting debtors in real estate restructurings, and this Court being satisfied that they represent no interest adverse to the Debtors-in-Possession or to the estate in the matters upon which said individual and firm are to be engaged, and this Court further being satisfied that the appointment is necessary and would be in the best interest of the estate,

     **IT IS ORDERED** that the employment by **YELLOWSTONE MOUNTAIN CLUB, LLC; YELLOWSTONE DEVELOPMENT, LLC; BIG SKY RIDGE, LLC; AND YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC.,** as Debtors-in-Possession herein, of **RON GREENSPAN and FTI CONSULTING, INC.** to be hired as the Chief Restructure Officer and as financial advisor, upon the terms stated in the application is approved; and all fees paid to said professional are subject to the approval of this Court upon the filing of a proper application for reasonable professional fees and reimbursement for actual, necessary expenses in accordance with Mont. LBR 2016-1. The reasonableness of any fee request will be determined pursuant to the standards specified in 11 U.S.C. § 330.

BY THE COURT

*Ralph B Kirscher*

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana