CHARLES W. HINGLE
SHANE P. COLEMAN
HOLLAND & HART LLP
401 NORTH 31st STREET, SUITE 1500
BILLINGS, MONTANA 59101
(406) 252-2166 (PHONE)
chingle@hollandhart.com (EMAIL)
spcoleman@hollandhart.com (EMAIL)

EVAN R. LEVY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000 (PHONE)
evan.levy@skadden.com (EMAIL)
*Admitted Pro Hac Vice*

   - and –

MARK S. CHEHI
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899
(302) 651-3000 (PHONE)
mark.chehi@skadden.com (EMAIL)
*Admitted Pro Hac Vice*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | Chapter 11 |
| Yellowstone Mountain Club, et al., | Case No. 08-61570-11<br>Jointly Administered |
| Debtors. | |

### MOTION FOR RULE 2004 EXAMINATIONS

Pursuant to F.R.B.P. 2004, the undersigned respectfully requests the Court to order examinations as follows:

   1.  Witnesses to be examined: (a) Edra Blixseth and (b) the Blixseth Group, Inc., also known as BLX Group, Inc. and Crescent Creek Music, Inc.

   2.  Date: February 16, 2009 (or such other date as may be agreed upon by the parties)

1

3. Time: 10:00 a.m. (PST) (or such other time as may be agreed upon by the parties)

4. Place: Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071

(or such other place as may be agreed upon by the parties)

5. Scope of examination: See Exhibit B attached hereto.

6. Documents to be produced: See Exhibit A attached hereto

7. Time, Date and Place of Production (if different from examination):

February 9, 2009 by 6:00 p.m. (EST)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19801

(or such other time, date and place as may be agreed upon by the parties)

8. Moving Party's Calculation of Mileage pursuant to F.R.B.P. 2004(e): About 130 miles

9. Counsel for the Movant has contacted opposing counsel, Joseph A. Eisenberg of Jeffer Mangels Butler & Marmaro LLP, who provided comments on the exhibits to this Motion, but has not further responded to counsel's request that he confirm that the witnesses to be examined do not oppose this Motion and will agree to produce the documents described herein without a subpoena duces tecum pursuant to F.R.B.P. 9016.

Dated: Billings, Montana
January 9, 2009

/s/ Charles W. Hingle
Charles W. Hingle
Shane P. Coleman
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
Billings, Montana 59101
(406) 252-2166 (Phone)
spcoleman@hollandhart.com (Email)
chingle@hollandhart.com (Email)

2

Of Counsel:
Evan R. Levy (NY No. 2720068)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

   - and –
Mark S. Chehi (Del. Bar No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Credit Suisse,
sole administrative agent and collateral agent

CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was served by UPS Overnight Delivery and First Class Mail upon the following, this 9th day of January, 2009, at the following addresses:

>National Corporate Research, Ltd.
>Registered Agent for BLX Group, Inc.
>3533 Fairview Industrial SE
>Salem OR 97302
>
>BLX Group, Inc.
>71713 Hwy. 111
>Rancho Mirage CA 92270
>
>Edra D. Blixseth
>President
>BLX Group, Inc.
>42765 Dunes View Rd.
>Rancho Mirage CA 92270
>
>Edra Blixseth
>c/o Joseph A. Eisenberg, Esq.
>Jeffer Mangels Butler & Marmaro LLP
>1900 Avenue of the Stars – 7th Floor
>Los Angeles CA 90067

                                                      /s/ Charles W. Hingle

4422468_1.DOC