UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**YELLOWSTONE MOUNTAIN CLUB, LLC**,<br><br>Debtor. | Case No. **08-61570-11**<br><br>Jointly Administered with: |
| In re<br><br>**YELLOWSTONE DEVELOPMENT, LLC**,<br><br>Debtor. | Case No. **08-61571-11** |
| In re<br><br>**BIG SKY RIDGE, LLC**,<br><br>Debtor. | Case No. **08-61572-11** |
| In re<br><br>**YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**,<br><br>Debtor. | Case No. **08-61573-11** |

# O R D E R

At Butte in said District this 27th day of January, 2009.

1

Upon review of the Motion for Reconsideration of this Court's Order dated January 20, 2009, and Request for Finding of Good Cause under Local Rule 9029(1)(a)(3) to set this matter for hearing with less than 20 days Notice as required under Local Rule 9013(1)(e) and schedule a hearing on February 10, 2009, this Court finds that there exists good cause for waiving the 20 day hearing requirement, so that the issues presented can be resolved prior to the date at which Credit Suisse has scheduled its 2004 exam of CrossHarbor and for which it has obtained and served Subpoenas, February 16, 2009. Accordingly,

IT IS HEREBY ORDERED that the Credit Suisse's Amended Motion for Rule 2004 Examinations filed on January 19, 2009, at docket entry no. 287 will be reconsidered and the Objection of CrossHarbor heard **Tuesday, February 10, 2009, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the 2ND FLOOR COURTROOM, FEDERAL BUILDING, 400 N. MAIN, BUTTE, MONTANA.

BY THE COURT

*Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana