UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**YELLOWSTONE MOUNTAIN CLUB, LLC**,<br><br>    Debtor. | Case No. **08-61570-11**<br><br>Jointly Administered with: |
| In re<br><br>**YELLOWSTONE DEVELOPMENT, LLC**,<br><br>    Debtor. | Case No. **08-61571-11** |
| In re<br><br>**BIG SKY RIDGE, LLC**,<br><br>    Debtor. | Case No. **08-61572-11** |
| In re<br><br>**YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**,<br><br>    Debtor. | Case No. **08-61573-11** |

# *O R D E R*

At Butte in said District this 18th day of February, 2009.

In accordance with the Memorandum of Decision entered in the above-referenced jointly

1

administered Chapter 11 bankruptcies on this same date,

    IT IS ORDERED:

    1. CrossHarbor's Objection and Motion for Reconsideration of Order for 2004 Examination and to Quash Related Subpoenas Under Local Rule 9013-1(f)(2)(BB) & Request Court Find Good Cause Under 9029(1)(a)(3) to Set This Matter for Hearing With Less Than 20 Days Notice As Required Under 9013(1)(e) [Docket Entry No. 309] is overruled and DENIED.

    2. Credit Suisse's Emergency Motion for Prepetition Lenders for Order Under 11 U.S.C. §§ 105, 361, 362, 363 and 364 Compelling Immediate Commencement of Marketing Process [Docket Entry No. 311] is DENIED.

    3. Credit Suisse's Emergency Motion of Prepetition Lenders Pursuant to Bankruptcy Rules 7026 and 9014 and Local Rule 9014-1 for Order Authorizing Prepetition Lenders to Seek Expedited Discovery [Docket Entry No. 314] is DENIED.

    4. The Debtors' Motion for Approval of Bidding and Solicitation Procedures Regarding Proposed Sale of 100% of the Equity Interests in the Debtors Pursuant to a Plan of Reorganization [Docket Entry No. 322] is DENIED.

    5. The Debtors' request for an extension of the exclusivity period is DENIED.

    BY THE COURT

    /s/ Ralph B. Kirscher
    HON. RALPH B. KIRSCHER
    U.S. Bankruptcy Judge
    United States Bankruptcy Court
    District of Montana