James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Phone: (406) 252-8500
Fax: (406) 294-9500
E-Mail: japatten@ppbglaw.com

Lawrence R Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618
Telephone: 206-292-8930
Fax: 206-521-6511
E-Mail: rick.birinyi@bullivant.com
E-Mail: larry.ream@bullivant.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Case No. 08-61570 |
| ) | |
| YELLOWSTONE MOUNTAIN ) | JOINTLY ADMINISTERED |
| CLUB, LLC, et al. ) | |
| ) | **NOTICE OF IMPROPER ACTIVITY** |
| Debtors. ) | |
| ) | |

**TO: THE COURT AND PARTIES IN THE ABOVE NAMED CASE:**

PLEASE TAKE NOTICE that on Tuesday, February 17, 2009, the undersigned received information from Moses Moore, Controller at Yellowstone Mountain Club of the withdrawal of $61,484.04 from a Citi-Smith Barney Private Wealth Management Account by Edra Blixseth; the funds were transferred to her personal account. This account was only recently identified to the undersigned and the Yellowstone Development LLC schedules have been amended to reflect this property.

1

The undersigned has contacted Edra Blixseth and upon inquiry was advised that Ms. Blixseth understood the funds were hers. The undersigned requested the immediate return of the funds which then occurred on February 19, 2009. The funds have been deposited into the Debtor's non interest bearing DIP account at Stockman Bank.

The Chief Restructuring Officer, through Brad Foster, has inquired of the Debtors if there are any other such accounts and has been advised that there are none.

DATED this 19th day of February, 2009.

>Lawrence R Ream
>Richard G. Birinyi
>**BULLIVANT HOUSER BAILEY PC**
>1601 5th Ave Ste 2300
>Seattle, WA 98101-1618
>
>James A. Patten
>**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
>2817 2nd Avenue North Suite 300
>Billings, MT 59101
>
>/s/ James A. Patten
>James A. Patten
>Attorneys for Debtors