James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Phone: (406) 252-8500
Fax: (406) 294-9500
E-Mail: japatten@ppbglaw.com

Lawrence R. Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618
Telephone: 206-292-8930
Fax: 206-521-6511
rick.birinyi@bullivant.com
larry.ream@bullivant.com

ATTORNEY FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MONTANA

| IN RE: | ) | Case No. 08-61570-11 |
|---|---|---|
| | ) | |
| YELLOWSTONE MOUNTAIN CLUB, | ) | **NOTICE OF FILING** |
| LLC, ET.AL. | ) | **SCHEDULES TO PLAN** |
| | ) | |
| Debtors. | ) | |
| | ) | |

COME NOW DEBTORS above-named, YELLOWSTONE MOUNTAIN CLUB, LLC, YELLOWSTONE DEVELOPMENT, LLC, YELLOWSTONE CLUB CONSTRUCTION COMPANY, AND BIG SKY RIDGE, LLC, by and through their attorney James A. Patten, who hereby files the attached Schedules to the Chapter 11 Plan filed on February 13, 2009 [Docket #384].

DATED this 23rd day of February, 2009.

Lawrence R. Ream
Richard G. Birinyi
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618

James A. Patten
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Avenue North, Ste. 300
Billings, Montana 59101

By: /s/ James A. Patten
    James A. Patten
    Attorneys for Debtors