**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re | |
| **YELLOWSTONE MOUNTAIN CLUB, LLC**, | Case No. **08-61570-11** |
| Debtor. | Jointly Administered with: |
| In re | |
| **YELLOWSTONE DEVELOPMENT, LLC**, | Case No. **08-61571-11** |
| Debtor. | |
| In re | |
| **BIG SKY RIDGE, LLC**, | Case No. **08-61572-11** |
| Debtor. | |
| In re | |
| **YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**, | Case No. **08-61573-11** |
| Debtor. | |

*ORDER SETTING HEARING ON the DEBTORS'*
*DISCLOSURE STATEMENT FILED MARCH 4, 2009*

At Butte in said District this 5th day of March, 2009.

In the above-referenced Chapter 11 bankruptcies, a hearing was held March 4, 2009, in Butte on approval of the Debtors' Disclosure Statement filed February 13, 2009. Written objections to the Debtors' February 13, 2009, Disclosure Statement were filed by the Environmental Protection Agency, Michelle Cameron Donaldson, Neal Donaldson, Credit Suisse, Maxon Holding Corporation, Highland Capital Management, LP, Prim Vintage Development, L.P., BC Concrete, Inc., the Ad Hoc Group of Class B Unit Holders, the Office of the United States Trustee, Timothy L. Blixseth, and Yellowstone Club World, LLC. On February 27, 2009, Debtors' counsel filed a report to the Court on the status of the Debtors' Disclosure Statement, wherein Debtors' counsel stated that he was endeavoring to file an amended disclosure statement that would cure many of the filed objections.

Debtors filed an amended disclosure statement on March 2, 2009, and filed a second amended Disclosure Statement at 12:55 a.m. on March 4, 2009. Counsel for the various parties in this case agreed that most parties did not have an opportunity to review the Debtors' March 4, 2009, Disclosure Statement prior to the March 4, 2009, hearing. Thus, the parties agreed to continue the disclosure statement hearing to April 7, 2009. However, after reviewing the Court's calendar, the Court will hold the continued hearing on approval of Debtors' March 4, 2009, Disclosure Statement on Wednesday, April 1, 2009. In addition, all parties at the hearing agreed to file written objections to Debtors' Disclosure Statement on or before March 16, 2009. By agreement of the parties,

IT IS ORDERED:

1. The continued hearing to consider approval of the Debtors' Disclosure Statement filed March 4, 2009, shall be held **Wednesday, April 1, 2009, at 09:00 a.m.** in the 2ND FLOOR

COURTROOM, FEDERAL BUILDING, 400 N. MAIN, BUTTE, MONTANA.

2. Monday, March 16, 2009, is fixed as the last day for filing and serving, in accordance with F.R.B.P. 3017(a), written objections to the March 4, 2009, Disclosure Statement.

3. On or before March 10, 2009, the Disclosure Statement and plan shall be distributed in accordance with F.R.B.P. 3017(a).

4. Requests for copies of the Disclosure Statement and plan shall be mailed to the Debtors' attorney, James A. Patten, Suite 300, the Fratt Building, 2817 2nd Avenue North, Billings, Montana 59101.

          BY THE COURT

          */s/ Ralph B. Kirscher*

          HON. RALPH B. KIRSCHER
          U.S. Bankruptcy Judge
          United States Bankruptcy Court
          District of Montana