## SCHEDULES

| SCHEDULE NO. | DOCUMENT |
|---|---|
| 1.27 | Company Member Modified Schedule |
| 1.34 | Contract Assumption Schedule |
| 1.39 | Current Equity Holders |
| 1.41 | Definitive Agreement |
| 1.72 | Founder's Circle Modified Member Schedule |
| 1.78 | Honorary Modified Member Schedule |
| 1.85 | Liquidation Trust Agreements |
| 1.87 | Member Assumption Schedule |
| 1.94 | Pioneer/Frontier Modified Member Schedule and Agreements |
| 1.99 | Plan Supplement |
| 1.104 | The Project |
| 5.5 | Post-Petition Contracts and Leases |