James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Phone: (406) 252-8500
Fax: (406) 294-9500
E-Mail: japatten@ppbglaw.com

Lawrence R Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618
Telephone: 206-292-8930
Fax: 206-521-6511
rick.birinyi@bullivant.com
larry.ream@bullivant.com

Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | Case No. 08-61570-11 |
| YELLOWSTONE MOUNTAIN CLUB, LLC, et al., | JOINTLY ADMINISTERED |
| Debtors. | |

### DEBTORS' STATUS REPORT TO COURT REGARDING SALE OF CHATEAU FARCHEVILLE

The Debtors, YELLOWSTONE MOUNTAIN CLUB, LLC, et al., by and through counsel James A. Patten, make this status report to the Court regarding sale of Chateau Farcheville:

    1.    A telephonic hearing was held on April 15, 2009 regarding the sale

1

of Farcheville. An order was entered [Docket # 763] in which the Debtors were authorized, directed and compelled to authorize Danika Investments, BV to accept an offer of purchase. The offer of purchase was described by Danika Investments director, Gary Peters, as an offer to purchase the equity in Danika for 20 million euros and was described by Peters as slated to close as early as April 27, 2009. During the hearing Peters also described that the buyer was to provide certification by its bank of the availability of collectable funds to close the purchase by the end of business on Tuesday, April 21, 2009.

2.      After the end of business (Paris time) on April 21, 2009, the Debtors' Chief Restructuring Officer, Ron Greenspan, inquired of Gary Peters whether the buyer's bank certified available funds for the purchase. Mr. Peters replied by informing Mr. Greenspan that the transaction will be delayed one week. In the meantime, there are continuing discussions with other buyers.

DATED this 23rd day of April, 2009.

>   Lawrence R Ream
>   Richard G. Birinyi
>   **BULLIVANT HOUSER BAILEY PC**
>   1601 5th Ave Ste 2300
>   Seattle, WA 98101-1618
>
>   James A. Patten
>   Patten, Peterman, Bekkedahl & Green, PLLC
>   2817 2nd Avenue North Suite 300
>   Billings, MT 59101
>
>   By: /s/ James A. Patten
>   JAMES A. PATTEN
>   Attorneys for Debtors