UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**YELLOWSTONE MOUNTAIN CLUB, LLC**,<br><br>Debtor. | Case No. **08-61570-11**<br><br>Jointly Administered with: |
| In re<br><br>**YELLOWSTONE DEVELOPMENT, LLC**,<br><br>Debtor. | Case No. **08-61571-11** |
| In re<br><br>**BIG SKY RIDGE, LLC**,<br><br>Debtor. | Case No. **08-61572-11** |
| In re<br><br>**YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC**,<br><br>Debtor. | Case No. **08-61573-11** |

*O R D E R*

At Butte in said District this 11th day of May, 2009.

In the above-referenced Chapter 11 bankruptcies, the Ad Hoc Group of Class B Unit Holders (the "Class B Members"), the Official Committee of Unsecured Creditors (the "Official

1

Committee") and the above-captioned Debtors (the "Debtors"), entered into a Stipulation Regarding Deadline to Object to Assumption and Objections to Second Amended Plan that was filed with the Court on May 8, 2009, at Docket Entry No. 837. Upon review, the Court finds that the Stipulation is fair and equitable. The Court also finds that the Stipulation satisfies the requirements of F.R.B.P. 9019(a). Accordingly,

IT IS ORDERED the Stipulation Regarding Deadline to Object to Assumption and Objections to Second Amended Plan filed May 8, 2009, at Docket Entry No. 837, is APPROVED; and in accordance therewith:

1. The Assumption Objection Deadline with respect to the Class B Members is extended to a date after the Auction Date.

2. The Class B Group shall have until the close of business on the date that is two (2) business days after the completion of the auction to file any written objections or to raise any oral objections to the proposed assumption and assignment of executory contracts to the Winning Bidder and to file written objections to confirmation of the plan.

3. The Court shall retain jurisdiction to hear any matters or disputes arising from or relating to the aforementioned Stipulation.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana