# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**YELLOWSTONE MOUNTAIN CLUB, LLC,**<br><br>Debtor. | Case No. **08-61570-11**<br><br>Jointly Administered with: |
| In re<br><br>**YELLOWSTONE DEVELOPMENT, LLC,**<br><br>Debtor. | Case No. **08-61571-11** |
| In re<br><br>**BIG SKY RIDGE, LLC,**<br><br>Debtor. | Case No. **08-61572-11** |
| In re<br><br>**YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC,**<br><br>Debtor. | Case No. **08-61573-11** |

## *ORDER PERMITTING CREDIT BID*

At Butte in said District this *12th* day of May, 2009.

In accordance with the Partial and Interim Order entered in related Adversary Proceeding 09-00014,

IT IS ORDERED that for purposes of the upcoming auction of Debtors' assets scheduled for May 13, 2009, Credit Suisse shall be allowed to submit a credit bid for the amount of its allowed secured claim of $232 million.  However, because Credit Suisse's claim is equitably subordinated, Credit Suisse must provide, as a component of its credit bid, sufficient cash funds to pay the CrossHarbor debtor-in-possession financing, the administrative fees and costs of the Debtors' bankruptcy estate and the allowed unsecured claims of non-member creditors.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana