YELLOWSTONE MOUNTAIN CLUB, LLC - 08-61570-11

YELLOWSTONE DEVELOPMENT LLC - 08-61571-11

BIG SKY RIDGE LLC - 08-61572-11

YELLOWSTONE CLUB CONSTRUCTION CO LLC - 08-61573-11

MINUTE ENTRY FOR MAY 13, 2009, HEARING ON CASH COMPONENT OF CREDIT SUISSE'S CREDIT BID, IN LIGHT OF THIS COURT'S INTERIM & PARTIAL ORDER ENTERED IN ADV PRO 09-00014

IN PERSON APPEARANCES - MARK CHEHI, EVAN LEVY, JAMES PATTEN, JONATHAN ALTER, TOM BECKETT, CLARK WHITMORE AND JOEL GUTHALS

TELEPHONIC APPEARANCES - JON AMSDEN, FORD ELSAESSER, GERALD SIMS

THE CASH COMPONENT OF ANY BID SUBMITTED BY CREDIT SUISSE SHALL INCLUDE, AT A MINIMUM, 43.7 MILLION; AN ADDITIONAL 14.3 MILLION FOR PAYMENT OF ALLOWED UNSECURED CLAIMS SHALL BE PLEDGED BY CREDIT SUISSE IN THE FORM OF A NOTE PAYABLE, SECURED BY THE YELLOWSTONE CLUB ASSETS. CREDIT SUISSE'S PREPETITION OBLIGATION IS SUBORDINATED TO THE 14.3 MILLION NOTE PAYABLE BUT THE 14.3 MILLION NOTE PAYABLE WILL NOT BE SUBORDINATED TO NEW MONEY; AND CREDIT SUISSE SHALL NOT BE ENTITLED TO ANY PAYMENT TOWARD ITS PREPETITION DEBT UNTIL ALLOWED UNSECURED CLAIMS ARE PAID IN FULL CONSISTENT WITH THE PRIOR ORDER OF THIS COURT