CHARLES W. HINGLE (#1947)
SHANE P. COLEMAN (#3417)
HOLLAND & HART LLP
401 NORTH 31st STREET, SUITE 1500
BILLINGS, MONTANA 59101
(406) 252-2166 (PHONE)
chingle@hollandhart.com (EMAIL)
spcoleman@hollandhart.com (EMAIL)

EVAN R. LEVY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 735-3000 (PHONE)
evan.levy@skadden.com (EMAIL)
*Admitted Pro Hac Vice*
   - and –

MARK S. CHEHI
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899
(302) 651-3000 (PHONE)
mark.chehi@skadden.com (EMAIL)
*Admitted Pro Hac Vice*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| YELLOWSTONE MOUNTAIN CLUB, LLC, et al. | : | Case No. 08-61570-11 |
| Debtors. | : | Jointly Administered |

## WITNESS LIST

CHARLES W. HINGLE, attorney for Credit Suisse, hereby designates the following witnesses to testify at the confirmation hearing scheduled for May 18, 2009:

1. Ronald F. Greenspan

2. Edra Blixseth

3. Samuel T. Byrne

4. Matthew Kidd

5. Joseph Harris

6. Schuyler Joyner

7. Michael Meldman

8. Brad Foster

9. Gary Peters

Dated: May 13, 2009

/s/ Charles W. Hingle_____
Charles W. Hingle
Shane P. Coleman
HOLLAND & HART LLP
401 North 31st, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
(406) 252-2166
chingle@hollandhart.com (Email)
spcoleman@hollandhart.com (Email)

- and -

Evan R. Levy (NY No. 2720068)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
evan.levy@skadden.com (EMAIL)

Mark S. Chehi (Del. No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
mark.chehi@skadden.com (EMAIL)

Attorneys for Credit Suisse,
sole administrative agent and collateral
agent for pre-petition secured lenders

4519245_1.DOC

3