James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Phone: (406) 252-8500
Fax: (406) 294-9500
E-Mail: japatten@ppbglaw.com

Lawrence R Ream, WSBA #18159
Richard G. Birinyi, WSBA #9212
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618
Telephone: 206-292-8930
Fax: 206-521-6511
rick.birinyi@bullivant.com
larry.ream@bullivant.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 08-61570 |
| YELLOWSTONE MOUNTAIN CLUB, LLC, et al., | ) | |
| | ) | |
| Debtors. | ) | |

### EXHIBIT LIST

Attorneys for Debtors hereby submit the following Exhibits for the hearing now set for

*May 18, 2009 at 9:00 o'clock a.m.*

| DEBTORS' EXH. | DATE SUBMITTED | DATE ADMITTED | LEGAL GROUND FOR OBJECTION | DESCRIPTION |
|---|---|---|---|---|
| A | | | | To Be Determined and Filed after Auction |

GROUNDS FOR OBJECTION

1. No Objection: Admissibility Stipulated
2. Irrelevant
3. Hearsay
4. Best Evidence
5. Inadmissible Opinion
6. Insufficient Foundation
    (Relevancy, personal
    Knowledge, Authenticity)
7. Unduly Time Consuming, Prejudicial, Confusing or Misleading
8. Other (Specify)

DATED this 13th day of May, 2009.

By /s/ JA Patten
James A. Patten
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Attorney for Debtors