James A. Patten(1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
2817 2nd Avenue North, Ste. 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile (406) 294-9500
E-mail:japatten@ppbglaw.com

Lawrence R Ream
Richard G. Birinyi
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618
Telephone: 206-292-8930
Fax: 206-521-6511
rick.birinyi@bullivant.com
larry.ream@bullivant.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>YELLOWSTONE MOUNTAIN<br>CLUB, LLC, et al.,<br><br>Debtors. | Case No. 08-61570<br><br>**JOINTLY ADMINISTERED** |

### WITNESS LIST

YELLOWSTONE MOUNTAIN CLUB, LLC, et al., Debtors in the above-entitled case, by and through their attorney of record, James A. Patten, who designates the following witness to testify at the hearing scheduled for *May 18, 2009 at 9:00 o'clock a.m:*

1. Steve Lehr

2. Ron Greenspan

3. Jeff Woolson

4. Gregory Hartman

5. Darius Hatami

6. Brad Foster

7. Mike DuCuennois

8. Sam Byrne

9. Edra Blixseth

10. Debtors reserve the right to call any of the witnesses identified by any of the other parties to testify during the hearing.

DATED this 13th day of May, 2009.

Lawrence R Ream
Richard G. Birinyi
**BULLIVANT HOUSER BAILEY PC**
1601 5th Ave Ste 2300
Seattle, WA 98101-1618

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101

By /s/ JA Patten
James A. Patten
Attorney for Debtors

2