Ford Elsaesser   ISBA #2205
James Macdonald  ISBA #7257
ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.
Attorneys at Law
102 South Euclid Avenue, Suite 307
P. O. Box 1049
Sandpoint, ID  83864
Telephone   (208) 263-8517
Facsimile    (208) 263-0759
ford@ejame.com
james@ejame.com

Co-counsel for Angus, A. MacNaughton, Edgar A. Rainin, Thomas W. Hook, and Yoav Rubinstein

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re:

YELLOWSTONE MOUNTAIN CLUB, LLC, et al

Debtors.

No. 08-61570-11
*Jointly Administered*

**MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES (CLASS 4) AND OBJECTION TO PLAN**

COMES NOW Angus A. MacNaughton, Edgar A. Rainin, Thomas W. Hook, and Yoav Rubinstein, by and through their counsel, Ford Elsaesser, of the firm Elsaesser Jarzabek Anderson Marks & Elliott, Chtd., and moves for temporary allowance of claims for voting purposes with regard to the following claims:

| | | |
|---|---|---|
| Angus A. MacNaughton | $1,750,000.00 | - Claim #427-2 |
| Edgar A. Rainin | $1,750,000.00 | – Claim #690-1 |
| Thomas W. Hook | $400,000.00 | - Claim #691-1 |
| Yoav Rubinstein | $1,750,000.00 | - Claim #697 |

MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES
(CLASS 4) AND OBJECTION TO PLAN - 1

FORD ELSAESSER
ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.
104 South Euclid Avenue, Suite 307
P. O. Box 1049
Sandpoint, Idaho 83864
Telephone (208) 263-8517
FACSIMILE (208) 263-0759

All of the claims listed above do not arise from membership in the Yellowstone Mountain Club, LLC, but rather, arise from claims against the Debtors' related to the deposit and purchase of memberships in Yellowstone Club World.

The above claimants were not mailed ballots, but have submitted ballots to the balloting agent. However, such ballots should have been in Class 4, which ballots balloting agent would not provide.

These claims do not related to any rejection of memberships, as those types of claims are described in the Court's recent memorandum decisions concerning subordination and membership claims generally. If allowed, these claims are, rather, claims against the Debtors for damages resulting from the sale to claimants of memberships in Yellowstone Club World, LLC, and if allowed, would be simple, general, unsecured claims against the Debtors.

WHEREFORE, for the purposes of voting only, the above-named creditors move that their claims be allowed for voting purposes.

Further, with regard to the treatment of unsecured creditors generally, the above-creditors join in the objections to confirmation of the Second Amended Joint Plan of Reorganization, dated April 3, 2009 (Docket #851), which objections were previously filed by Yellowstone Club World, LLC, (Docket #852), and Greg LeMond, Jorge Jasson, David Morris, Sacia Morris and Sacia Enterprises, Inc. (Docket #857), with regard to the issues of classification and the preferential treatment of the "trade creditor fund."

Respectfully submitted this 14th day of May, 2009.

/s/_____
Ford Elsaesser

MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES
(CLASS 4) AND OBJECTION TO PLAN - 2

FORD ELSAESSER
ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.
104 South Euclid Avenue, Suite 307
P. O. Box 1049
Sandpoint, Idaho 83864
Telephone (208) 263-8517
FACSIMILE (208) 263-0759

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May <u>14</u>, 2009, I served a true and correct copy of the foregoing on the counsel listed below via regular first class mail, postage prepaid:

| | |
|---|---|
| James A. Patten | Office of the United States Trustee |
| Patten, Peterman, Bekkedahl & Green | Liberty Center, Suite 204 |
| 2817 Second Avenue North, Suite 300 | 301 Central Avenue |
| Billings, MT  59101 | Great Falls, MT  59401 |

    ___/s/_____
    LaPointe, PACE Registered Paralegal

MOTION TO ALLOW CLAIMS FOR VOTING PURPOSES
(CLASS 4) AND OBJECTION TO PLAN - 3

FORD ELSAESSER
ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.
104 South Euclid Avenue, Suite 307
P. O. Box 1049
Sandpoint, Idaho 83864
Telephone (208) 263-8517
FACSIMILE (208) 263-0759