## **SCHEDULE 1.34**

## **ASSUMED CONTRACTS**

SCHEDULE 1.34

Assumed Contracts

This Schedule 1.34 contains all executory contracts, unexpired leases, and other Assumed Obligations to be assumed by the Reorganized Debtors pursuant to sections 365(a) and 1123 of the Bankruptcy Code.[1] Debtors' executory contract files are imperfect and Debtors therefore continue to analyze their executory contract files to ensure that all appropriate operational, construction and other contracts are included on this Schedule 1.34. Debtors intend to make future revisions to this Schedule 1.34, as soon as practicable, to ensure the accuracy and completeness of the same. Debtors will endeavor to provide a completed version of this Schedule 1.34 at the time of filing the Plan Supplement; however, to Section 5.1.8 of the Plan, Debtors reserve the right to modify this Schedule 1.34 at any time before the Confirmation Date. To the extent the foregoing is inconsistent with the text of the Plan, it is Debtors' intent to amend the Plan to render the Plan consistent with this Schedule 1.34.

1.      Utility/Infrastructure Contracts

| Contract | Cure Amount[2] |
|---|---|
| Utility and Access Easement and Agreement, dated July 27, 2000, by and between Boyne USA, Inc. and Yellowstone Mountain Club, LLC and Yellowstone Development, LLC (recorded August 1, 2000, in Book 443, Page 235, records of Madison County, Montana). | $31,200 |
| Agreement for the Sale of Water, Treatment of Wastewater, and Grant of Right to Use Land for Storage and Disposal of Treated Water, dated March 29, 2001, by and between Big Sky Water and Sewer District No. 363 and Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, Spanish Peaks Development, LLC, Lone Moose Meadows, LLC, and Blixseth Group, Inc., as amended. | $0 |
| Memorandum of Agreement, dated October 23, 2006, by and between Spanish Peaks Holdings, LLC, the Club at Spanish Peak, LLC, Yellowstone Mountain Club, LLC and Yellowstone Development, LLC. | $0 |
| Agreement to Provide Utility Services, dated December 1, 2006, by and between NorthWestern Corporation, Yellowstone Mountain Club, LLC and Yellowstone Development, LLC, as extended. | $194,417 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Tim Blixseth of Yellowstone Club (on behalf of the Debtors), dated as of July 7, 2000 (Andesite Ridge Phase 1). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Tim Blixseth of Yellowstone Club (on behalf of the Debtors), dated as of July 22, 2003 (3 Forks Junction). | $0 |

---

[1] Debtors assume, solely for purposes of this schedule, that the agreements listed herein are executory, without conceding that the agreements listed herein are, in fact, executory. The Debtors and the Reorganized Debtors expressly reserve all of their rights to contest whether any such agreements are in fact executory.

[2] Debtors are still in the process of compiling and verifying cure amounts with respect to various executory contracts and unexpired leases. That information will be finalized and inserted in this Schedule prior to the Debtors' circulation of the plan and related balloting materials.

1

| Contract | Cure Amount[2] |
|---|---|
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of July 22, 2005 (Sunrise Ridge). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Tim Blixseth of Yellowstone Club (on behalf of the Debtors), dated as of July 22, 2005 (Golf Course). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of July 29, 2005 (Buffalo Bar & Grill). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of September 9, 2005 (Pioneer Mountain, Phase 6). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of July 28, 2006 (New Sewer Building). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of September 18, 2006 (Y.C. Ranches, 22 Lots). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club, Tim Blixseth (on behalf of the Debtors), dated as of February 9, 2007 (Pine Ridge Phase 3A). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and Yellowstone Club (on behalf of the Debtors), dated as of April 5, 2007 (American Spirit Walking Bridge). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and The Yellowstone Club (on behalf of the Debtors), dated as of April 5, 2007 (Slopeside). | $0 |
| Aid to Construction Agreement, by and between 3 Rivers Telephone Cooperative, Inc. and The Yellowstone Club (on behalf of the Debtors), dated as of April 5, 2007 (18 lot Jack Rail/Mulligan). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated December 3, 1998 (service location: Big Sky, Tank No. 782037). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated January 29, 1999 (service location: Maintenance Shop, Tank No. 9SE160618). | $0 |
| Undated Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors) (service location: Big Sky, Tank No. 2868). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated January 4, 1998 (service location: Big Sky, Tank No. 51516). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club(on behalf of the Debtors), dated October 27, 1998 (service location: Construction Tank Yellowstone Club, Tank No. 327833). | $0 |

2

| Contract | Cure Amount[2] |
|---|---|
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated November 13, 2002 (service location: Camp Blixseth Complex, Tank No. 7SY008980). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 17, 2002 (service location: Camp Blixseth Complex, Tank No. 7SY008988). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 28, 1998 (service location: Yellowstone Club – Lodge at Top of Mountain, Tank No. 7SY003343). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 28, 1998 (service location: Yellowstone Club – Lodge at Top of Mountain, Tank No. 7SY003344). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated January 21, 2002 (service location: Guard House, Tank No. 7SY007859). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 7, 2002 (service location: Maintenance Shop, Tank Nos. Q0219984 and Q0219985). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 7, 2002 (service location: Maintenance Shop, Tank Nos. Q0216112 and Q0219988). | $0 |
| Propane Gas Service Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 7, 2002 (service location: Maintenance Shop, Tank Nos. Q0210402 and Q0219027). | $0 |
| Residential & Commercial Equipment Lease and Gas Supply Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated January 6, 1999 (service location: Big Sky). | $0 |
| Undated Residential & Commercial Equipment Lease and Gas Supply Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors) (service location: Rainbow Lodge, Tank Nos. 7SY005928, 7SY005942, 7SY005938, 7SY005911). | $0 |
| Residential & Commercial Equipment Lease and Gas Supply Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 27, 1999 (Tank No. 9SY004524). | $0 |
| Residential & Commercial Equipment Lease and Gas Supply Agreement, by and between Northern Energy and The Yellowstone Club (on behalf of the Debtors), dated October 25, 1999 (Tank Nos. 9SY004209, 9SY004238, 9SY004213, 9SY004524). | $0 |

3

2.      Operational/Construction Contracts

| Contract | Cure Amount |
|---|---|
| Ticket Sales Agreement, dated March 30, 2002, by and between Boyne USA, Inc. and Yellowstone Mountain Club, LLC. | $0 |
| Passenger Ropeway Modification Agreement for Pine Ridge Phase 3 Ski Lift, dated July 25, 2006, by and between Doppelmayr CTEC and Yellowstone Development, LLC. | ($89) |
| Passenger Ropeway Modification Agreement for Cowflats Surface Lift, dated February 17, 2007, by and between Doppelmayr CTEC and Yellowstone Development, LLC. | $449 |
| Passenger Ropeway Modification Agreement for Southern Cross Ski Lift, dated February 17, 2007, by and between Doppelmayr CTEC and Yellowstone Development, LLC. | $27,939 |
| Tower Foundation Modification Agreement, dated July 17, 2008, by and between Doppelmayr CTEC and Yellowstone Development, LLC. | $15,700 |
| Three Year Construction Contract, dated May 31, 2007, by and between Fire Suppression Systems, Inc. and Yellowstone Development, LLC, as amended. | $3,699 |
| Agreement for NSN Service, dated January 15, 2009, by and between Toro Company and _____. | $0 |
| Construction Contract with Ace Electric, Inc., dated November 11, 2006. | $378,515 |
| Construction Contract by and between Arapahoe Roofing & Sheet Metal, Inc., and Yellowstone Club Construction Company, LLC, dated June 19, 2006. | $32,306 |
| Construction Contract with Central Plumbing & Heating, dated January 23, 2006. | $0 |
| Construction Contract with Dependable Paint & Drywall, Inc., dated May 10, 2006. | $80,358 |
| Construction Contract by and between Fire Suppression Systems, Inc., and Yellowstone Development, LLC, dated June 19, 2007. | $0 |
| Gallatin Valley Furniture Construction Contract & 1st Amendment, dated November 15, 2007. | $45,848 |
| KAJ Construction Contract (WML Unit 103), dated August 16, 2006. | $0 |
| KAJ Construction Contract for WML, dated April 4, 2006. | $228,335 |
| Lone Pine Builders Construction Contract & 1st Amendment, dated June 18, 2006. | $0 |
| Construction Contract by and between Security Fire Protection Inc. and Yellowstone Club Construction Company, LLC, dated March 30, 2006. | $74,722 |

4

3.     Lease Agreements

| Contract | Cure Amount |
|---|---|
| Lease by and between The Yellowstone Mountain Club, LLC and Yellowstone Development, LLC, as Lessors, and GTP Acquisition Partners II, LLC, as Lessee, dated November 2, 2006 (disclosed by Memorandum of Lease, recorded April 18, 2007, under Document No. 119535, records of Madison County, Montana), as assigned to Global Tower Sites I, LLC, pursuant to an Assignment and Assumption of Ground Lease, dated May 25, 2007 (recorded June 11, 2007, under Document No. 120425, records of Madison County, Montana). | $0 |
| Ground Lease by and between Yellowstone Mountain Club, LLC and Yellowstone Development, LLC, as Lessors, and Big Sky Resort, LLC and Boyne USA, Inc., as Lessees, dated November 1, 2005 (disclosed by Abstract and Memorandum of Ground Lease recorded December 6, 2007, under Document No. 123420, records of Madison County, Montana). | $0 |
| Ground Lease by and between Big Sky Ridge, LLC and Spanish Peaks Holdings, LLC, as Lessors, and Big Sky Resort, LLC and Boyne USA, Inc., as Lessees, dated March 30, 2002. | $0 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2004 Chevrolet Silverado, VIN: 1GCEK14X94Z288700, dated May 28, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9055-42304) | $1,765 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2004 Chevrolet Silverado, VIN: 1GCHK24U94E284839, dated May 28, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9052-38325) | $841 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2005 Chevrolet Silverado, VIN: 1GCEK19B95E121145, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9067-52659) | $2,902 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2005 Chevrolet Silverado, VIN: 2GCEK13T451167985, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9064-52247) | $3,129 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2005 Chevrolet Silverado, VIN: 2GCEK13T051181169, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9067-48899) | $3,736 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2005 Chevrolet Tahoe K1500, VIN: 1GNEK13T55R149414, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9065-50448) | $4,905 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2005 Chevrolet Suburban K1500, VIN: 3GNFK16Z55G119866, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9064-50420) | $5,068 |

| Contract | Cure Amount |
|---|---|
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for Used 2004 Chevrolet Astro van, VIN: 1GNEL19XX4B128153, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9064-50395) | $2,254 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for New 2004 Chevrolet Trailblazer, VIN: 1GNET16P346110879, dated May 28, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9061-41114) | $2,904 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for Used 2004 Chevrolet Astro van, VIN: 1GNEL19X44B110392, dated November 13, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9069-49530) | $2,118 |
| Retail Instalment Sale Contract/GMAC Flexible Finance Plan for Used 2003 Chevrolet Astro van, VIN: 1GNEL19XX3B138082, dated May 28, 2004, by and between Ressler Motor Company and Yellowstone Development, LLC. (GMAC-024-9056-37469) | $429 |
| Master Lease Agreement # 8336414-001 for GEHL 5640E Skidsteer, dated August 30, 2007, by and between General Electric Capital Corporation and Yellowstone Development, LLC. | $2,124 |
| Master Lease Agreement for 2 Greensmaster Flex 21, dated November 1, 2004, by and between General Electric Capital Corporation and Yellowstone Development, LLC. | $566 |
| Master Lease Agreement for Toro Multipro, dated August 28, 2008, by and between General Electric Capital Corporation and Yellowstone Mountain Club, LLC. | $780 |
| Lease contract, Acct. # 7323405, N/P Navistar, by and between Navistar and Yellowstone Development, LLC. | $6,470 |
| Lease contract, Acct. # 002-0510276-700, N/P Wells Fargo Equipment Finance, by and between Wells Fargo Equipment Finance and Yellowstone Development, LLC. | $2,066 |
| Lease contract for two loaders, Komatsu 150-5/WA205-5L, by and between Affordable Construction Equipment and Yellowstone Development, LLC. | $15,800 |
| Lease contract, Acct. # 2566, for Sprung Tent by and between Sprung and Yellowstone Mountain Club, LLC. | $8,963 |
| Lease contract, Acct. # 100-0122399-00, for Fire Engine/Rescue Pumpers, by and between Daimler Chrysler and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. # 1000288, for Unit No. 61676, by and between Design Modular Space and Yellowstone Development, LLC. | $4,242 |
| Lease Contract, Acct. # 917267, for Unit No. 180014, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $1,118 |

6

| Contract | Cure Amount |
|---|---|
| Lease Contract, Acct. # I000156, for Unit No. 457137, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $5,957 |
| Lease Contract, Acct. # I000156, for Unit No. 457139, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. # I000156, for Unit No. 457140, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. #I000441, for Unit No. 84165, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $4,854 |
| Lease Contract, Acct. #I000441, for Unit No. 84166, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. #I000441, for Unit No. 84167, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. #719098, for Unit No. 179947, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $2,719 |
| Lease Contract, Acct. #719098, for Unit No. 179946, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. #I000146, for Unit No. 181584, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $1,189 |
| Lease Contract, Acct. #956625, for Unit No. 60045, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $2,650 |
| Lease Contract, Acct. #956625, for Unit No. 60046, by and between Design Modular Space and Yellowstone Mountain Club, LLC. | $0 |
| Lease Contract, Acct. #YSTON143-1 for Live Valut fees, by and between Access Data and Yellowstone Mountain Club, LLC. | $24,234 |
| Lease Contract for Software License, by and between Abacus and Yellowstone Mountain Club, LLC. | $5,573 |
| Lease Contract for Wireless Internet Service @ Yellowstone Mountain Club, by and between Little Apple and Yellowstone Mountain Club, LLC. | $425 |
| Lease Contract for Copier HR 140598-04, by and between J&H Office Equipment and Yellowstone Mountain Club, LLC (HR). | $1,997 |
| Lease Contract for Copier Accounting 140497-05, by and between J&H Office Equipment and Yellowstone Mountain Club, LLC (Accounting). | $463 |
| Lease Contract for Copier Operations 140677-01, by and between J&H Office Equipment and Yellowstone Mountain Club, LLC (Operations). | $1,351 |
| Lease Contract for Copier down stairs 140678-01, by and between J&H Office Equipment and Yellowstone Mountain Club, LLC (Downstairs). | $618 |
| Lease Contract, Acct. #8255 70 702 0068495 for Cable TV, by and between Dish Network and Yellowstone Mountain Club, LLC. | $4,449 |
| Lease Contract for Storage: Golf Maintenance (Golf Course), by and between Bozeman Portable and Yellowstone Mountain Club, LLC. | $600 |

7

| Contract | Cure Amount |
|---|---|
| Lease Contract for Storage: Golf Maintenance (Sewer Plant), by and between Bozeman Portable and Yellowstone Mountain Club, LLC. | $1,800 |
| Lease Contract for Storage: Sleigh/Wagon (Shop), by and between Bozeman Portable and Yellowstone Mountain Club, LLC. | $1,450 |
| Lease Contract, Acct. # 911-0072556-000 for phone system at accounting office , by and between Dish CIT Techno Fin Serv and Yellowstone Mountain Club, LLC. | $979 |
| Lease Contract by and between Johnson Distributing, Inc, and Yellowstone Mountain Club, dated May 27, 2007, for golf carts. | $4,638 |
| Lease Contract by and between Johnson Distributing, Inc, and Yellowstone Mountain Club, dated May 2, 2008, for golf carts. | $36,703 |
| Master Lease Agreement with Alter Moneta, dated December 15, 2004, for one (1) Bombardier BR350 Snow Groomer including all attachments and accessories, S/N: 908910141. | $0 |

GSDOCS\1896171.10

4.     Governmental Contracts

        Listed below are all of the Debtors' governmental permits and entitlement rights and obligations vis-à-vis Madison County, Montana and other local, state and federal governmental entities with respect to zoning and construction of infrastructure and other club amenities at the Project, that are physically available at this time. Also included on this Schedule 1.34, by this reference, are any and all of the Debtors' other local, state and federal governmental permit and entitlement rights with respect to zoning and construction and operation of infrastructure and club amenities at the Project.

| Contract | Cure Amount |
|---|---|
| Subdivision Improvements Agreement, recorded August 23, 2004 under File No. 107 and Document No. 100890, records of Madison County, Montana (as affected by Partial Release of Letter of Credit, filed January 7, 2008, under File No. 107-A, Document No. 123928, records of Madison County, Montana). | $0 |
| Subdivision Improvements Agreement, recorded December 27, 2004, under File No. 107, and Document No. 103363, records of Madison County, Montana (as affected by Replacement Letter of Credit, filed November 23, 2005, under File No. 107-A, Document No. 110349, records of Madison County, Montana). | $0 |
| Subdivision Improvements Agreement, filed August 19, 2002, under File No. 107, Document No. 87865, filed February 10, 2003, under File No. 107, Document No. 90673, and filed May 25, 2004, under File No. 107, Document No. 98885, records of Madison County, Montana (as affected by First Amendment to Subdivision Improvements Agreement, recorded August 23, 2004, under File No. 107, Document No. 100897, records of Madison County, Montana). | $0 |
| Terms and conditions of Subdivision Improvements Agreement, recorded December 22, 2006, Document No. 117632, records of Madison County, Montana. | $0 |
| Subdivision Improvements Agreement, recorded November 15, 2006, under Document No. 117003, records of Madison County, Montana. | $0 |
| Subdivision Improvements Agreement, filed August 24, 2007, under Document No. 121631, records of Madison County, Montana (as affected by Partial Release of Letter of Credit, filed January 7, 2008, under File No. 107-A, Document No. 123929, records of Madison County, Montana). | $0 |
| Consent Decree, by and between United States of America, as Plaintiff, and Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, Blixseth Group, Inc., and The Ranches at Yellowstone Club, LLC, filed January 14, 2005, in Book 524, Page 1, under Document No. 103674, records of Madison County, Montana. | $0 |
| Building Permit for Yellowstone Club Generator Building 2-02-0559, issued by State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated February 6, 2002. | $0 |
| Provisional Building Permit for Construction of Three Forks Pump House- C-99-0795 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated September 22, 1999. | $0 |
| Provisional Building Permit for Construction of American Lift Shack- C-99-1104 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Mountain Club, dated December 29, 1999. | $0 |

| Contract | Cure Amount |
|---|---|
| Provisional Building Permit for Construction of Y.C. Base Lodge- C-99-0042 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated September 17, 1999. | $0 |
| Electrical Permit No. 128393 for Yellowstone Club Cabins Big Sky issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Mountain Club, dated October 10, 2001. | $0 |
| Building Permit for Yellowstone Club Generator Building 2-02-0559 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Mountain Club, LLC, dated February 6, 2002. | $0 |
| Building Permit for Golf Maint/Dorm- 06-0803 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated September 12, 2006. | $0 |
| Building Permit for Yellowstone Club M. Lodge- 01-0078 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated May 7, 2002 | $0 |
| Provisional Building Permit for Yellowstone Club Parking Garage- C-00-0532 issued by the State of Montana Department of Commerce Building Codes Bureau to Yellowstone Club, LLC, dated September 8, 2000 | $0 |
| Storm Water Permit Golf Course (not including future residential areas)- Permit #MTR100819 issued by MDEQ to Yellowstone Mountain Club, dated February 2, 2001 | $0 |
| Storm Water Permit Phase 1, 1A, & 2 (roads, water & community drainfields)- Permit #MTR100825 issued by MDEQ to Yellowstone Mountain Club, dated March 27, 2001 | $0 |
| Storm Water Permit Mountain Road Extension (upper section, last 11,600 feet to Rainbow Lodge area)- Permit #MTR100826 issued by MDEQ to Yellowstone Mountain Club, dated March 27, 2001 | $0 |
| Storm Water Permit Moose Lake Road Modification (lift terminal area)- Permit #MTR100827 issued by MDEQ to Yellowstone Mountain Club, dated March 27, 2001 | $0 |
| Storm Water Permit Main Lodge (base area lodge & parking structure)- Permit #MTR100920 issued by MDEQ to Yellowstone Mountain Club, dated October 2, 2001 | $0 |
| Storm Water Permit Phase 5 (condos and construction staging area)- Permit # MTR100919 issued by MDEQ to Yellowstone Mountain Club, dated October 2, 2001 | $0 |
| Storm Water Permit Ranch Roads (access to Sections 17 & 20)- Permit #MTR101071 issued by MDEQ to Yellowstone Mountain Club, dated September 25, 2002 | $0 |
| Storm Water Permit Andesite Ski Runs and Lifts (Ridge lift and Andesite lift)- Permit # MTR100941 issued by MDEQ to Yellowstone Mountain Club, dated November 28, 2001 | $0 |
| Storm Water Permit Phase 3 (single family homes)- Permit #101494 issued by MDEQ to Yellowstone Mountain Club, dated July 2, 2004 | $0 |
| Storm Water Permit Phase 6 (mixed condos/single-family lots)- Permit #MTR101040 issued by MDEQ to Yellowstone Mountain Club, dated August 6, 2002 | $0 |

10

| Contract | Cure Amount |
|---|---|
| Storm Water Permit Treated Effluent Storage Pond #2 (pond excavation and aggregate borrow source)- Permit #MTR101042 issued by MDEQ to Yellowstone Mountain Club, dated August 14, 2002 | $0 |
| Storm Water Permit 160-Acre Tract 1 (Blixseth lot east of base area)- Permit #MTR101162 issued by MDEQ to Yellowstone Mountain Club, dated May 2, 2003 | $0 |
| Storm Water Permit Phase 3A/Big Sky Ridge (timber thinning, skid roads and access roads)- Permit #MTR101236 issued by MDEQ to Yellowstone Mountain Club, dated July 18, 2003 | $0 |
| Storm Water Permit Wastewater Treatment Facility (treatment plant, force mains and booster access roads)- Permit #MTR101360 issued by MDEQ to Yellowstone Mountain Club, dated January 29, 2004 | $0 |
| Storm Water Permit Big Sky Resort (Boyne USA)-Cow Flats Ski Run (ski run accessing Yellowstone Club Phase 3A)- #MTR102012 issued by MDEQ to Yellowstone Mountain Club, dated October 25, 2005 | $0 |
| Storm Water Permit Yellowstone Mountain Club, Sunrise Ridge (owner and operator is Sunrise Ridge at Yellowstone Club, LLC)- Permit #MTR102283 issued by MDEQ to Sunrise Ridge at Yellowstone Club, LLC, dated May 17, 2007 under general permit | $0 |
| Storm Water Permit Yellowstone Mountain Club, Pioneer Mountain Development (consists of American Spirit Subdivision American Spirit Water Reservoir, Timberline Café pump station & supply line, and snowmaking line)- Permit #MTR102667 issued by MDEQ to Yellowstone Mountain Club, dated July 19, 2007 | $0 |
| Storm Water Permit Big Sky Resort (Boyne USA)-Middle Road Ski Run (ski run on Big Sky Resort property north of Phase 3A)- Permit #MTR102786 issued by MDEQ to Yellowstone Mountain Club, dated October 22, 2007 | $0 |
| Storm Water Permit Yellowstone Mountain Club Sunrise Ridge (owner and operator is CIP Sunrise Ridge Owner, LLC)-Permit #MTR102282 issued by MDEQ to Yellowstone Mountain Club, dated May 17, 2007 under general permit | $0 |
| Storm Water Permit Yellowstone Mountain Club Golf Course Development Lots 712 through 742 (owner and operator is Upper Cross Partners, LLC)-Permit pending from MDEQ to Yellowstone Mountain Club - Sent to MDEQ 2/8/2008 | $0 |
| Certificate of Subdivision Plat Approval- tract of land located in the SE1/4 of Sec. 36, T6S, R2E; SE1/4 of Sec. 1, T7S, R2E; SW1/4 of Sec. 31, T6S, R3E; and Sec. 6, T7S, R3E Madison County(YMC Phase 1A)- EQ #01-1844 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval date February 28, 2001 and August 29, 2001 | $0 |
| Certificate of Subdivision Plat Approval-tract of land Sec. 36, T6S, R2E; Sec. 31 and 32, T6S, R3E; Sec. 2, T7S, R2E; and Sec. 5, 6, 7, and 8, T7S, R3E, Madison county (YMC Phases 1 & 2) - EQ #00-1679 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated august 24, 2000 and August 25, 2000 | $0 |
| Certificate of Subdivision Plat Approval-tract of land Sec. 26, T6S, R2E; Sec. 31 and 32, T6S, R3E; Sec. 2, T7S, R2E, Sec. 5, 6, 7, and 8, T7S, R3E, Madison County (YMC Phases 1 & 2)- EQ #00-1679B- EQ #00-1679A issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated October 31, 2000 and January | $0 |

11

| Contract | Cure Amount |
|---|---|
| 5, 2001 | |
| Certificate of Subdivision Plat Approval-tract of land Sec. 26, T6S, R2E; Sec. 31 and 32, T6S, R3E; Sec. 2, T7S, R2E, Sec. 5, 6, 7, and 8, T7S, R3E, Madison County (YMC Phases 1 & 2)- EQ #00-1679B issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated January 12, 2001 and January 23, 2002 | $0 |
| Approval for conventional sewage treatment system and subsurface drainfield (Timberline Café)- EQ #00-1883 issued by MDEQ to Yellowstone Mountain Club, dated December 12, 2000 | $0 |
| Certificate of Subdivision Plat Approval-tract of land Sec. 36, T6S, R2E; Sec. 31 and 32, T6S, R3E; Sec. 2, T7S, R2E; and Sec. 5, 6, 7, and 8, T7S, R3E, Madison County (YMC Lots 8-11, 195, 196, 255-257, 262 Rewrite)-EQ#01-1527 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated December 1, 2000 and January 5, 2001 | $0 |
| Approval for Yellowstone Mountain Club Water Transmission Main; Big Sky; Madison County- EQ #00-2338 issued by MDEQ to Yellowstone Mountain Club, dated August 2, 2000 | $0 |
| Certificate of Subdivision Plat Approval-tract of land in SE1/4 of Sec. 36, T6S, R2E; SE1/4 Sec. 1, T7S, R2e; SW1/4 Sec. 31, T6S, R3E; and Sec. 6, T7S, R3E, Madison County (YMC, Phase 1, 2 and 1A Rewrite)- EQ #01-2623 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated December 24, 2001 and January 7, 2002 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in SE1/4 of Sec.12, T7S, R2E, Madison County (YMC Phase 5A)- EQ #02-2039 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated April 17, 2002 and August 19, 2002 | $0 |
| Approval for Yellowstone Mountain Club Sewage Treatment, Conveyance and Storage Facilities, Big Sky, Montana- EQ #02-2223 issued by MDEQ to Yellowstone Mountain Club, dated January 21, 2003 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in SE1/4 NW1/4 Sec. 12, T7S, R2E, Madison County (YMC Phase 5, Condominium Units 13, 14, 17, & 18 and the Warrant Miller 1-lot Rewrite)- EQ #02-2315 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated November 12, 2002 and February 10, 2003 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in W1/2 Sec. 7, T7S, R2E; and in E1/2 Sec. 12, T7S, R3E, Madison County (YMC Phases 4 & 5)- EQ #03-1141 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated April 7, 2004 and May 25, 2004 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in NE1/4 Sec. 1, T7S, R2E; NW1/4 Sec. 6, T7S, R3E, Madison County (Amended Plat of YMC Phases 1& 2, Lot 200A, Andesite Pointe)- EQ #03-1749 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval dated March 31, 2003 and October 20, 2003 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in SE1/4 Sec. 36, T6S, R2E; SE1/4 Sec. 1, T7S, R2E; SW1/4 Sec. 31, T6S, R3E; Sec. 6 T7S, R3E, Madison County (YMC Phase 1& 2, Lot 91A Rewrite)- EQ #03-1213 issued by MDEQ to Yellowstone Mountain Club, dated October 7, 2002, signed by DEQ (recorded date unknown) | $0 |
| Certificate of Subdivision Plat Approval for tract of land in SE1/4 Sec. 36, T6S, R2E; SE1/4 Sec.1, T7S, R2E; SW1/4 Sec. 31, T6S, R3E; and Sec. 6, T7S, R3E, | $0 |

| Contract | Cure Amount |
|---|---|
| Madison County (YMC phase 1, 2 and 1A, 3rd AP)- EQ #03-1660 issued by MDEQ to Yellowstone Mountain Club, dated July 23, 2003 signed by DEQ (recorded date unknown) | |
| Certificate of Subdivision Plat Approval for tract of land in NE1/4 &SE1/4 Sec. 31, T6S, R3E, Madison County (YMC Lot 120 rewrite)- EQ#03-2350 issued by MDEQ to Yellowstone Mountain Club, dated July 21, 2003 signed by DEQ (recorded date unknown) | $0 |
| Certificate of Subdivision Plat Approval for tract of land in SE1/4 of Sec. 31, T6S, R3E,; and NE1/4 Sec. 6, T7S, R3E, Madison County (YMC Phases 1 &2, lots 161-166, 168, and 171 rewrite)- EQ#04-1693 issued by MDEQ to Yellowstone Mountain Club, DEQ Approval April 7, 2004 and May 3, 2004 | $0 |
| Certificate of Subdivision Plat Approval for tract of land in NE1/4 12, T7S, R2E, Madison County (YMC Phase 6)- EQ #03-2479 issued by MDEQ to Yellowstone Mountain Club, dated December 24, 2003 signed by DEQ (recorded date unknown) | $0 |
| Certificate of Subdivision Plat Approval for tract in Sec. 1 & 2, T7S, R2E, Madison County (YMC Phase 3)- EQ #04-2492 issued by MDEQ to Yellowstone Mountain Club, dated June 14, 2004 signed by DEQ (recorded date unknown) | $0 |
| Approval of Yellowstone Mountain Club, Big Sky, MT-Ranches Sewer Extension- EQ #04-2735 issued by MDEQ to Yellowstone Mountain Club, dated August 24, 2004 | $0 |
| Approval of Yellowstone Mountain Club Family Compound Effluent Sewer Force Main, Big Sky, MT  EQ #08-1293 issued by MDEQ to Yellowstone Mountain Club, dated August 21, 2007 | $0 |
| Approval of Yellowstone Mountain Club Family Compound Effluent Sewer Force Main, Big Sky, MT  EQ #07-2496 issued by MDEQ to Yellowstone Mountain Club, dated April 23, 2007 | $0 |
| Approval of Yellowstone Mountain Club, Phase 1 community Wastewater Treatment System #4 Improvements: An addendum to Approval EQ #01-1527, Big Sky, MT EQ #06-2527 issued by MDEQ to Yellowstone Mountain Club, dated March 27, 2006 | $0 |
| Approval of Yellowstone Mountain Club Disconnection of Community Drainfields #6 and #7 and reconnection of forcemains to the Sewage Treatment, Conveyance and Storage Facility System, Big Sky, MT EQ #06-3263 issued by MDEQ to Yellowstone Mountain Club, dated June 8, 2006 | $0 |
| Approval of Yellowstone Mountain Club Community Sewage Treatment System (Community System #5), Big Sky, MT EQ #03-2216 issued by MDEQ to Yellowstone Mountain Club, dated November 23, 2004 | $0 |
| Approval of Yellowstone Mountain Club Community Sewage Treatment System (Community System #1), Big Sky, MT EQ #03-2215 by MDEQ to Yellowstone Mountain Club, dated November 17, 2004 | $0 |
| Approval of Yellowstone Mountain Club Phase 3A Public Water System, Madison County, MT EQ #05-2455 issued by MDEQ to Yellowstone Mountain Club, dated December 19, 2005 | $0 |
| Approval of Yellowstone Mountain Club Sewage Treatment, Conveyance and Storage Facilities, Addendum to Approval EQ #02-2223, Big Sky, MT EQ #05-1287 issued by MDEQ to Yellowstone Mountain Club, dated August 23, 2004 | $0 |

GSDOCS\1896171.10

| Contract | Cure Amount |
|---|---|
| Approval of Yellowstone Mountain Club Shop Area Sewer and Water Main Extension, Big Sky, MT EQ #05-2582 issued by MDEQ to Yellowstone Mountain Club, dated May 6, 2005 | $0 |
| Approval of Yellowstone Mountain Club Quartz Ski Tunnel Sewer Force Main and Water Main Relocation, Big Sky, MT EQ #07-1297 issued by MDEQ to Yellowstone Mountain Club, dated October 6, 2006 | $0 |
| Approval of Yellowstone Mountain Club Obsidian Road and Chalet Ski Bridge Water, Sewer, and Sewer Force Main Improvements, Big Sky, MT EQ #07-3015 issued by MDEQ to Yellowstone Mountain Club, dated August 1, 2007 | $0 |
| Approval of Yellowstone Mountain Club Andesite Lift Maintenance Building Wastewater Treatment System, Big Sky, MT EQ #06-3029 issued by MDEQ to Yellowstone Mountain Club, dated May 23, 2006 | $0 |
| Approval of Yellowstone Mountain Club Golf Course Maintenance Facility, Big Sky, MT EQ #07-3180 issued by MDEQ to Yellowstone Mountain Club, dated October 24, 2007 | $0 |
| Approval of Yellowstone Mountain Club Timber Line Café; Lower Pioneer Mountain Public Water System; Water Main Extension & 298742 gallon American Spirit Water Reservoir, Madison County; MT0004462 EQ #07-2588 issued by MDEQ to Yellowstone Mountain Club, dated February 14, 2008 | $0 |
| Approval for conventional sewage treatment system and subsurface drainfield (Rainbow Lodge)- EQ #00-1884 issued by MDEQ to Yellowstone Mountain Club, dated December 12, 2000 | $0 |
| Certificate of Subdivision Approval for tract of land in SW1/4 Sec. 31, T6S, R3E, Madison County (Overlook Subdivision) EQ #07-2954 issued by MDEQ to Yellowstone Mountain Club, dated July 10, 2007 | $0 |
| Certificate of Subdivision Approval for tract of land in SW1/4 Sec. 31, T6S, R3E, Madison County (Overlook Subdivision)-EQ #06-3054 issued by MDEQ to Yellowstone Mountain Club, dated December 19, 2006 | $0 |
| Certificate of Subdivision Approval for a tract of land in E1/2 Sec. 11 and W1/2 Sec. 12, T7S, R2E, Madison County (American Spirit Subdivision) EQ #08-1459 issued by MDEQ to Yellowstone Mountain Club, dated November 6, 2007 | $0 |
| Certificate of Subdivision Approval for tract of land in E1/2 of Sec. 11 and W1/2 of Sec. 12, T7S, R3E, Madison County (American Spirit Subdivision)-EQ #07-2608 issued by MDEQ to Yellowstone Mountain Club, dated July 25, 2007 | $0 |
| Certificate of Subdivision Approval for a three tracts of land in S1/2 of Sec. 7, S1/4 of Sec. 8, NW1/4 of Sec. 17, and N1/2 of Sec. 18. T7S, R3E, Madison County (Golf Course Development) EQ #06-2499 issued by MDEQ to Yellowstone Mountain Club, dated August 21, 2007 | $0 |
| Certificate of Subdivision Approval for a tract of land in E1/2 S1/4 of Sec. 35 and in W1/2 SW1/4 of Sec. 36, T6S, R2E, Madison County (Phase 3A, Lot 410, Open Space 2, 5, 7, & 15) EQ #07-2739 issued by MDEQ to Yellowstone Mountain Club, dated May 31, 2007 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SE1/4 of Sec. 31, T6S, R3E, Madison County (Lots 138A, 139A, 141A, 143A, Rewrite) EQ #05-1738 issued by MDEQ to Yellowstone Mountain Club, dated November 29, 2004 | $0 |

14

| Contract | Cure Amount |
|---|---|
| Certificate of Subdivision Approval for a tract of land in Sec. 5, 7, & 8, T7S, R3E, Madison County (Lot 11 Rewrite) EQ #06-2163 issued by MDEQ to Yellowstone Mountain Club, dated March 27, 2006 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SE1/4 of Sec. 35, and Sec. 36, T6S, R2E, and W1/2 Sec. 31, T6S, R3E, Madison County (Phase 3A Subdivision) EQ #05-2455 issued by MDEQ to Yellowstone Mountain Club, dated December 19, 2005 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 12, T7S, R2E, Madison County (Warren Miller 1-Lot Minor Subdivision) EQ #02-2256 issued by MDEQ to Yellowstone Mountain Club, dated July 1, 2002 | $0 |
| Certificate of Subdivision Approval for a tract of land in Sec. 1 & 2, T7S, R2E and Sec. 6 & 7, T7S, R3E, Madison County (Sunrise Ridge Rewrite) EQ #06-3152 issued by MDEQ to Yellowstone Mountain Club, dated May 31, 2006 | $0 |
| Certificate of Subdivision Approval for a tract of land in Sec. 1 & 2, T7S, R2E and Sec. 6 & 7, T7S, R3E, Madison County (Sunrise Ridge) EQ #04-2273 issued by MDEQ to Yellowstone Mountain Club, dated July 21, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 12, T7S, R2E, Madison County (Club Cabin Subdivision Rewrite) EQ #07-2287 issued by MDEQ to Yellowstone Mountain Club, dated March 26, 2007 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 12, T7S, R2E, Madison County (Club Cabin Subdivision) EQ #03-1038 issued by MDEQ to Yellowstone Mountain Club, dated December 16, 2002 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 12, T7S, R2E, and NW1/4 of Sec. 7, T7S, R3E Madison County (Slopeside Subdivision) EQ #07-1404 issued by MDEQ to Yellowstone Mountain Club, dated October 18, 2007 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SW 1/4 of Sec. 31, T6S, R3E, Madison County (Lot 102 Rewrite) EQ #02-1604 issued by MDEQ to Park Engineering, dated December 26, 2001 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SE1/4 of Sec. 31, T6S, R3E, Madison County (Lots 155A & 157A) EQ #04-2604 issued by MDEQ to Yellowstone Mountain Club, dated June 16, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SE1/4 of Sec. 31, T6S, R3E, Madison County (Lot 129 Rewrite) EQ #04-2931 issued by MDEQ to Yellowstone Mountain Club, dated October 13, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NW1/4NE1/4 of Sec. 6, T7S, R3E, Madison County (Lot 60-A Rewrite) EQ #05-1302 issued by MDEQ to Yellowstone Mountain Club, dated October 13, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 6, T7S, R3E, Madison County (Lot 174 Rewrite) EQ #04-2623 issued by MDEQ to Yellowstone Mountain Club, dated June 30, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NW1/4SE1/4 of Sec. 31, T6S, R3E, Madison County (Lot 119 Rewrite) EQ #04-2839 issued by MDEQ to Yellowstone Mountain Club, dated July 27, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SW1/4NE1/4 of Sec. 6, T7S, R3E, Madison County (Lot 176 Rewrite) EQ #05-1891 issued by MDEQ to Yellowstone Mountain Club, dated December 20, 2004 | $0 |
| Certificate of Subdivision Approval for a tract of land in the SW1/4SE1/4 of Sec. | $0 |

15

| Contract | Cure Amount |
|---|---|
| 31, T7S, R3E, Madison County (Lot 136-A Rewrite) EQ #05-2288 issued by MDEQ to Yellowstone Mountain Club, dated April 13, 2005 | |
| Certificate of Subdivision Approval for a tract of land in the NE1/4SW1/4 of Sec. 6, T7S, R3E, Madison County (Lot 181 Rewrite) EQ #07-1961 issued by MDEQ to Yellowstone Mountain Club, dated November 28, 2006 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NE1/4 of Sec. 6, T7S, R3E, Madison County (Lot 82 2nd Rewrite) EQ #07-3237 issued by MDEQ to Yellowstone Mountain Club, dated August 29, 2007 | $0 |
| Certificate of Subdivision Approval for a tract of land in the NW1/4NE1/4 of Sec. 6, T7S, R3E, Madison County (Lot 137-A Rewrite) EQ #05-2278 issued by MDEQ to Yellowstone Mountain Club, dated April 12, 2005 | $0 |
| Certificate of Subdivision Approval  for a tract of land in the NE1/4 of Sec. 1, T7S, R2E, and NW1/4 of Sec. 6, T7S, R3E, Madison County (Lot 200A-A, Phase 1 & 2) EQ #04-2884 issued by MDEQ to Yellowstone Mountain Club, dated October 18, 2004 | $0 |
| Approval of Madison County Wastewater System Application in SE1/4 NE1/4 of Sec. 7, T7S, R3E (Wastewater Treatment Facility) Permit #2047 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated February 22, 2005 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 NW1/4 of Sec. 12, T7S, R2E (Rainbow Lodge Cabins 19 & 20) Permit #1633 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 12, 2002 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 NW1/4 of Sec. 12, T7S, R2E (Rainbow Lodge Cabins 17 & 18) Permit #1554 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated November 27, 2001 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 NW1/4 of Sec. 12, T7S, R2E (Rainbow Lodge Cabins 7 & 8)    Permit #1556 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated November 27, 2001 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 NW1/4 of Sec. 12, T7S, R2E (Rainbow Lodge Cabin 9) Permit #1555 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated November 27, 2001 | $0 |
| Approval of Madison County Wastewater System Application in Sec. 18, T7S, R3E (Rainbow Snowmaking Pump Station) Permit #2153 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 25, 2005 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 NW1/4 of Sec. 8, T7S, R3E (Yellowstone Mountain Club Community System #4 Expansion Lots 8-11) Permit #2435 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated March 27, 2007 | $0 |
| Approval of Madison County Wastewater System Application in NE1/4 Sec. 12, T7S, R2E for (Yellowstone Mountain Club, Club Cabin Subdivision Tract 1) Permit #1705 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated February 27, 2003 | $0 |
| Approval of Madison County Wastewater System Application in SE1/4 NE1/4 Sec. 12, T7S, R3E  (Yellowstone Mountain Club Phase 5A Units 1-4) Permit #1660 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated September 30, 2002 | $0 |

| Contract | Cure Amount |
|---|---|
| Approval of Madison County Wastewater System Application in NE1/4 NE1/4 Sec. 1, T7S, R2E (Yellowstone Mountain Club Community System #5) Permit #2036 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated December 30, 2004 | $0 |
| Approval of Madison County Wastewater System Application in SE1/4 SE1/4 of Sec. 36, T6S, R2E and SW1/4 SW1/4 of Sec. 31, T6S, R2E (Yellowstone Mountain Club Community System #1) Permit #2037 Issued by Madison County Sanitarian to Yellowstone Mountain Club, dated December 30, 2004 | $0 |
| Approval of Madison County Wastewater System Application in NE1/4 Sec. 12, T7S, R2E (Yellowstone Mountain Club, Club Cabin Minor Subdivision #484) Permit #2450 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated April 16, 2007 | $0 |
| Approval of Madison County Wastewater System Application in NW1/4 of Sec. 7, T7S, R3E (Yellowstone Mountain Club Man Camp Drainfield) Permit #1664 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated October 21, 2002 | $0 |
| Approval of Madison County Wastewater System Application in SW1/4 NW1/4 of Sec. 1, T7S, R2E (Yellowstone Mountain Club Andesite Lift Maintenance Building) Permit #2339 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 22, 2006 | $0 |
| Approval of Madison County Wastewater System Application in NE1/4 NW1/4 of Sec. 7 & 8, T7S, R3E (Tract 1 Book 7 Page 1554, Madison County) Permit #1698 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated February 3, 2003 | $0 |
| Approval of Madison County Wastewater System Application in NE1/4 of Sec. 1, T7S, R2E (Andesite Pointe Subdivision Drainfield System) Permit #1813 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated October 17, 2003 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Community System #2) Permit #1499 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 22, 2001 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Community System #3) Permit #1518 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated September 11, 2001 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Community System #3A) Permit #1517 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated September 11, 2001 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Community System #6) Permit #1498 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 22, 2001 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Community System #7) Permit #1497 issued by Madison County Sanitarian to Yellowstone Mountain Club, dated August 22, 2001 | $0 |
| Approval of Madison County Wastewater System Application (Yellowstone Mountain Club Guard Shack Holding Tank) Permit #2046 issued by Madison | $0 |

17

| Contract | Cure Amount |
|---|---|
| County Sanitarian to Yellowstone Mountain Club, dated February 22, 2005 | |
| Water Right 41H 55115 00 issued by DNRC to Yellowstone Development and Yellowstone Mountain Club, LLC, Priority date: June 1, 1885 | $0 |
| Water Right 41H 55116 00 issued by DNRC to Yellowstone Development and Yellowstone Mountain Club, LLC, Priority date: June 1, 1885 | $0 |
| Water Right 41H 30004996- Ground Water Certificate issued by DNRC to Yellowstone Development, Priority date: January 14, 2003 | $0 |
| Water Right 41H 55113 00 issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: June 1, 1885 | $0 |
| Water Right 41H 112416 00 Provisional Permit issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: April 7, 2000 | $0 |
| Water Right 41H 115501 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: March 30, 2001 | $0 |
| Water Right 41H 117104 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H 117105 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H 117106 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H117107 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H 117109 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H 117110 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date:  September 11, 2001 | $0 |
| Water Right 41H 117151 00 Provisional Permit issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: October 3, 2001 | $0 |
| Water Right 41H 112415 00 Provisional Permit issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: April 7, 2000 | $0 |
| Water Right 41H 117108 00 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: September 11, 2001 | $0 |
| Water Right 41H 55114 00 issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: June 1, 1885 | $0 |
| Water Right 41H 30018688 Ground Water Certificate issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: November 11, 2005 | $0 |
| Water Right 41H 30027281 Provisional Permit issued by DNRC to Yellowstone Mountain Club, LLC, Priority date: March 28, 2007 | $0 |
| Water Right 41H30005053-Ground Water Certificate issued by DNRC to Yellowstone Home Builders, Priority Date: January 15, 2003 | $0 |
| Water Right 41H30004995-Ground Water Certificate issued by DNRC to Yellowstone Home Builders, Priority Date: January 14, 2003 | $0 |
| Boiler Inspection Report MTB #21872- Buffalo Bar & Grill issued by the Montana | $0 |

18

| Contract | Cure Amount |
|---|---|
| Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | |
| Boiler Inspection Report MTB #21873- Yellowstone Mountain Club issued by the Montana Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | $0 |
| Boiler Inspection Report MTB # 21874- Rainbow Lodge issued by the Montana Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | $0 |
| Boiler Inspection Report MTB #21875- Rainbow Lodge issued by the Montana Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | $0 |
| Boiler Inspection Report MTB # 21876- Yellowstone Mountain Club issued by the Montana Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | $0 |
| Boiler Inspection Report MTB #21877-Yellowstone Mountain Club issued by the Montana Department of Labor and Industry, Business Standards Division, Building Codes Bureau to Yellowstone Mountain Club, dated January 30, 2002 | $0 |
| 310 permit for 3 culverts and bridge for road for unnamed tributary of and main South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E #275 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated June 13, 1996 | $0 |
| 310 Permit for culvert installation for an unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 11 and 12, T7S, R2E #286 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated September 16, 1996 | $0 |
| 310 Permit for bridge installation for the South Fork of the West Fork of the Gallatin River Sec. 7, T7S, R2E #349 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated  July 24, 1998 | $0 |
| 310 Permit for bridge installation for the South Fork of the West Fork of the Gallatin River Sec. 1, T7S, R2E #273 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated May 27, 1999 | $0 |
| 310 Permit for 2 culverts of unnamed tributaries of the South Fork of the West Fork of the Gallatin River Sec. 1, T7s, R2E #312 issued by the Madison County Conservation District to Yellowstone Mountain Club, July 21, 2000 | $0 |
| 310 Permit (Joint permit for 404) for habitat enhancement of Muddy Creek Sec. 7, T7S, R3E #315 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated August 22, 2000 | $0 |
| 310 Permit (Joint permit for 404) for bank stabilization and habitat enhancement of South Fork of the West Fork of the Gallatin River Sec. 7, T7S, R3E #316 issued by the Madison County Conservation District to Yellowstone Mountain Club, dated August 22, 2000 | $0 |
| 310 Permit (Joint permit for 404) for culvert installation for Second Yellow Mule Sec. 8, T7S, R3E #322 (& 327) issued by the Madison County Conservation District to Yellowstone Mountain Club, dated November 1, 2000 | $0 |
| 310 Permit (Joint permit for 404) for 2 culverts for Muddy Creek overflow channels Sec. 7, T7S, R3E #323 (& 326) issued by the Madison County Conservation District to Yellowstone Mountain Club, dated November 11, 2000 | $0 |

| Contract | Cure Amount |
|---|---|
| 404 Permit for culvert installation of unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E Action Id #200090020 issued by the Army Corps of Engineers to Yellowstone Mountain Club, dated April 24, 2000 | $0 |
| 404 Permit for culvert installation of unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E Action Id #200090366 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated April 24, 2000 | $0 |
| 404 Permit for culvert installation of unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E Action Id #200090367 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated April 24, 2000 | $0 |
| 404 Permit for culvert installation of unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E Action Id #200090368 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated April 24, 2000 | $0 |
| 404 Permit for culvert installation of unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 2, T7S, R2E Action Id #200090369 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated April 24, 2000 | $0 |
| 404 Permit for bank stabilization and habitat enhancement for the South Fork of the West Fork of the Gallatin River Sec. 7, T7S, R3E Action Id #200090591 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated August 22, 2000 | $0 |
| 404 Permit for habitat enhancement for Muddy Creek Sec. 7, T7S, R3E Action Id #200090592 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated August 22, 2000 | $0 |
| 404 Permit for 2 culverts and bridge installation for Muddy Creek Sec. 7, T7S, R3E Action Id #200090649 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated September 17, 2000 | $0 |
| 404 Permit for SE end of culvert installation on Golf Course Fairway #5 for unnamed tributary of the South Fork of the West Fork of the Gallatin River, Sec. 8, T7S, R3E Action Id #200090670 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated September 18, 2000 | $0 |
| 404 Permit for NW end of culvert installation on Golf Course Fairway #5 for unnamed tributary of the South Fork of the West Fork of the Gallatin River, Sec. 8, T7S, R3E Action Id #200090671 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated September 18, 2000 | $0 |
| 404 Permit for wetland alteration/fill placement on Golf Course Fairway #8 for unnamed tributary of the South Fork of the West Fork of the Gallatin River Sec. 8, T7S, R3E Action Id #200090672 issued by Army Corps of Engineers to Yellowstone Mountain Club, dated September 28, 2000 | $0 |
| Explosives Permit/License- # 9-MT-031-33-9D-00100 issued by the Department of the Treasury-Bureau of Alcohol, Tobacco and Firearms to Yellowstone Club | $0 |
| Emergency Medical Service License issued by the Montana State Department of Public Health and Human Services to Yellowstone Mountain Club Ski Patrol, dated January 1, 2007 | $0 |
| Final Plat YMC Phases 1 & 2-Book 4 Page 408 issued by Madison County to Yellowstone Mountain Club, Approved August 21, | $0 |
| Amended Plat of YMC Phases 1 & 2-Book 4 page 448 issued by Madison County to Yellowstone Mountain Club, Filed for Record August 13, 2002 | $0 |
| Amended Plat of YMC Phases 1 & 2, Lot 200A-Book 4 page 457 issued by | $0 |

| Contract | Cure Amount |
|---|---|
| Madison County to Yellowstone Mountain Club, Approved December 10, 2002 | |
| Amended Plat of Lot 11 of YMC Phase 1-Book 4 page 513 issued by Madison County to Yellowstone Mountain Club, Filed for Record December 6, 2005 | $0 |
| Amended Plat of Lots 35, 36 and 37A YMC Phases 1 & 2-Book 4 Page 514 to Madison County to Yellowstone Mountain Club, Approved December 27, 2005 | $0 |
| Amended Plat of Open Space A-2 YMC Phase 1 & 2-Book 4 Page 516 issued by Madison County to Yellowstone Mountain Club, Filed for Record January 11, 2006 | $0 |
| Plat YMC Phase 1A-Book 4 Page 432 issued by Madison County to Yellowstone Mountain Club,  Filed for Record August 29, 2001 | $0 |
| Plat YMC Phase 3-Book 4 Page 499 issued by Madison County to Yellowstone Mountain Club, Filed for record December 29, 2004 | $0 |
| Plat YMC Phase 3(a)-Book 4 Page 517 issued by Madison County to Yellowstone Mountain Club, Filed for record January 11, 2006 | $0 |
| Plat YMC Phase 6-Book 4 Page 492 issued by Madison County to Yellowstone Mountain Club, Filed for Record August 23, 2004 | $0 |
| Plat Andesite Point-Book 4 Page 470 issued by Madison County to Yellowstone Mountain Club, Filed for Record October 20, 2003 | $0 |
| Plat Overlook-Book 4 Page 541 issued by Madison County to Yellowstone Mountain Club, Filed for Record December 22, 2006 | $0 |
| Plat YMC Phase 5- Book 4 Page 449 issued by Madison County to Yellowstone Mountain Club, Filed for Record August 19, 2001 | $0 |
| Amended Plat of YMC phase 5-Book 4 Page 459 issued by Madison County to Yellowstone Mountain Club Approved May 24, 2004 | $0 |
| Plat YMC Phase 4-Book 4 Page 493 issued by Madison County to Yellowstone Mountain Club, Filed for Record August 23, 2004 | $0 |
| Plat Sunrise Ridge Phase 1-Book 4 Page 527 issued by Madison County to Yellowstone Mountain Club, Filed for Record June 16, 2006 | $0 |
| Plat Slopeside- Book 4 Page 536 issued by Madison County to Yellowstone Mountain Club, Filed for Record November 15, 2006 | $0 |
| Certificate of Survey-Book 7 Page 1738 issued by Madison County to Yellowstone Mountain Club, Filed for Record March 11, 2005 | $0 |

GSDOCS\1896171.10

5.     Other Contracts

| Contract | Cure Amount |
|---|---|
| Purchase and Sale Agreement, dated March 18, 2005, by and between Yellowstone Development, LLC, as Seller, and Mark Grosvenor, as Buyer, for Unit 309 of the WM Lodge Condominiums, located on Tract 1 of the Final Plat of Yellowstone Mountain Club, Phase 4, located in Section 12, Township 7 South, Range 2 East, P.M.M., Madison County, Montana, together with a 4.6002 percent interest in the common elements, filed in Book 4 of Plats, Page 493, records of Madison County, Montana. | $0 |
| Memorandum of Understanding, dated July 15, 2005, by and between David Dolinger Living Trust, Gifford Family Trust, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC. | $0 |
| Purchase and Sale Agreement, dated September 9, 2005, by and between Yellowstone Development, LLC, as Seller, and Blair Investments, LLC, as Buyer, for Unit 301 of the WM Lodge Condominiums, located on Tract 1 of the Final Plat of Yellowstone Mountain Club, Phase 4, located in Section 12, Township 7 South, Range 2 East, P.M.M., Madison County, Montana, together with a 3.5012 percent interest in the common elements, filed in Book 4 of Plats, Page 493, records of Madison County, Montana. | $0 |
| Agreement and Estoppel, dated June 29, 2006, by Yellowstone Development, LLC. | $0 |
| Agreement and Estoppel, dated June 29, 2006, by Yellowstone Mountain Club, LLC. | $0 |
| Guaranty, dated June 29, 2006, by and between CIP Sunrise Ridge Owner LLC, Yellowstone Mountain Club LLC and Yellowstone Development, LLC. | $0 |
| Infrastructure Warranty, dated June 29, 2006, by and between CIP Sunrise Ridge Owner LLC, Yellowstone Mountain Club, LLC and Yellowstone Development, LLC. | $0 |
| Wetlands Indemnity, dated June 29, 2006, by and between CIP Sunrise Ridge Owner LLC, Yellowstone Mountain Club, LLC and Yellowstone Development, LLC. | $0 |
| Access Easement Declaration, dated as of May 1, 2007, by and between Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, South Fork Montana, LLC, a Colorado limited liability company, RSH South Fork Investment Partners I, LTD., a Texas limited partnership, and RSH South Fork Investment Partners II, LTD, a Texas limited partnership. | $0 |
| Road Construction and Maintenance Agreement, dated as of May 1, 2007, by and between Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, South Fork Montana, LLC, a Colorado limited liability company, RSH South Fork Investment Partners I, LTD., a Texas limited partnership, and RSH South Fork Investment Partners II, LTD, a Texas limited partnership. | $0 |
| Undated Escrow Agreement, by and between Security Title Company of Montana Yellowstone, Yellowstone Mountain Club, LLC, Yellowstone Development, LLC, South Fork Montana, LLC, a Colorado limited liability company, RSH South Fork Investment Partners I, LTD., a Texas limited partnership, and RSH South Fork Investment Partners II, LTD, a Texas limited partnership. | $0 |

| Contract | Cure Amount |
|---|---|
| Purchase and Sale Agreement, dated August 27, 2007, by and between CIP GC Owner LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC, as amended. | $0 |
| Wetlands Indemnity, dated August 27, 2007, by and between CIP GC Owner LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC. | $0 |
| Infrastructure Escrow Agreement, dated August 27, 2007, by and between CIP GC Owner LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC. | $0 |
| Infrastructure Warranty, dated August 27, 2007, by and between CIP GC Owner LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC. | $0 |
| Reporting Escrow Agreement, dated August 27, 2007, by and between CIP GC Owner LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC. | $0 |
| Right of First Refusal, dated August 27, 2007, by and between CIP Yellowstone Acquisition LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC (Golf Course Subdivision, Yellowstone Mountain Club Subdivision, Big Sky, Montana). | $0 |
| Right of First Refusal, dated August 27, 2007, by and between CIP Yellowstone Acquisition LLC, Yellowstone Development, LLC and Yellowstone Mountain Club, LLC (Base Lodge Area, Yellowstone Mountain Club Subdivision, Big Sky, Montana). | $0 |
| Any easement or other document of record listed in Exhibit B to Schedule 1.102 of the Plan, that benefits the Real Property listed in Exhibit A to Schedule 1.102 of the Plan and that is deemed executory. | $0 |

GSDOCS\1896171.10