# SCHEDULE 1.39

# EQUITY HOLDERS

## Schedule 1.39
## "Current Equity Owners"

### YELLOWSTONE MOUNTAIN CLUB, LLC

A.C. & Linda Markkula
Trustees of the Arlin Trust
PO Box 620170
179 Kings Mountain Road
Woodside, CA 94062

Bankers Financial Corp.
Attn: Drew Swensen
360 Central Ave.
St. Petersburg, FL 33701

Blixseth Family Inv.
71713 Highway 11
Rancho Mirage, CA 92270

Blixseth Family Investmt
71713 Highway 11
Rancho Mirage, CA 92270

Blixseth Group, Inc.
71713 Highway 11
Rancho Mirage, CA 92270

Gregory C. Branch Family
1255 SE 11th Avenue
Ocala, FL 34471

Michael L. Snow
Madson, Edleman, Borman
3300 Wells Fargo
90 South 7th Street
Minneapolis, MN 55402

Mountain Vista Prop AG
POB 439 Landstrasse 25
FL - 9490
Vaduz Lichtenstein

Robert P. Watson
16 Hilltop Raod
Norwalk, CT 06854

Spano Yellowstone Holdings
4405 NW 24 Terrace
Boca Raton, FL 33431

Sch 1.39 p.1

## Schedule 1.39
## "Current Equity Owners"

### YELLOWSTONE DEVELOPMENT, LLC

A.C. & Linda Markkula
Trustees of the Arlin Trust
PO Box 620170
179 Kings Mountain Road
Woodside, CA 94062

Bankers Financial Corp.
Attn: Drew Swensen
360 Central Ave.
St. Petersburg, FL 33701

Blixseth Family Inv.
71713 Highway 11
Rancho Mirage, CA 92270

Blixseth Family Investmt
71713 Highway 11
Rancho Mirage, CA 92270

Blixseth Group, Inc.
71713 Highway 11
Rancho Mirage, CA 92270

Gregory C. Branch Family
1255 SE 11th Avenue
Ocala, FL 34471

Michael L. Snow
Madson, Edleman, Borman
3300 Wells Fargo
90 South 7th Street
Minneapolis, MN 55402

Mountain Vista Prop AG
POB 439 Landstrasse 25
FL - 9490
Vaduz Lichtenstein

Robert P. Watson
16 Hilltop Raod
Norwalk, CT 06854

Spano Yellowstone Holdings
4405 NW 24 Terrace
Boca Raton, FL 33431

Sch 1.39 p.2

Schedule 1.39
"Current Equity Owners"

Yellowstone Club Construction, LLC

Yellowstone Development
71713 Highway 11
Rancho Mirage, CA 92270

Sch 1.39 p.3

Schedule 1.39
"Current Equity Owners"

BIG SKY RIDGE, LLC

Edra Blixseth
71713 Highway 111
Rancho Mirage, CA 92270

Yellowstone Development
2090 Stadium Drive
Unit A
Bozeman, MT 59715
Rancho Mirage, CA 92270

Sch 1.39 p.4