# SCHEDULE 5.5

# POST-PETITION CONTRACTS AND LEASES TO BE ASSUMED

# SCHEDULE 5.5

Post-Petition Contracts and Leases.

This Schedule 5.5 contains all contracts, agreements and leases that were entered into by the Debtors or assumed by the Debtors (excluding YCC) and relating to the Project after the Petition Date. Debtors' contract files are imperfect and Debtors therefore continue to analyze their files to ensure that all appropriate contracts are included on this Schedule 5.5. Debtors intend to make future revisions to this Schedule 5.5, as soon as practicable, to ensure accuracy and completeness of the same. Debtors will endeavor to provide a completed version of this Schedule 5.5 at the time of filing of the Plan Supplement; however, pursuant to Section 5.1.8 of the Plan, Debtors reserve the right to modify this Schedule 5.5 at any time before the Confirmation Date. To the extent the foregoing is inconsistent with the text of the Plan, it is Debtors' intent to amend the Plan to render the Plan consistent with this Schedule 5.5.

1. Commercial Lease Agreement between C&H Properties and Yellowstone Mountain Club, LLC dba The Yellowstone Club dated May 1, 2009;
2. Road Construction and Maintenance Agreement between Yellowstone Mountain Club, LLC and Yellowstone Development, LLC; South Fork Montana, LLC, Colorado limited liability company; and RSH South Fork Investment Partners I, LTD., and RSH South Fork Investment Partners II, Ltd, each a Texas Limited partnership dated May 1, 2007.
3. Agreement to Provide Utility Services between Yellowstone Development, LLC and Yellowstone Mountain Club, LLC and NorthWestern Corporation dated December 1, 2006.