**Joel E. Guthals, Attorney No. 589**
**Guthals, Hunnes & Reuss, P.C.**
P.O. Box 1977
**Billings, MT  59103-1977**
**Telephone:  (406) 245-3071**
**Facsimile:   (406) 245-3074**
E-mail:      jeguthals@ghrtlawfirm.com

**Attorneys for Timothy L. Blixseth**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| **In Re:** | ) | Case No. 08-61570 |
| | ) | |
| **YELLOWSTONE MOUNTAIN** | ) | |
| **CLUB, LLC,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | | |
| **In Re:** | ) | Case No. 08-61571 |
| | ) | |
| **YELLOWSTONE DEVELOPMENT** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | | |
| **In Re:** | ) | Case No. 08-61572 |
| | ) | |
| **BIG SKY RIDGE, LLC,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | | |
| **In Re:** | ) | Case No. 08-61573 |
| | ) | |
| **YELLOWSTONE CLUB** | ) | |
| **CONSTRUCTION CO., LLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

-2-

## OBJECTION TO CONFIRMATION OF
## THIRD AMENDED CHAPTER 11 PLAN

Timothy L. Blixseth ("Mr. Blixseth"), by and through his counsel of record, Joel E. Guthals of Guthals, Hunnes & Reuss, P.C., objects to confirmation of the Debtors' Third Amended Chapter 11 Plan filed on May 22, 2009 on the grounds for the reasons set forth in Mr. Blixseth objections filed on May 11, 2009, to confirmation of the Debtors' Second Amended Chapter 11 Plan, and as set forth in Mr. Blixseth Response to Debtors' Post Confirmation Report to the Court filed on May 24, 2009.

WHEREFORE, Timothy L. Blixseth, respectfully requests that the Court deny confirmation of the Debtors' Third Amended Chapter 11 Plan.

**DATED** this 26th day of May, 2009.

**Guthals, Hunnes & Reuss, P.C.**

By: /s/ *Joel E. Guthals*
**Attorneys for Timothy L. Blixseth**

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 26, 2009 or as soon as possible thereafter, copies of the foregoing motion was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

**Guthals, Hunnes & Reuss, P.C.**

By: /s/ *Joel E. Guthals*
**Attorneys for Timothy L. Blixseth**