IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **YELLOWSTONE MOUNTAIN CLUB, LLC,** | ) | Case No.: **08-61570-11** |
| | ) | |
| Debtor | ) | Jointly Administered With: |
| | ) | |
| In Re: | ) | |
| | ) | |
| **YELLOWSTONE DEVELOPMENT, LLC,** | ) | Case No.: **08-61571-11** |
| | ) | |
| Debtor | ) | |
| | ) | |
| In Re: | ) | |
| | ) | |
| **BIG SKY RIDGE, LLC,** | ) | Case No.: **08-61572-11** |
| | ) | |
| Debtor | ) | |
| | ) | |
| In Re: | ) | |
| | ) | |
| **YELLOWSTONE CLUB CONSTRUCTION COMPANY, LLC,** | ) | Case No.: **08-61573-11** |
| | ) | |
| Debtor | ) | |

**ORDER**

At Butte in said District this 28th day of May, 2009.

Upon review of the Stipulation Resolving Objections to Confirmation and Alleged Obligations in Proof of Claims filed at docket entry no. 953 entered by and between, CrossHarbor Capital Partners, LLC, (CrossHarbor), Lone View, LLC, Lone View II, LLC and Doug Burgum (collectively, "Lone View"), and Yellowstone Development, LLC ("Debtor"),

**IT IS HEREBY ORDERED** that the Stipulation at docket entry no. 953 is APPROVED. In its currency, and consistent with the terms therein, the issues raised in Lone

08-bk-61570-JDR Doc#:983 Filed:05/28/09 Page 1 of 2

View's Objections to Confirmation (Docket Nos. 853, 855 & 856) and its Proofs of Claim (Claims Register Nos. 584-1, 584-2, and 584-3) are resolved. Lone View's objection to confirmation is withdrawn and Lone View shall have no further basis for a claim against Debtor arising out of the Real Estate Purchase and Sale Agreement entered by Debtor and Lone View on or about December 6, 2007, and the subsequent Amendment to Purchase and Sale Agreement effective December 17, 2007.

BY THE COURT

_____

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana