James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
2817 - 2nd Avenue North, Ste. 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile (406) 294-9500
E-mail: japatten@ppbglaw.com

Richard G. Birinyi
Lawrence R. Ream
**BULLIVANT HOUSER BAILEY PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
E-mail: larry.ream@bullivant.com
E-mail: rick.birinyi@bullivant.com

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| In re: | No.: 08-61570-11-RBK |
|---|---|
| YELLOWSTONE MOUNTAIN CLUB, LLC., et al., | |
| Debtors. | |

**NOTICE OF EFFECTIVE DATE**

Pursuant to the provisions of § 1.51 of the confirmed Third Amended Plan of Reorganization ("Plan"), the Effective Date of the Plan has occurred on, and is hereby set as, July 17, 2009.

DATED this 17th day of July, 2009.

        Richard G. Birinyi
        Lawrence R. Ream
        **BULLIVANT HOUSER BAILEY PC**
        1601 Fifth Avenue, Suite 2300
        Seattle, WA 98101-1618

        James A. Patten (1191)
        **PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
        2817 – 2nd Avenue North, Suite 300
        Billings, MT 59101
        Attorneys for Debtors

        _/s/ James A. Patten_____
        James A. Patten

11735401.1