YELLOWSTONE MOUNTAIN CLUB, LLC - 08-61570-11

YELLOWSTONE DEVELOPMENT LLC - 08-61571-11

BIG SKY RIDGE LLC - 08-61572-11

YELLOWSTONE CLUB CONSTRUCTION CO LLC - 08-61573-11

MINUTE ENTRY FOR FEBRUARY 5, 2010, OBJECTIONS TO PROOFS OF CLAIM HEARING

APPEARANCES - SHANE COLEMAN, CHUCK HINGLE, RON BENDER AND CHRISTY BRANDON. NO OTHER APPEARANCES BY ANY CREDITORS IN SUPPORT OF THEIR CLAIMS.

**YELLOWSTONE MOUNTAIN CLUB LLC**

OBJ TO CLAIM 681, VENABLE, IS CONTINUED TO 04/06/10;

OBJ TO CLAIM 110, PRICEWATERHOUSE, IS SUSTAINED;

OBJ TO CLAIM 280, BRYANT RILEY, IS SUSTAINED;

OBJ TO SUMPTER CLAIMS ARE CONTINUED TO 04/06/10;

OBJ TO 288, DANIEL EDELMAN INC, IS SUSTAINED;

OBJ TO 693, VIEWLAND LLC IS CONTINUED TO 04/06/10;

OBJ TO 137, JOHN HEMMINGSON, IS SUSTAINED;

OBJ TO 278, DAVID LEUSCHEN, IS SUSTAINED;

OBJ TO RICHARD GEORGE MACARTHUR CLAIM IS SUSTAINED;

OBJ TO 564, JOY CRAFT AND JOY CRAFT TRUST SETTLED;

OBJ TO 734, THORNTON BYRON LLP, IS CONTINUED TO 04/06/10;

OBJ TO 513, JAMES ROME AND JANET ROME AND TRUSTEES OF ROME FAMILY TRUST, ARE SUSTAINED;

OBJ TO 501, FW INVESTMENTS, IS SUSTAINED;

OBJ TO HAGEN O'CONNELL LLP IS CONTINUED TO 04/06/10;

OBJ TO 648, BRETT MAURI, IS SUSTAINED;

OBJ TO 671, J MARK GROSVENOR, IS SUSTAINED;

OBJ TO 707, Y & O HOLDING INC, IS CONTINUED TO 04/06/10;

OBJ TO 714, TIM BLIXSETH, IS CONTINUED TO 04/06/10;

OBJ TO 553, CLEARWATER FIND FOODS, IS SUSTAINED;

**YELLOWSTONE DEVELOPMENT LLC**

OBJ TO 133, BILL BOUGH, IS SUSTAINED

OBJ TO EDRA BLIXSETH, IS CONTINUED TO 04/06/10;

OBJ TO 92, BALES, IS CONTINUED TO 04/06/10;

OBJ TO 111, DAVID GEORGE, IS SUSTAINED;

OBJ TO 127, JAMES AND LOIS SYTH, IS SUSTAINED;

OBJ TO 95, JOHN F MEGRUE JR, IS SUSTAINED;

OBJ TO 200, J MARK GROSEVENOR, IS SUSTAINED;

AS IT RELATES TO PROOFS OF CLAIM NOS TO 190, 191 & 192, THEY ARE WITHDRAWN BY SCOTIA; NO PREJUDICE AS TO THEIR CLAIMS FILED IN YELLOWSTONE CLUB WORLD;

**YELLOWSTONE CLUB CONSTRUCTION**

OBJ TO GO BUILD, IS SUSTAINED;

**OMNIBUS OBJECTIONS**

OTHER THAN VENABLE CLAIM, AMENDED OMNIBUS OBJECTION TO CLAIMS ARE SUSTAINED; DOC 1438 REPLACES 1371;

AMENDED SECOND OMNIBUS OBJECTIONS ARE CONTINUED TO 04/06/10; DOC 1439 REPLACES 1397;

THIRD OMNIBUS OBJECTION DOC 1408; IDENTIFIED CLAIMS CONTINUED TO 04/06/10 ; OBJECTIONS TO REMAINING CLAIMS ARE SUSTAINED;

FOURTH OMNIBUS OBJECTIONS DOC 1409; IDENTIFIED CLAIMS CONTINUED TO 04/06/10; OBJECTIONS TO REMAINING CLAIMS ARE SUSTAINED;

FIFTH OMNIBUS OBJECTIONS DOC 1414; IDENTIFIED CLAIMS CONTINUED TO 04/06/10; OBJECTIONS TO REMAINING CLAIMS ARE SUSTAINED;

SIXTH OMNIBUS OBJECTIONS DOC 1415; IDENTIFIED CLAIMS CONTINUED TO 04/06/10; OBJECTIONS TO REMAINING CLAIMS ARE SUSTAINED;

SEVENTH OMNIBUS OBJECTIONS DOC 1416; IDENTIFIED CLAIMS CONTINUED TO 04/06/10; OBJECTIONS TO REMAINING CLAIMS ARE SUSTAINED.