UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**YELLOWSTONE MOUNTAIN
CLUB, LLC**,

Case No.  **08-61570-11**

Debtor.

# O R D E R

At Butte in said District this 13th day of April, 2010.

In this Chapter 11 bankruptcy, and the related Chapter 11 bankruptcy of *In re Yellowstone Development, LLC* (Case No. 08-61571-11), James A. Patten, as Disbursement Agent under the Debtors' confirmed Chapter 11 Plan, and priority wage claimant Robert Sumpter entered into a Stipulation which was filed with the Court on April 12, 2010.  The Stipulation resolves the pending objection to Proof of Claim no. 132 in *In re Yellowstone Development, LLC* (Dkt 158) and the pending objection to Proof of Claim no. 533 in *In re Yellowstone Mountain Club, LLC* (Dkt 1599).  Upon review, the Court finds that the Stipulation is fair and equitable.  The Court also finds that the Stipulation satisfies the requirements of F.R.B.P. 9019(a).  Accordingly,

IT IS ORDERED the Stipulation with Robert Sumpter filed April 12, 2010, at docket entry no. 1803, is approved; and pursuant to the approved Stipulation, Proof of Claim No. 533 in *Yellowstone Mountain Club, LLC* shall be allowed as a priority claim in the amount of $8,500.00

1

and Proof of Claim No. 132 filed in *Yellowstone Development, LLC* is disallowed in its entirety.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana