B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Montana

In re Yellowstone Mountain Club, LLC          ,          Case No. 08-61570

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Darcy M. Crum, as Chapter 7 Trustee
Case No. 09-61079
Name of Transferee

Desert Ranch, LLLP
Name of Transferor

Name and Address where notices to transferee
should be sent:
300 Central Ave., Suite 410
Great Falls, MT 59401

Court Claim # (if known): 224
Amount of Claim: $10,995,123.29
Date Claim Filed: 01/22/2009

Phone: (406) 543-6646
Last Four Digits of Acct #: NA

Phone: (206) 624-9549
Last Four Digits of Acct. #: NA

Name and Address where transferee payments
should be sent (if different from above):
NA

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                              Date: August 24, 2010
      Transferee/Transferee's Agent
      Trent Gardner - Attorney
          for Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.