Charles W. Hingle (#1947)
Robert L. Sterup (#3353)
Shane P. Coleman (#3417)
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, Montana 59101
Phone: (406) 252-2166
Facsimile: (406) 252-1669
chingle@hollandhart.com
rsterup@hollandhart.com
spcoleman@hollandhart.com

**ATTORNEYS FOR MARC S. KIRSCHNER, AS
TRUSTEE OF THE YELLOWSTONE CLUB
LIQUIDATING TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellowstone Mountain Club, LLC, | ) | Case No. 08-61570-11 |
| et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## FIFTH QUARTERLY STATUS REPORT OF
## YELLOWSTONE CLUB LIQUIDATING TRUST

Marc S. Kirschner, as Trustee of the Yellowstone Club Liquidating Trust (the

"Trust"), through his undersigned counsel, and pursuant to Section 5.10 of the

Yellowstone Club Liquidating Trust Agreement dated July 17, 2009 (the "Trust

Agreement"), makes this status report for the quarter ended September 30, 2010.

---

[1]     The Debtors are the following entities: Yellowstone Mountain Club, LLC,
Yellowstone Development, LLC and Big Sky Ridge, LLC, which entities are
substantively consolidated, and Yellowstone Club Construction Co., LLC, which is
jointly administered with the other Debtors.

1.    <u>Summary of Activity</u>.  The following is a comprehensive summary of all activity of the Trust for the fifth quarter of the Trust's existence:

- A.    assisting with the prosecution of Adversary Proceeding No. 09-00018 (Snow), including conducting and defending discovery, defending numerous pretrial motions and preparing pretrial briefs and other submissions;

- B.    preparing tax returns;

- C.    investigating, litigating and negotiating settlement of unresolved claims, including several rejected membership claims, access claims and claims for professional services[2];

- D.    investigating and pursuing potential recoveries from and assisting the Chapter 11 Trustee in *In re Yellowstone Club World, LLC*, Case No. 09-60061, with the sale and distribution of the proceeds of Chateau de Farcheville;

- E.    closing the settlement with the Big Springs Realty LLC ("BSR") Chapter 7 Trustee and CrossHarbor Capital Partners, LLC, of the Trust claims against BSR as well as the claims of Desert Ranch LLLP against the Trust;

- F.    preparing and arguing a motion to reconsider the August 16 decision in Adversary Proceeding No. 09-00014 (Blixseth) and work in connection with the appeal of the Court's decision in that proceeding;

- G.    cooperating and negotiating with the Chapter 11 Trustee in *In re BLX Group, Inc.*, Case No. 09-61893, in connection with the Trust's claims against that estate; and

- H.    conferring and meeting with the Trust Advisory Board on all issues affecting the Trust.

2.    <u>Summary of Professional Fees</u>.  Please see the attached Cash Receipts & Disbursements Activity Report for the preceding quarter.

3.    <u>Summary of Cash Receipts and Disbursements of the Trustee</u>.   The Trustee received no disbursements during the preceding quarter.

---

[2] As of September 30, 2010, only the rejection claim of Robert Sumpter, the membership claims of the Dolan family and the Kleinsasser and Rozon personal injury claims remained unresolved.

2

4.     <u>Summary of Cash Receipts and Disbursements of the Trust</u>.  Please see the attached Cash Receipts & Disbursements Activity Report for the preceding quarter.

5.     <u>Balance Sheet</u>.  A balance sheet for the Trust as of the end of the preceding quarter is attached to this report.

6.     <u>Trust Advisory Board</u>.  Copies of the foregoing report and each of the attachments have been delivered to each member of the Trust Advisory Board and their Alternates as required by the Trust Agreement.

DATED this 29th day of October, 2010.


/s/   Charles W. Hingle
Charles W. Hingle
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, Montana  59103-0639

**ATTORNEYS FOR MARC S. KIRSCHNER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST**

4943462_1.DOC

3

# YELLOWSTONE CLUB LIQUIDATING TRUST
## BALANCE SHEET
## AS OF SEPTEMBER 30, 2010 (See Note 1)

| Assets | Value | Notes |
|---|---:|:---:|
| Cash | $ 153,128.75 | |
| Cosburn Investments BV (Farcheville) | 115,711.85 | 2 |
| CB Sunrise Interest | Unknown | 3 |
| Claims / Causes of Action | Unknown | 4 |
| **Total Assets** | **$ 268,840.60** | |
| | | |
| **Liabilities** | | 5 |
| Accounts Payable | $ - | |
| Accrued Professional Fees | 194,394.48 | 6 |
| Advance for Litigation Expenses | 31,324.31 | 7 |
| Liquidation Trust Hotel Management Payables | 8,313.00 | 8 |
| Cosburn Investments BV (Farcheville) | - | 2 |
| **Total Liabilities** | **$ 234,031.79** | |
| | | |
| **Equity** | | |
| Equity (Deficit) | $ 34,808.81 | |
| **Total Equity** | **$ 34,808.81** | |
| | | |
| **Total Liabilities & Equtiy** | **$ 268,840.60** | |

Prepared by LECG
For Discussion Purposes Only

# YELLOWSTONE CLUB LIQUIDATING TRUST
## BALANCE SHEET
## AS OF SEPTEMBER 30, 2010 (See Note 1)

| Assets | | Value | Notes |
|---|---|---:|:---:|
| Cash | $ | 153,128.75 | |
| Cosburn Investments BV (Farcheville) | | 115,711.85 | 2 |
| CB Sunrise Interest | | Unknown | 3 |
| Claims / Causes of Action | | Unknown | 4 |
| **Total Assets** | **$** | **268,840.60** | |
| | | | |
| Liabilities | | | 5 |
| Accounts Payable | $ | - | |
| Accrued Professional Fees | | 194,394.48 | 6 |
| Advance for Litigation Expenses | | 31,324.31 | 7 |
| Liquidation Trust Hotel Management Payables | | 8,313.00 | 8 |
| Cosburn Investments BV (Farcheville) | | - | 2 |
| **Total Liabilities** | **$** | **234,031.79** | |
| | | | |
| Equity | | | |
| Equity (Deficit) | $ | 34,808.81 | |
| **Total Equity** | **$** | **34,808.81** | |
| | | | |
| **Total Liabilities & Equtiy** | **$** | **268,840.60** | |

**Prepared by LECG**
**For Discussion Purposes Only**

# YELLOWSTONE CLUB LIQUIDATING TRUST
## NOTES TO THE BALANCE SHEET
## AS OF SEPTEMBER 30, 2010

1  The assets and amounts shown in this balance sheet are reported at estimated FMV and are for discussion purposes only and are subject to change and update upon receipt of further information.

2  The property in Farcheville was recently sold for 9M Euros (this amount does not included the farming property). Upon closing of the French liquidation proceeding, the amount realized by the Trust will be subject to French and possibly Irish liabilities, including the claims of Yellowstone Club World, LLC, and carrying costs. The proceeds will then be used to cover the Trust's expenses related to the sale and the remainder will be distributed to the First Lien Lenders. The amount shown above relates to the total amount paid by the Trust to date that will be reimbursed upon receipt of the proceeds. The receivable and subsequent pay out to the First Lien Lender have been shown at an amount of $0 in the asset and liability sections above as they will offset each other.

3  This asset relates to an 11.5% Class B non-voting membership interest in Sunrise Ridge at Yellowstone Club, LLC. The value of this asset is unknown at this time.

4  The value of outstanding or potential claims / causes of action is unknown at this time. On September 7, 2010, the Court issued an Amended Judgment in Adversary Proceeding No. 09-00014 against Timothy L. Blixseth in the amount of $40,067,962.43. The Trust has appealed the amount of the Amended Judgment and Mr. Blixseth has cross-appealed.

5  Under the Plan, funds received after the Effective Date (net of reserves for expenses), including proceeds of litigation, if any, will be paid as follows: First, $2,000,000 to the Trade Creditor Fund; Second, up to $15,000,000 to pay CIP Lending or its assignees on account of Allowed Class 4 Claims paid by the Trade Creditor Fund, which amount currently totals $8,281,216; Third, up to the next $10,000,000 to pay any Allowed Class 4 Claims; and Fourth, the balance pro rata among all unpaid Allowed Claims, including the Allowed Claims of the Prepetition Agent and the Prepetition Lenders after application of the Equity Purchase Note and the net proceeds of Farcheville, all on a pari passu basis. The BSR Settlement discussed in Note 6, resulted in a $275,000 credit to the Trade Creditor Fund.

6  See attached schedule for a detailed list of accrued professional fees and costs paid by the Trust. This amount does not include fees for the law firms Bailey & Glasser or Mullin Hoard & Brown. Per an Amended and Restated Retainer Agreement as of February 1, 2010, there are no more hourly fees to be paid for these firms for time accrued on or after February 1, 2010. Instead, a revised contingency fee has been agreed to. Expenses will continue to be billed to the Trust on a monthly basis as described in Note 8.

7  This amount represents expenses incurred or advanced by the law firms of Bailey & Glasser and Mullin Hoard & Brown in favor of the Trust. These expenses are billed to the Trust on a monthly basis and accrue 8% interest compounded monthly for any overdue amounts. As of September 30, 2010, interest in the amount of $0 has accrued on past due invoices. This amount is included in the balance above.

8  This amount represents the estimated amount of payables that still remain outstanding for Liquidating Trust Hotel Management. These amounts will be paid from the sale proceeds of approximately $160,000 previously received by the Trust for the sale of the Hidden Village condo unit.

**Yellowstone Club Liquidating Trust**
**Accrued Professional Fees**
**As of September 30, 2010**

| Payee | Amount | Description |
|-------|--------|-------------|
| LECG | $   71,610.48 | Accounting / Litigation Support Fees and Expenses |
| Holland & Hart | 122,784.00 | Legal Fees and Expenses |
| **Total** | **$   194,394.48** | |

**Prepared by LECG**

**Yellowstone Club Liquidating Trust**
**Monthly Cash Balance Summary**
**For the Quarter Ending 9/30/10**

| | | 06/30/10 | INFLOWS | | | | OUTFLOWS | | | | | 09/30/10 |
| | ACCOUNT NUMBER | BEGINNING BALANCE | ASSET RECOVERY | INTEREST INCOME | TRANSFERS IN | OTHER SOURCES | OPERATING EXPENSES | ADMIN CLAIMS | PROF FEES | TRANSFERS OUT | OTHER USES | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH | | | | | | | | | | | | |
| UBOC - MONEY MARKET | 2130141008 | $ 89,378 | $ 1,000,000 | $ 48 | $ - | $ - | $ - | $ - | $ - | $ (936,297) | $ - | $ 153,129 |
| UBOC - GENERAL CHECKING | 2130141059 | 569 | - | - | 936,297 | - | (569) | - | (931,416) | - | (4,880) | 0 |
| | | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL** | | $ 89,967 | $ 1,000,000 | $ 48 | $ 936,297 | $ - | $ (589) | $ - | $ (931,416) | $ (936,297) | $ (4,880) | $ 153,129 |

Prepared by LECG
For Discussion Purposes Only

**Yellowstone Club Liquidating Trust**
**Cash Receipts & Disbursements Activity**
**For the Quarter Ending 9/30/10**

| Check No. | Payee/Payor | Date | Amount | Purpose |
|---|---|---|---|---|
| **Receipts** | | | | |
| | UBOC | 07/30/10 | $ 18.07 | July Interest |
| WIRE | TITLE COMPANY OF MONTANA | 08/25/10 | 1,000,000.00 | BSR Settlement Proceeds |
| | UBOC | 08/31/10 | 17.35 | August Interest |
| | UBOC | 09/30/10 | 12.57 | September Interest |
| **Total Cash Receipts** | | | $ 1,000,047.99 | |
| **Disbursements** | | | | |
| *Operating Expenses* | | | | |
| WIRE | MERRILL COMMUNICATIONS LLC | 07/09/10 | $ (588.75) | Datasite Hosting Services |
| | | Subtotal | $ (588.75) | |
| *Professional Fees* | | | | |
| WIRE | MORTON FRASER | 08/27/10 | $ (737.48) | Legal Fees and Expenses |
| WIRE | BULLIVANT HOUSER BAILEY | 08/27/10 | (1,248.50) | Legal Fees and Expenses |
| WIRE | JONES DAY | 08/27/10 | (18,406.02) | Legal Fees and Expenses |
| WIRE | LECG | 08/27/10 | (67,477.44) | Accounting / Litigation Support / Fees and Expenses |
| WIRE | MULLIN HOARD & BROWN | 08/27/10 | (73,351.22) | Expenses Advanced on behalf of the Trust |
| WIRE | BAILEY & GLASSER | 08/27/10 | (270,854.33) | Expenses Advanced on behalf of the Trust |
| WIRE | HOLLAND & HART | 08/27/10 | (499,342.65) | Legal Fees and Expenses |
| | | Subtotal | $ (931,417.64) | |
| *Other Uses* | | | | |
| 3040 | US TRUSTEE PAYMENT CTR | 07/21/10 | $ (650.00) | Q2 US Trustee Fees |
| 3041 | US TRUSTEE PAYMENT CTR | 08/25/10 | (4,229.81) | Q2 US Trustee Fees |
| | | Subtotal | $ (4,879.81) | |
| **Total Cash Disbursements** | | | $ (936,886.20) | |
| **Net Increase (Decrease) In Cash** | | | $ 63,161.79 | |
| **Beginning Cash Balance** | | | $ 89,966.96 | |
| **Ending Cash Balance** | | | $ 153,128.75 | |