Charles W. Hingle (Bar No. 1947)
Robert L. Sterup (Bar No. 3353)
Shane P. Coleman (Bar No. 3417)
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Facsimile: (406) 252-1669
chingle@hollandhart.com
rsterup@hollandhart.com
spcoleman@hollandhart.com

ATTORNEYS FOR MARC S. KIRSCHNER
AS TRUSTEE OF THE YELLOWSTONE CLUB
LIQUIDATING TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| YELLOWSTONE MOUNTAIN CLUB, LLC, et al.,[1]<br><br>Debtors, | Chapter 11<br><br>Case No. 08-61570-11-RBK<br><br>**YELLOWSTONE CLUB LIQUIDATING TRUST MOTION FOR SUMMARY JUDGMENT OF DOLAN FAMILY PROOFS OF CLAIM NOs. 695, 696, 698, 699, 702, 703, 704, 705** |

Marc S. Kirschner, as Trustee of the Yellowstone Club Liquidating Trust ("YCLT"), hereby respectfully moves for summary judgment of claims of the Dolan Family (collectively the "Dolans"), Proofs of Claim Nos. 695, 696, 698, 699, 702, 703, 704, 705 (collectively the "Dolan Claims"), on the claims register maintained by the Clerk of Court in Case No. 08-61570. This motion is supported by accompanying Statement of Uncontroverted Facts, Memorandum of Law and exhibits thereto.

---

[1] The Debtors are the following entities: Yellowstone Mountain Club, LLC ("YMC"), Yellowstone Development, LLC and Big Sky Ridge, LLC, which entities are substantively consolidated, and Yellowstone Club Construction Co., LLC, which is jointly administered with the other Debtors.

DATED this 8th day of November, 2010.

/s/ Robert L. Sterup
Charles W. Hingle
Robert L. Sterup
Shane P. Coleman
HOLLAND & HART LLP

ATTORNEYS FOR MARC S. KIRSCHNER AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST

# NOTICE OF OPPORTUNITY TO RESPOND

# AND REQUEST A HEARING

If you object to the motion, you must file a written responsive pleading and request a hearing before the Bankruptcy Court within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:

**NOTICE OF HEARING**
**Date:** _____
**Time:** _____
**Location:** _____

If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.

## CERTIFICATE OF MAILING

    I, the undersigned, certify under penalty of perjury that on November 8, 2010, or as soon as possible thereafter, copies of the foregoing were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: **None.**

    /s/ Robert L. Sterup

4948366_1.DOC