Charles W. Hingle, #1947
Shane P. Coleman, #3417
Robert L. Sterup, #3353
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Facsimile: (406) 252-1669
chingle@hollandhart.com
spcoleman@hollandhart.com
rsterup@hollandhart.com

**ATTORNEYS FOR MARC S. KIRSCHNER, AS TRUSTEE
OF THE YELLOWSTONE CLUB LIQUIDATING TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellowstone Mountain Club, LLC, et al.,[1] | Case No. 08-61570-11 |
| Debtors. | |

**NOTICE**

NOTICE IS HEREBY GIVEN that on November 10, 2010, Marc S. Kirschner, as Trustee of the Yellowstone Club Liquidating Trust ("YCLT"), filed his appeal to the United States Court of Appeals for the Ninth Circuit from the United States District Court's Memorandum and Order issued November 2, 2010, and its oral order of October 29, 2010 (collectively, the "Remand Order"). In addition, on November 16, 2010, both New CH YMC Acquisition, LLC (the "Reorganized Debtor") and

---

[1] The Debtors are the following entities: Yellowstone Mountain Club, LLC, Yellowstone Development, LLC and Big Sky Ridge, LLC, which entities are substantively consolidated, and Yellowstone Club Construction Co., LLC, which is jointly administered with the other Debtors.

Yellowstone Mountain Club, LLC, et al. (the "Debtors"), filed notices of appeal of the Remand Order.

This Notice is given with the consent of both the Debtors and the Reorganized Debtor.

Dated this 22nd day of November, 2010.

>*/s/ Charles W. Hingle*
>Charles W. Hingle
>Shane P. Coleman
>Robert L. Sterup
>Holland & Hart LLP
>401 North 31st Street, Suite 1500
>P.O. Box 639
>Billings, Montana  59103-0639
>
>**ATTORNEYS FOR MARC S. KIRSCHNER, TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST**

2

3

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on **November 22, 2010**, or as soon as possible thereafter, copies of the foregoing were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: **None.**

          */s/ Charles W. Hingle*
          Charles W. Hingle

4962602_1.DOC